Exhibit J

Division Police Serv
Assignment C PLT

Date: 12-22-17
Evaluation:
Annual X
Semi

Name: Achyl, Ken
Rank: Deputy
SSN#:
Appt. Date:

| OFFICE USE | | |
|---|---|---|
| Raw Score | | _____ |
| Conversion Index | x | .57 |
| Final Score | | _____ |

## (PATROL)
## STANDARDIZED PERFORMANCE
## APPRAISAL SYSTEM

This standardized performance appraisal process has been developed and shall be instituted utilizing the following rating procedures:

1) To be completed for all sworn personnel by the immediate supervisor.

2) The supervisor will schedule an appointment with the individual to be rated prior to completing the evaluation form. Both Supervisor and subordinate will review and discuss the format and complete the evaluation process together. This allows both individuals to discuss the guidelines and affords the supervisor the opportunity to coach/counsel the individual.

3) The supervisor must view each category of evaluation separately and compare the performance of the individual to the standardized guidelines.

4) All rating shall be reviewed by the next two (2) levels above the rater (example: lieutenant and captain will review all evaluations of first line deputies under their commander). This review will be done prior to being signed by the individual.

5) Evaluations will be completed on an bi-annual basis and/or prior to promotion or transfer, if an evaluation has not been completed within ninety days of such assignment. An evaluation will be completed for any temporary and/or specialized assignment.

6) Evaluations of 1 or 7 require that justification section be completed explaining the rational for this rating.

## RATING SCALE SCORING

| Score | | Explanation |
|---|---|---|
| 1 | — | The performance of the individual achieves the performance statements denoted in category "1" of the rating scale. |
| 2 | — | The performance of the individual exceeds all of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in catergory #4 of the rating scale. |
| 3 | — | The performance of the individual exceeds all of the performance statements denoted in category "1" and meets 50% or more of the performance statements denoted in category #4 of the rating scales. |
| 4 | — | The performance of the individual achieves the performance statements denoted in category "4" of the rating scale. |
| 5 | — | The performance of the individual exceeds the performance statements denoted in category "4" and meets less than 50% of the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 6 | — | The performance of the individual exceeds the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 7 | — | The performance of the individual achieves the performance statements denoted in category "7" of the rating scale. |

| | RATING SCALE | | |
|---|---|---|---|
| Not Acceptable Performance | Acceptable Performance | Superior Performance | |
| 1    2 | 3    4    5 | 6    7 | |

**OFFICE USE**

## I. KNOWLEDGE

1. Policies and Procedures    1  2  3  4  (5)  6  7
2. Major Issues    1  2  3  (4)  5  6  7
3. Application of Issues    1  2  3  (4)  5  6  7
4. Assigned Area    1  2  3  4  (5)  6  7
   **Comment:** Deputy expresses sound knowledge of all ECSO day to day operations

Average _____

## II. PRODUCTIVITY

5. Problem Solving    1  2  3  4  (5)  6  7
6. Self-initiated Activity    1  2  3  (4)  5  6  7
7. Alertness    1  2  3  4  (5)  6  7
8. Safety Procedures    1  2  3  4  (5)  6  7
   **Comment:** Demonstrates Acceptable level of Self-initiated activity and has solid problem Solving skills

Average _____

## III. COMMUNICATION

9. Oral Expression    1  2  3  (4)  5  6  7
10. Written Expression    1  2  3  4  (5)  6  7
11. Timeliness    1  2  3  (4)  5  6  7
12. Accuracy    1  2  3  4  (5)  6  7
   **Comment:** written and oral Rpts are always timley and well documented

Average _____

## IV. ATTITUDE

13. View of Assignment    1  2  3  (4)  5  6  7
14. Acceptance of Criticism    1  2  3  (4)  5  6  7
15. Citizen Contacts    1  2  3  (4)  5  6  7
16. Departmental Members    1  2  3  4  (5)  6  7
   **Comment:** Good Attitude

Average _____

## V. GENERAL

A. Appearance    1  2  3  (4)  5  6  7
17. Uniform/Clothing    1  2  3  (4)  5  6  7
18. Grooming    1  2  3  (4)  5  6  7

B. Attendance
19. Tardiness    1  2  3  (4)  5  6  7
20. Sick Leave    1  2  3  (4)  5  6  7
   **Comment:** Neat Uniform and Appearance

Average _____

**VI. PERFORMANCE**

OFFICE USE

| 21. Non-Stress Conditions | 1 | 2 | 3 | ④ | 5 | 6 | 7 | _____ |
| 22. Stress Conditions | 1 | 2 | 3 | ④ | 5 | 6 | 7 | _____ |
| 23. Equipment Knowledge/Use | 1 | 2 | 3 | ④ | 5 | 6 | 7 | _____ |
| 24. Inter-personal Transaction | 1 | 2 | 3 | ④ | 5 | 6 | 7 | _____ |
| 25. Planning and Organization | 1 | 2 | 3 | ④ | 5 | 6 | 7 | _____ |

**Comment:** Veteran Deputy performs well in all Categories

Average _____

Areas of most acceptable performance — specify: 4, 5, 6 - Dep. Achtyl demonstrates excellent working knowledge of his district and knows who is who and what they're involved in and whom with.

Deputy Achtyl has done very well with the DV Unit and has taken on additional responsibilities with the Underwater Recovery Team

Areas where improvement in performance is necessary or possible (even if currently) — specify:

Deputy is Satisfactory in all categories.

Justifications: Deputy Achtyl's annual stats are consistant. His knowledge of his district allows Dep. Achtyl to solve many crimes within his district due to his ability to know who is involved in and conducting criminal activities.

Date: 12-28-17

Supervisor's Signature

Member's Signature

## PERFORMANCE EVALUATION
## COMMAND REVIEW

| Subject Area/Categories | 1st Line Review | | | 2nd Line Review | | |
|---|---|---|---|---|---|---|
| | Agree | Disagree | Score | Agree | Disagree | Score |
| 1) Policies and Procedures | ✓ | | | ✓ | | |
| 2) Major Issues | ✓ | | | | | |
| 3) Application of Issues | ✓ | | | | | |
| 4) Assigned Area | ✓ | | | | | |
| 5) Problem Solving | ✓ | | | | | |
| 6) Self-Initiated Activity | ✓ | | | | | |
| 7) Investigative Skills | ✓ | | | | | |
| 8) Safety Procedures | ✓ | | | | | |
| 9) Oral Expression | ✓ | | | | | |
| 10) Written Expression | ✓ | | | | | |
| 11) Timeliness | ✓ | | | | | |
| 12) Accuracy | ✓ | | | | | |
| 13) View of Assignment | ✓ | | | | | |
| 14) Acceptance of Criticism | ✓ | | | | | |
| 15) Citizen Contacts | ✓ | | | | | |
| 16) Departmental Members | ✓ | | | | | |
| 17) Uniform/Clothing | ✓ | | | | | |
| 18) Grooming | ✓ | | | | | |
| 19) Tardiness | ✓ | | | | | |
| 20) Sick Leave | ✓ | | | | | |
| 21) Non-Stress Conditions | ✓ | | | | | |
| 22) Stress Conditions | ✓ | | | | | |
| 23) Equipment Knowledge/Use | ✓ | | | | | |
| 24) Inter-personal Transactions | ✓ | | | | | |
| 25) Planning and Organization | ✓ | | | | | |

**Instructions:** Indicate any objections or disagreements in the scoring computed by the supervisor in the comment section below. Note the specific category number initially and then specify the issues and remarks substantiating the disagreement and scoring change indicated.

Comment (1st Line Review) _____ N/A _____

Date __12/20/17__    LT _____ First Line Signature

Comment (2nd Line Review) _____ AGREE _____

Date __1-3-18__    CPT _____ Second Line Signature

<div style="border:1px solid; float:right;">

**OFFICE USE**

Raw Score _____

Conversion
Index        x    .57

Final Score _____

</div>

### (PATROL)
## STANDARDIZED PERFORMANCE
### APPRAISAL SYSTEM

Division _Patrol_
Assignment _Div-Cprh_

Name: _Achtyl, Ken_  Date: _1-2-17_
Rank: _Deputy_  Evaluation:
SSN#:  Annual _X_
Appt. Date: _6-26-00_  Semi: _____

This standardized performance appraisal process has been developed and shall be instituted utilizing the following rating procedures:

1) To be completed for all sworn personnel by the immediate supervisor.

2) The supervisor will schedule an appointment with the individual to be rated prior to completing the evaluation form. Both Supervisor and subordinate will review and discuss the format and complete the evaluation process together. This allows both individuals to discuss the guidelines and affords the supervisor the opportunity to coach/counsel the individual.

3) The supervisor must view each category of evaluation separately and compare the performance of the individual to the standardized guidelines.

4) All rating shall be reviewed by the next two (2) levels above the rater (example: lieutenant and captain will review all evaluations of first line deputies under their commander). This review will be done prior to being signed by the individual.

5) Evaluations will be completed on an bi-annual basis and/or prior to promotion or transfer, if an evaluation has not been completed within ninety days of such assignment. An evaluation will be completed for any temporary and/or specialized assignment.

6) Evaluations of 1 or 7 require that justification section be completed explaining the rational for this rating.

### RATING SCALE SCORING

| Score | Explanation |
|---|---|
| 1 | — The performance of the individual achieves the performance statements denoted in category "1" of the rating scale. |
| 2 | — The performance of the individual exceeds all of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in catergory #4 of the rating scale. |
| 3 | — The performance of the individual exceeds all of the performance statements denoted in category "1" and meets 50% or more of the performance statements denoted in category #4 of the rating scales. |
| 4 | — The performance of the individual achieves the performance statements denoted in category "4" of the rating scale. |
| 5 | — The performance of the individual exceeds the performance statements denoted in category "4" and meets less than 50% of the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 6 | — The performance of the individual exceeds the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 7 | — The performance of the individual achieves the performance statements denoted in category "7" of the rating scale. |

| RATING SCALE | | | | | | |
|---|---|---|---|---|---|---|
| Not Acceptable Performance | | | Acceptable Performance | | Superior Performance | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**OFFICE USE**

## I. KNOWLEDGE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Policies and Procedures | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 2. Major Issues | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 3. Application of Issues | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 4. Assigned Area | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |

Comment: Demonstrates good working knowledge of NYS Penal And V+T Laws.

Average 4

## II. PRODUCTIVITY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5. Problem Solving | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 6. Self-Initiated Activity | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 7. Alertness | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 8. Safety Procedures | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |

Comment: Deputy Achtyl makes good decisions while handling calls for service

Average 4

## III. COMMUNICATION

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9. Oral Expression | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 10. Written Expression | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 11. Timeliness | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 12. Accuracy | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |

Comment: Reports are clearly written

Average 4

## IV. ATTITUDE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13. View of Assignment | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 14. Acceptance of Criticism | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 15. Citizen Contacts | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 16. Departmental Members | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |

Comment: Deputy Achtyl treats citizens respectfully.

Average 4

## V. GENERAL

A. Appearance

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A. Appearance | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 17. Uniform/Clothing | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 18. Grooming | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |

B. Attendance

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19. Tardiness | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |
| 20. Sick Leave | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 4 |

Comment: Uniform is worn properly

Average 4

**VI. PERFORMANCE**

| | | | | | | | | | OFFICE USE |
|---|---|---|---|---|---|---|---|---|---|
| 21. Non-Stress Conditions | 1 | 2 | 3 | (4) | 5 | 6 | 7 | | 4 |
| 22. Stress Conditions | 1 | 2 | 3 | (4) | 5 | 6 | 7 | | 4 |
| 23. Equipment Knowledge/Use | 1 | 2 | 3 | (4) | 5 | 6 | 7 | | 4 |
| 24. Inter-personal Transaction | 1 | 2 | 3 | (4) | 5 | 6 | 7 | | 4 |
| 25. Planning and Organization | 1 | 2 | 3 | (4) | 5 | 6 | 7 | | 4 |

**Comment:** _Deputy Achtyl is a Reliable Deputy._

Average __4__

Areas of most acceptable performance — specify: _22- Deputy Actyl is reliable while making an arrest in a domestic situation the suspect began to resist. Deputy Achtyl was interviewing witnesses when he saw the subject begin to resist. He quickly reacted and assisted other Deputy in securing the suspect._

Areas where improvement in performance is necessary or possible (even if currently) — specify:
_None at this time_

Justifications:

Date: _1-2-17_

_LT [signature]_
**Supervisor's Signature**

_[signature]_
**Member's Signature**

# PERFORMANCE EVALUATION
## COMMAND REVIEW

| Subject Area/Categories | 1st Line Review | | | 2nd Line Review | | |
|---|---|---|---|---|---|---|
| | Agree | Disagree | Score | Agree | Disagree | Score |
| 1) Policies and Procedures | | | | | | |
| 2) Major Issues | | | | | | |
| 3) Application of Issues | | | | | | |
| 4) Assigned Area | | | | | | |
| 5) Problem Solving | | | | | | |
| 6) Self-Initiated Activity | | | | | | |
| 7) Investigative Skills | | | | | | |
| 8) Safety Procedures | | | | | | |
| 9) Oral Expression | | | | | | |
| 10) Written Expression | | | | | | |
| 11) Timeliness | | | | | | |
| 12) Accuracy | | | | | | |
| 13) View of Assignment | | | | | | |
| 14) Acceptance of Criticism | | | | | | |
| 15) Citizen Contacts | | | | | | |
| 16) Departmental Members | | | | | | |
| 17) Uniform/Clothing | | | | | | |
| 18) Grooming | | | | | | |
| 19) Tardiness | | | | | | |
| 20) Sick Leave | | | | | | |
| 21) Non-Stress Conditions | | | | | | |
| 22) Stress Conditions | | | | | | |
| 23) Equipment Knowledge/Use | | | | | | |
| 24) Inter-personal Transactions | | | | | | |
| 25) Planning and Organization | | | | | | |

Instructions:   Indicate any objections or disagreements in the scoring computed by the supervisor in the comment section below. Note the specific category number initially and then specify the issues and remarks substantiating the disagreement and scoring change indicated.

Comment (1st Line Review) _____

_____

_____

_____

Date _____                    _____
                                             First Line Signature

Comment (2nd Line Review) ____ Agree _____

_____

_____

_____

Date ____1-10-17____                    ____CPT _____
                                             Second Line Signature

| OFFICE USE | | |
|---|---|---|
| Raw Score | _____ | |
| Conversion Index | x | .57 |
| Final Score | _____ | |

# (PATROL)
# STANDARDIZED PERFORMANCE
# APPRAISAL SYSTEM

Division _Patrol_
Assignment _Patrol_
_D.V. Deputy_
_c Plt._
Annual ✓
Semi _____

Name: _Ackty/y Kwatt_ Date: _12-21-15_
Rank: _Deputy_ Evaluation:
SSN#: _040 70 9829_
Appt. Date: _6-26-00_

This standardized performance appraisal process has been developed and shall be instituted utilizing the following rating procedures:

1) To be completed for all sworn personnel by the immediate supervisor.

2) The supervisor will schedule an appointment with the individual to be rated prior to completing the evaluation form. Both Supervisor and subordinate will review and discuss the format and complete the evaluation process together. This allows both individuals to discuss the guidelines and affords the supervisor the opportunity to coach/counsel the individual.

3) The supervisor must view each category of evaluation separately and compare the performance of the individual to the standardized guidelines.

4) All rating shall be reviewed by the next two (2) levels above the rater (example: lieutenant and captain will review all evaluations of first line deputies under their commander). This review will be done prior to being signed by the individual.

5) Evaluations will be completed on an bi-annual basis and/or prior to promotion or transfer, if an evaluation has not been completed within ninety days of such assignment. An evaluation will be completed for any temporary and/or specialized assignment.

6) Evaluations of 1 or 7 require that justification section be completed explaining the rational for this rating.

## RATING SCALE SCORING

| Score | | Explanation |
|---|---|---|
| 1 | — | The performance of the individual achieves the performance statements denoted in category "1" of the rating scale. |
| 2 | — | The performance of the individual exceeds all of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in catergory #4 of the rating scale. |
| 3 | — | The performance of the individual exceeds all of the performance statements denoted in category "1" and meets 50% or more of the performance statements denoted in category #4 of the rating scales. |
| 4 | — | The performance of the individual achieves the performance statements denoted in category "4" of the rating scale. |
| 5 | — | The performance of the individual exceeds the performance statements denoted in category "4" and meets less than 50% of the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 6 | — | The performance of the individual exceeds the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 7 | — | The performance of the individual achieves the performance statements denoted in category "7" of the rating scale. |

| RATING SCALE | | | | | | |
|---|---|---|---|---|---|---|
| Not Acceptable Performance | | Acceptable Performance | | | Superior Performance | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**OFFICE USE**

## I. KNOWLEDGE

1. Policies and Procedures  1  2  3  ④  5  6  7

2. Major Issues  1  2  3  ④  5  6  7

3. Application of Issues  1  2  3  ④  5  6  7

4. Assigned Area  1  2  3  ④  5  6  7

Comment: 4- Strong Knowledge of the roads in Districts 4, 5, 7

Average _____

## II. PRODUCTIVITY

5. Problem Solving  1  2  3  ④  5  6  7

6. Self-initiated Activity  1  2  3  ④  5  6  7

7. Alertness  1  2  3  ④  5  6  7

8. Safety Procedures  1  2  3  4  ⑤  6  7

Comment: 8- Strong Presence of officer safety when handling calls for service

Average _____

## III. COMMUNICATION

9. Oral Expression  1  2  3  ④  5  6  7

10. Written Expression  1  2  3  ④  5  6  7

11. Timeliness  1  2  3  ④  5  6  7

12. Accuracy  1  2  3  ④  5  6  7

Comment: 9- Utilizes proper radio communication

Average _____

## IV. ATTITUDE

13. View of Assignment  1  2  3  4  ⑤  6  7

14. Acceptance of Criticism  1  2  3  ④  5  6  7

15. Citizen Contacts  1  2  3  ④  5  6  7

16. Departmental Members  1  2  3  ④  5  6  7

Comment: Enjoys his position as a Domestic Violence Deputy

Average _____

## V. GENERAL

A. Appearance  1  2  3  ④  5  6  7

17. Uniform/Clothing  1  2  3  ④  5  6  7

18. Grooming  1  2  3  ④  5  6  7

B. Attendance

19. Tardiness  1  2  3  ④  5  6  7

20. Sick Leave  1  2  3  ④  5  6  7

Comment: Uniform is worn properly

Average _____

**OFFICE USE**

## VI. PERFORMANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21. Non-Stress Conditions | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 22. Stress Conditions | 1 | 2 | 3 | 4 | ⑤ | 6 | 7 |
| 23. Equipment Knowledge/Use | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 24. Inter-personal Transaction | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 25. Planning and Organization | 1 | 2 | 3 | ④ | 5 | 6 | 7 |

Comment: _Deputy Achtyl. is a reliable Deputy_

Average _____

Areas of most acceptable performance — specify: _#1 - When given a task_
_Deputy Achtyl will be sure to complete the task. If_
_needed he will seek advice of supervisor and will_
_keep the supervisor informed of the progress of_
_the task._

Areas where improvement in performance is necessary or possible (even if currently) — specify:
_None at this time._

Justifications: _____

Date: _12-21-15_

_LT. J Ku_____
Supervisor's Signature

Member's Signature

# PERFORMANCE EVALUATION
# COMMAND REVIEW

| Subject Area/Categories | 1st Line Review | | | 2nd Line Review | | |
|---|---|---|---|---|---|---|
| | Agree | Disagree | Score | Agree | Disagree | Score |
| 1) Policies and Procedures | | | | | | |
| 2) Major Issues | | | | | | |
| 3) Application of Issues | | | | | | |
| 4) Assigned Area | | | | | | |
| 5) Problem Solving | | | | | | |
| 6) Self-Initiated Activity | | | | | | |
| 7) Investigative Skills | | | | | | |
| 8) Safety Procedures | | | | | | |
| 9) Oral Expression | | | | | | |
| 10) Written Expression | | | | | | |
| 11) Timeliness | | | | | | |
| 12) Accuracy | | | | | | |
| 13) View of Assignment | | | | | | |
| 14) Acceptance of Criticism | | | | | | |
| 15) Citizen Contacts | | | | | | |
| 16) Departmental Members | | | | | | |
| 17) Uniform/Clothing | | | | | | |
| 18) Grooming | | | | | | |
| 19) Tardiness | | | | | | |
| 20) Sick Leave | | | | | | |
| 21) Non-Stress Conditions | | | | | | |
| 22) Stress Conditions | | | | | | |
| 23) Equipment Knowledge/Use | | | | | | |
| 24) Inter-personal Transactions | | | | | | |
| 25) Planning and Organization | | | | | | |

Instructions:  Indicate any objections or disagreements in the scoring computed by the supervisor in the comment section below. Note the specific category number initially and then specify the issues and remarks substantiating the disagreement and scoring change indicated.

Comment (1st Line Review) _____

_____

Date _____ 2/9/16 _____                    _____ First Line Signature _____

Comment (2nd Line Review) _____

_____

Date _____ 2/13/16 _____                    _____

| OFFICE USE | | |
|---|---|---|
| Raw Score | | |
| Conversion Index | x | .57 |
| Final Score | | |

## (PATROL)
## STANDARDIZED PERFORMANCE
## APPRAISAL SYSTEM

Name: Ackerly, Ken   Date: 2-26-15
Rank: Deputy
SSN#:
Appt. Date: 6-21-00
Evaluation: Annual ✗  Semi
Division: Patrol
Assignment: C Prt

This standardized performance appraisal process has been developed and shall be instituted utilizing the following rating procedures:

1) To be completed for all sworn personnel by the immediate supervisor.

2) The supervisor will schedule an appointment with the individual to be rated prior to completing the evaluation form. Both Supervisor and subordinate will review and discuss the format and complete the evaluation process together. This allows both individuals to discuss the guidelines and affords the supervisor the opportunity to coach/counsel the individual.

3) The supervisor must view each category of evaluation separately and compare the performance of the individual to the standardized guidelines.

4) All rating shall be reviewed by the next two (2) levels above the rater (example: lieutenant and captain will review all evaluations of first line deputies under their commander). This review will be done prior to being signed by the individual.

5) Evaluations will be completed on an bi-annual basis and/or prior to promotion or transfer, if an evaluation has not been completed within ninety days of such assignment. An evaluation will be completed for any temporary and/or specialized assignment.

6) Evaluations of 1 or 7 require that justification section be completed explaining the rational for this rating.

## RATING SCALE SCORING

**Score**                                     **Explanation**

1  — The performance of the individual achieves the performance statements denoted in category "1" of the rating scale.

2  — The performance of the individual exceeds all of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in catergory #4 of the rating scale.

3  — The performance of the individual exceeds all of the performance statements denoted in category "1" and meets 50% or more of the performance statements denoted in category #4 of the rating scales.

4  — The performance of the individual achieves the performance statements denoted in category "4" of the rating scale.

5  — The performance of the individual exceeds the performance statements denoted in category "4" and meets less than 50% of the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale.

6  — The performance of the individual exceeds the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale.

7  — The performance of the individual achieves the performance statements denoted in category "7" of the rating scale.

| RATING SCALE | | |
|---|---|---|
| Not Acceptable Performance | Acceptable Performance | Superior Performance |
| 1    2    3    4 | 5    6 | 7 |

**OFFICE USE**

## I. KNOWLEDGE

1. Policies and Procedures 1 2 3 4 ⑤ 6 7
2. Major Issues 1 2 3 4 ⑤ 6 7
3. Application of Issues 1 2 3 4 ⑤ 6 7
4. Assigned Area 1 2 3 4 ⑤ 6 7
Comment: Strong working knowledge of NYS laws

Average _____

## II. PRODUCTIVITY

5. Problem Solving 1 2 3 4 ⑤ 6 7
6. Self-initiated Activity 1 2 3 4 ⑤ 6 7
7. Alertness 1 2 3 4 ⑤ 6 7
8. Safety Procedures 1 2 3 4 ⑤ 6 7
Comment: Maintains situational awareness at calls for service

Average _____

## III. COMMUNICATION

9. Oral Expression 1 2 3 4 ⑤ 6 7
10. Written Expression 1 2 3 4 ⑤ 6 7
11. Timeliness 1 2 3 4 ⑤ 6 7
12. Accuracy 1 2 3 4 ⑤ 6 7
Comment: Court paper work is completed appropriately

Average _____

## IV. ATTITUDE

13. View of Assignment 1 2 3 4 ⑤ 6 7
14. Acceptance of Criticism 1 2 3 4 ③ 6 7
15. Citizen Contacts 1 2 3 4 ③ 6 7
16. Departmental Members 1 2 3 4 ③ 6 7
Comment: Respectful towards citizens and co workers

Average _____

## V. GENERAL

A. Appearance 1 2 3 4 ⑤ 6 7
17. Uniform/Clothing 1 2 3 ④ 5 6 7
18. Grooming 1 2 3 4 ⑤ 6 7

B. Attendance
19. Tardiness 1 2 3 4 ⑤ 6 7
20. Sick Leave 1 2 3 4 ⑤ 6 7
Comment: Needs to be reminded at times to wear ballistic vest.

Average _____

**OFFICE USE**

**VI. PERFORMANCE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21. Non-Stress Conditions | 1 | 2 | 3 | 4 | ⑤ | 6 | 7 | ___ |
| 22. Stress Conditions | 1 | 2 | 3 | 4 | ⑤ | 6 | 7 | ___ |
| 23. Equipment Knowledge/Use | 1 | 2 | 3 | 4 | ⑤ | 6 | 7 | ___ |
| 24. Inter-personal Transaction | 1 | 2 | 3 | 4 | ⑤ | 6 | 7 | ___ |
| 25. Planning and Organization | 1 | 2 | 3 | 4 | ⑤ | 6 | 7 | ___ |

**Comment:** _Deputy Achtyl is a reliable_
_officer who will complete the task at hand_
_with little or no supervision._

Areas of most acceptable performance — specify: _Deputy Achtyl is a veteran_
_on the platoon and provides leadership for other officers_
_on platoon. Willingness to accept additional duties._

Areas where improvement in performance is necessary or possible (even if currently) — specify:

Justifications:

Date: _2/26/15_

_Lt. D. Kay_
**Supervisor's Signature**

**Member's Signature**

## PERFORMANCE EVALUATION
## COMMAND REVIEW

| Subject Area/Categories | 1st Line Review | | | 2nd Line Review | | |
|---|---|---|---|---|---|---|
| | Agree | Disagree | Score | Agree | Disagree | Score |
| 1) Policies and Procedures | | | | | | |
| 2) Major Issues | | | | | | |
| 3) Application of Issues | | | | | | |
| 4) Assigned Area | | | | | | |
| 5) Problem Solving | | | | | | |
| 6) Self-Initiated Activity | | | | | | |
| 7) Investigative Skills | | | | | | |
| 8) Safety Procedures | | | | | | |
| 9) Oral Expression | | | | | | |
| 10) Written Expression | | | | | | |
| 11) Timeliness | | | | | | |
| 12) Accuracy | | | | | | |
| 13) View of Assignment | | | | | | |
| 14) Acceptance of Criticism | | | | | | |
| 15) Citizen Contacts | | | | | | |
| 16) Departmental Members | | | | | | |
| 17) Uniform/Clothing | | | | | | |
| 18) Grooming | | | | | | |
| 19) Tardiness | | | | | | |
| 20) Sick Leave | | | | | | |
| 21) Non-Stress Conditions | | | | | | |
| 22) Stress Conditions | | | | | | |
| 23) Equipment Knowledge/Use | | | | | | |
| 24) Inter-personal Transactions | | | | | | |
| 25) Planning and Organization | | | | | | |

Instructions:   Indicate any objections or disagreements in the scoring computed by the supervisor in the comment section below. Note the specific category number initially and then specify the issues and remarks substantiating the disagreement and scoring change indicated.

Comment (1st Line Review) _____

_____

_____

_____

Date _____        _____
                                          First Line Signature

Comment (2nd Line Review) __ Deputy Achtyl performs duties of the ECSO
__ in an efficient effective member
__ Current a DV Deputy.

Date __ 4/22/2016 __        _____
                                          Second Line Signature

| OFFICE USE | | |
| --- | --- | --- |
| Raw Score | | _____ |
| Conversion Index | x | .57 |
| Final Score | | _____ |

## (PATROL)
## STANDARDIZED PERFORMANCE APPRAISAL SYSTEM

*(Sidebar, left margin, handwritten)*

Name: ACHRYL, KEV   Date: 12/19/13
Rank: DEPUTY
SSN#: 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
Appt. Date: 6/24/80

Evaluation:
Annual ☒
Semi _____

Division: PATROL
Assignment: CPLT. - HQ - DV Spec.

This standardized performance appraisal process has been developed and shall be instituted utilizing the following rating procedures:

1) To be completed for all sworn personnel by the immediate supervisor.

2) The supervisor will schedule an appointment with the individual to be rated prior to completing the evaluation form. Both Supervisor and subordinate will review and discuss the format and complete the evaluation process together. This allows both individuals to discuss the guidelines and affords the supervisor the opportunity to coach/counsel the individual.

3) The supervisor must view each category of evaluation separately and compare the performance of the individual to the standardized guidelines.

4) All rating shall be reviewed by the next two (2) levels above the rater (example: lieutenant and captain will review all evaluations of first line deputies under their commander). This review will be done prior to being signed by the individual.

5) Evaluations will be completed on an bi-annual basis and/or prior to promotion or transfer, if an evaluation has not been completed within ninety days of such assignment. An evaluation will be completed for any temporary and/or specialized assignment.

6) Evaluations of 1 or 7 require that justification section be completed explaining the rational for this rating.

### RATING SCALE SCORING

| Score | | Explanation |
| --- | --- | --- |
| 1 | — | The performance of the individual achieves the performance statements denoted in category "1" of the rating scale. |
| 2 | — | The performance of the individual exceeds all of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in catergory #4 of the rating scale. |
| 3 | — | The performance of the individual exceeds all of the performance statements denoted in category "1" and meets 50% or more of the performance statements denoted in category #4 of the rating scales. |
| 4 | — | The performance of the individual achieves the performance statements denoted in category "4" of the rating scale. |
| 5 | — | The performance of the individual exceeds the performance statements denoted in category "4" and meets less than 50% of the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 6 | — | The performance of the individual exceeds the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 7 | — | The performance of the individual achieves the performance statements denoted in category "7" of the rating scale. |

| RATING SCALE | | | | | | |
|---|---|---|---|---|---|---|
| Not Acceptable Performance | | Acceptable Performance | | Superior Performance | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**OFFICE USE**

**I. KNOWLEDGE**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| 1. Policies and Procedures | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 2. Major Issues | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 3. Application of Issues | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 4. Assigned Area | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: VERY KNOWLEDGABLE OF THE GEOGRAPHIC AREA
AND THE PEOPLE IN IT.

Average _____

**II. PRODUCTIVITY**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| 5. Problem Solving | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 6. Self-initiated Activity | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 7. Alertness | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 8. Safety Procedures | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: ACTIVITY LEVEL IS SUFFICIENT, ALTHOUGH
VTT ENFORCEMENT AND ARRESTS DECREASED FROM LAST YEAR.

Average _____

**III. COMMUNICATION**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| 9. Oral Expression | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 10. Written Expression | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 11. Timeliness | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 12. Accuracy | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: REPORTS ARE ACCURATE, TIMELY.

Average _____

**IV. ATTITUDE**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| 13. View of Assignment | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 14. Acceptance of Criticism | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 15. Citizen Contacts | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 16. Departmental Members | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: _____

Average _____

**V. GENERAL**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| A. Appearance | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 17. Uniform/Clothing | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 18. Grooming | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

B. Attendance

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| 19. Tardiness | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 20. Sick Leave | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: NEAT APPEARANCE, ACCEPTABLE USE
OF SICK LEAVE.

Average _____

## VI. PERFORMANCE

| | | | | | | | | | OFFICE USE |
|---|---|---|---|---|---|---|---|---|---|
| 21. Non-Stress Conditions | 1 | 2 | 3 | (4) | 5 | 6 | 7 | | |
| 22. Stress Conditions | 1 | 2 | 3 | 4 | (5) | 6 | 7 | | |
| 23. Equipment Knowledge/Use | 1 | 2 | 3 | (4) | 5 | 6 | 7 | | |
| 24. Inter-personal Transaction | 1 | 2 | 3 | (4) | 5 | 6 | 7 | | |
| 25. Planning and Organization | 1 | 2 | 3 | (4) | 5 | 6 | 7 | | |

Comment: #22 APPEARS TO BE AT HIS BEST WHILE HANDLING THE MOST SERIOUS OF CALLS.

Average _____

Areas of most acceptable performance — specify: #22, AS STATED ABOVE.

Areas where improvement in performance is necessary or possible (even if currently) — specify: NONE AT THIS TIME — ADEQUATE PERFORMANCE IN ALL RATED CATEGORIES.

Justifications: ADDITIONAL VOLUNTEER DUTIES: DOMESTIC VIOLENCE SPECIALIST, WRITES PRESS RELEASES FOR LOCAL MEDIA OUTLETS.

2013 STATS: V+T: 112 INF 17 MISD. 3 FEL 14 DWI 1 DWI FEL / PARK 148 TOTAL
ARRESTS: 27 VIOL 86 MISD. 12 FEL 16 OTN. 141 TOTAL
CALLS: 14 TPORT, 155 RPT, 696 LOG 865 TOTAL 173 SHIFTS WORKED.

IN 2014, I WOULD LIKE TO SEE HIM BEGIN TRAINING AS A CRIME SCENE TECH, AND WORK A BPD. STRIKE FORCE ASSIGNMENT, ALONG WITH BEING APPOINTED TO THE SCUBA DIVE TEAM.

Date: DECEMBER 19, 2013

LT. W. CRANSTON
Supervisor's Signature

Member's Signature

# PERFORMANCE EVALUATION
## COMMAND REVIEW

| Subject Area/Categories | 1st Line Review | | | 2nd Line Review | | |
|---|---|---|---|---|---|---|
| | Agree | Disagree | Score | Agree | Disagree | Score |
| 1) Policies and Procedures | | | | | | |
| 2) Major Issues | | | | | | |
| 3) Application of Issues | | | | | | |
| 4) Assigned Area | | | | | | |
| 5) Problem Solving | | | | | | |
| 6) Self-Initiated Activity | | | | | | |
| 7) Investigative Skills | | | | | | |
| 8) Safety Procedures | | | | | | |
| 9) Oral Expression | | | | | | |
| 10) Written Expression | | | | | | |
| 11) Timeliness | | | | | | |
| 12) Accuracy | | | | | | |
| 13) View of Assignment | | | | | | |
| 14) Acceptance of Criticism | | | | | | |
| 15) Citizen Contacts | | | | | | |
| 16) Departmental Members | | | | | | |
| 17) Uniform/Clothing | | | | | | |
| 18) Grooming | | | | | | |
| 19) Tardiness | | | | | | |
| 20) Sick Leave | | | | | | |
| 21) Non-Stress Conditions | | | | | | |
| 22) Stress Conditions | | | | | | |
| 23) Equipment Knowledge/Use | | | | | | |
| 24) Inter-personal Transactions | | | | | | |
| 25) Planning and Organization | | | | | | |

Instructions:   Indicate any objections or disagreements in the scoring computed by the supervisor in the comment section below. Note the specific category number initially and then specify the issues and remarks substantiating the disagreement and scoring change indicated.

Comment (1st Line Review) _____

_____

_____

_____

Date _____    First Line Signature _____

Comment (2nd Line Review) *Deputy Ackty has been identified as having th ability to work in a high stress situation*

_____

_____

Date _5/14_    _Chief S J_____

RECEIVED
ERIE COUNTY SHERIFF
ADMINISTRATIVE OFFICE

2013 JAN 23  PM 4: 54

Name: ARAM, KEV
Rank: DEPUTY
SSN#: 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
Appt. Date: 6/26/00

Date: 11/30/12
Evaluation:
Annual  X
Semi  _____

Division PATROL
Assignment CPLT

## (PATROL)
## STANDARDIZED PERFORMANCE
## APPRAISAL SYSTEM

| OFFICE USE | | |
|---|---|---|
| Raw Score | | _____ |
| Conversion Index | x | .57 |
| Final Score | | _____ |

This standardized performance appraisal process has been developed and shall be instituted utilizing the following rating procedures:

1) To be completed for all sworn personnel by the immediate supervisor.

2) The supervisor will schedule an appointment with the individual to be rated prior to completing the evaluation form. Both Supervisor and subordinate will review and discuss the format and complete the evaluation process together. This allows both individuals to discuss the guidelines and affords the supervisor the opportunity to coach/counsel the individual.

3) The supervisor must view each category of evaluation separately and compare the performance of the individual to the standardized guidelines.

4) All rating shall be reviewed by the next two (2) levels above the rater (example: lieutenant and captain will review all evaluations of first line deputies under their commander). This review will be done prior to being signed by the individual.

5) Evaluations will be completed on an bi-annual basis and/or prior to promotion or transfer, if an evaluation has not been completed within ninety days of such assignment. An evaluation will be completed for any temporary and/or specialized assignment.

6) Evaluations of 1 or 7 require that justification section be completed explaining the rational for this rating.

## RATING SCALE SCORING

| Score | | Explanation |
|---|---|---|
| 1 | — | The performance of the individual achieves the performance statements denoted in category "1" of the rating scale. |
| 2 | — | The performance of the individual exceeds all of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in catergory #4 of the rating scale. |
| 3 | — | The performance of the individual exceeds all of the performance statements denoted in category "1" and meets 50% or more of the performance statements denoted in category #4 of the rating scales. |
| 4 | — | The performance of the individual achieves the performance statements denoted in category "4" of the rating scale. |
| 5 | — | The performance of the individual exceeds the performance statements denoted in category "4" and meets less than 50% of the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 6 | — | The performance of the individual exceeds the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 7 | — | The performance of the individual achieves the performance statements denoted in category "7" of the rating scale. |

| RATING SCALE | | | | | | |
|---|---|---|---|---|---|---|
| Not Acceptable Performance | | Acceptable Performance | | Superior Performance | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**OFFICE USE**

## I. KNOWLEDGE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Policies and Procedures | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 2. Major Issues | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 3. Application of Issues | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 4. Assigned Area | 1 | 2 | 3 | 4 | ⑤ | 6 | 7 |

Comment: MAINTAINS ADEQUATE KNOWLEDGE OF STATE
LAWS AND ECSL PP. GOOD KNOWLEDGE OF PEOPLE + PLACES IN PATROL AREA.

_____ _____ _____ _____
Average

## II. PRODUCTIVITY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5. Problem Solving | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 6. Self-initiated Activity | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 7. Alertness | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 8. Safety Procedures | 1 | 2 | 3 | ④ | 5 | 6 | 7 |

Comment: HAS TAKEN ON EXTRA RESPONSIBILITIES WITH
DV UNIT AND LOCAL MEDIA PRESS RELEASES.

_____ _____ _____ _____
Average _____

## III. COMMUNICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9. Oral Expression | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 10. Written Expression | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 11. Timeliness | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 12. Accuracy | 1 | 2 | 3 | ④ | 5 | 6 | 7 |

Comment: WRITTEN REPORTS ARE NEAT, ACCURATE.

_____ _____ _____ _____
Average _____

## IV. ATTITUDE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13. View of Assignment | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 14. Acceptance of Criticism | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 15. Citizen Contacts | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 16. Departmental Members | 1 | 2 | 3 | ④ | 5 | 6 | 7 |

Comment: _____

_____ _____ _____ _____
Average _____

## V. GENERAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A. Appearance | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 17. Uniform/Clothing | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 18. Grooming | 1 | 2 | 3 | ④ | 5 | 6 | 7 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B. Attendance | | | | | | | |
| 19. Tardiness | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 20. Sick Leave | 1 | 2 | 3 | ④ | 5 | 6 | 7 |

Comment: NEAT UNIFORM APPEARANCE.

_____ _____ _____
Average _____

**OFFICE USE**

## VI. PERFORMANCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21. Non-Stress Conditions | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 22. Stress Conditions | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 23. Equipment Knowledge/Use | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 24. Inter-personal Transaction | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 25. Planning and Organization | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: VETERAN DEPUTY HAS PERFORMED WELL IN ALL
RATED CATEGORIES.

Average _____

Areas of most acceptable performance — specify: _____
4,5,6, — DEPUTY MAINTAINS GOOD WORKING KNOWLEDGE OF PEOPLE AND PLACES, THAT ARE
       INVOLVED IN CRIMINAL ACTIVITY.
10 — HAS TAKEN ON ADDITIONAL RESPONSIBILITIES OF PRESS RELEASES TO THE LOCAL MEDIA.
  — ALSO HAS TAKEN ON ASSIGNMENT IN DOMESTIC VIOLENCE UNIT.
_____
_____
_____

Areas where improvement in **performance** is necessary or possible (even if currently) — specify:
NONE AT THIS TIME.
_____
_____
_____
_____
_____
_____
_____

Justifications: 2012 STATS: - V.T-INFRACTION 109, MISD. 24, FEL. 7, DWI 11, FELDWI
2, PARK 1, 154 TOTAL
ARRESTS: 54 VIOLATION 110 MISO, 11 FEL, 8 OTHER, 183 TOTAL
CALLS: 21 TPORT, 158 ARTS, 463 LOG, 642 TOTAL  104 SHIFTS WORKED

— MISSED JANUARY - APRIL OUT INJURED FROM AN ON-DUTY CAR CRASH.
— STEADY PERFORMANCE SINCE RETURN. VETERAN LEADER ON THE PLATOON.
— VOLUNTEERED TO TAKE COUNTY FAIR DETAIL. REPRESENTED THE AGENCY WELL.
_____

Date: DEC. 19, 2012 _____

_____ L. W. CRANSTON _____
Supervisor's Signature

_____
Member's Signature



TIMOTHY B. HOWARD
UNDERSHERIFF

TEN DELAWARE AVENUE
BUFFALO, NEW YORK 14202
(716) 858-7618
FAX: (716) 858-7680

# PATRICK GALLIVAN
## SHERIFF
April 23, 1999

Mr. Leonard R. Lenihan
**Commissioner of Personnel**
**95 Franklin Street**
**Buffalo, New York  14220**

<div style="text-align:right">RE:   <mark>**ACHTYL JR., KENNETH P.**</mark><br>**SS#: 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**</div>

Dear Commissioner Lenihan:

The above named individual has recently requested to be transferred into the Erie County Sheriff's Office as a Deputy Sheriff Criminal in the Police Services Division.

Mr. Achtyl is presently working as a Police Officer for the Arcade Police Department . He has been employed with this Department since March of '98.  He passed his probationary period September of '98.

Attached you will find a copy of authorization for release of information, and a completed form letter from the Arcade Police Department.

We would like your permission to transfer this individual.  It would be greatly appreciated if you would advise me as to whether or not this transfer can take place.

If you have any questions, do not hesitate to contact our Personnel Clerk, Ms. Donna Jusiak, at 858-7905.

Thank you, in advance, for your cooperation in the above matter.

*This request is approved*

*Michael J. Eberle*

Very truly yours,

**TIMOTHY B. HOWARD**
**UNDERSHERIFF OF ERIE COUNTY**

dmj
cc:   Mr. Michael Eberle     *4-28-99*
Attachments

| POLICE SERVICES | HOLDING CENTER | PROFESSIONAL STANDARDS | CIVIL PROCESS | ADMINISTRATION |
|---|---|---|---|---|
| CHIEF RICHARD T. DONOVAN | SUPT. H. McCARTHY GIPSON | CHIEF THOMAS R. STAEBELL | CHIEF PATRICK G. FLYNN | CHIEF MICHAEL A. BENSON |
| One Sheriff's Drive | 40 Delaware Avenue | 134 West Eagle | 134 West Eagle | 10 Delaware Avenue |
| Orchard Park, New York 14127 | Buffalo, New York 14202 | Buffalo, New York 14202 | Buffalo, New York 14202 | Buffalo, New York 14202 |
| (716) 662-5554 | (716) 858-7638 | (716) 858-8088 | (716) 858-7606 | (716) 858-7630 |
| FAX: (716) 662-8477 | FAX: (716) 858-7712 | FAX: (716) 858-6630 | FAX (716) 858-7621 | FAX: (716) 858-7680 |



**TIMOTHY B. HOWARD**
UNDERSHERIFF

TEN DELAWARE AVENUE
BUFFALO, NEW YORK 14202
(716) 858-7618
FAX: (716) 858-7680

# PATRICK GALLIVAN
### SHERIFF

**March 12, 1999**

**Arcade Police Department**
**Personnel Office**
**17 Church Street**
**Arcade, New York 14009**

RE:   ACHTYL JR., KENNETH P.

**To Whom It May Concern:**

The above mentioned individual has applied for a Deputy Sheriff Criminal position with this Office.

We ask that you furnish the following information concerning employment with your Department. Enclosed you will find authorization for release of information.

1.   **Name:**_____ ACHTYL JR., KENNETH P._____

2.   **Social Security #:**_____ 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_____

3.   **Title at time of appointment:**___ Police Officer   (part time)_____

4.   **Title and number of State Civil Service Examination for eligible list from which appointed:**_____ Exam Number  68-799 OC    Police Officer____

5.   **Title of current or last position held:**____ Police Officer    (part time)____

6.   **Dates of employment with your Office:**___ 3/09/98  to   present____

7.   **Duration of Probationary Period:**_____ 6 months_____

8.   **Did applicant successfully complete this probationary period: Yes __X__ No _____**

CH          LICE SERVICES          HOLDING CENTER          PROFESSIONAL STANDARDS          CIVIL PROCESS          ADMINISTRATION
          ICHARD T. DONOVAN     SUPT. H. McCARTHY GIPSON     CHIEF THOMAS R. STAEBELL     CHIEF PATRICK G. FLYNN     CHIEF MICHAEL A. BENSON
One Sheriff's Drive               40 Delaware Avenue               134 West Eagle               134 West Eagle               10 Delaware Avenue
Orchard Park, New York 14127     Buffalo, New York 14202     Buffalo, New York 14202     Buffalo, New York 14202     Buffalo, New York 14202
(716) 662-5554                   (716) 858-7638               (716) 858-8088               (716) 858-7606               (716) 858-7630
FAX: (716) 662-8477              FAX: (716) 858-7712          FAX: (716) 858-6630          FAX (716) 858-7621          FAX: (716) 858-7680

Achtyl Jr., Kenneth P.                    -2-                    March 12, 1999

9.   If yes, please state date of completion: _____ 9/09/98 _____

10.  Overall attendance record:

     ____ below average  ____ average  ____ above average  _X_ excellent

11.  Has Mr. Achtyl been the subject of any disciplinary action while in your
     employment? If so, please describe briefly:

     _____ NO _____

     _____

     _____

12.  Is there any disciplinary action or other charge now pending concerning this
     employee?
     If so, please describe:

     _____ None _____

     _____

     _____

13.  Is Mr. Achtyl currently an employee in good standing with your organization?

     Yes _X_  No _____

COMPLETED BY: _____ _John Laurel_ _____

TITLE: _____ _Chief of Police_ _____  DATE: _3/17/99_

Please return this information along with a copy of the individuals roster card. If you have any
questions, or need any assistance, please do not hesitate to contact our Personnel Clerk, Ms.
Donna Jusiak, at (716) 858-7805.

                                   Sincerely,

                                   _Timothy J Howard_

                                   **TIMOTHY B. HOWARD**
                                   **UNDERSHERIFF OF ERIE COUNTY**

mj
Enclosure





TIMOTHY B. HOWARD
UNDERSHERIFF

TEN DELAWARE AVENUE
BUFFALO, NEW YORK 14202
(716) 858-7618
FAX: (716) 858-7680

**PATRICK GALLIVAN**
SHERIFF

## ERIE COUNTY SHERIFF'S APPLICATION # _99-35_

### PLEASE READ THE FOLLOWING BEFORE COMPLETING THE ATTACHED SHERIFF'S OFFICE EMPLOYMENT APPLICATION.

READ EACH QUESTION CAREFULLY AND ANSWER FULLY. ANY FALSE STATEMENT OR INTENTIONAL OMISSION GIVEN IN THIS APPLICATION IS JUST CAUSE FOR DISMISSAL OR DISQUALIFICATION. PRINT NEATLY AND LEGIBLE, USE INK. APPLICATION MAY ALSO BE TYPED.

I, _Kenneth P. Achtyl, Jr_ , HEREBY UNDERSTAND THAT AS A PROSPECTIVE EMPLOYEE OF THE ERIE COUNTY SHERIFF'S OFFICE I WILL NOT AND CANNOT BE GUARANTEED A PARTICULAR SHIFT. I FURTHER UNDERSTAND THAT SHIFT ASSIGNMENT IS BASED UPON SENIORITY, AND THAT I MAY BE REQUESTED TO WORK FORCED OVERTIME. _CRIMINAL TRANSFER_

_Kennet P. Achtyl_                    _2-25-99_
Signature                              Date

| POLICE SERVICES | HOLDING CENTER | PROFESSIONAL STANDARDS | CIVIL PROCESS | ADMINISTRATION |
|---|---|---|---|---|
| CHIEF RICHARD T. DONOVAN | SUPT. H. McCARTHY GIPSON | CHIEF THOMAS R. STAEBELL | CHIEF PATRICK G. FLYNN | CHIEF MICHAEL A. BENSON |
| One Sheriff's Drive | 40 Delaware Avenue | 134 West Eagle | 134 West Eagle | 10 Delaware Avenue |
| Orchard Park, New York 14127 | Buffalo, New York 14202 | Buffalo, New York 14202 | Buffalo, New York 14202 | Buffalo, New York 14202 |
| (716) 662-5554 | (716) 858-7638 | (716) 858-8088 | (716) 858-7606 | (716) 858-7630 |
| FAX: (716) 662-8477 | FAX: (716) 858-7712 | FAX: (716) 858-6630 | FAX (716) 858-7621 | FAX (716) 858-7680 |

## AUTHORIZATION FOR RELEASE OF INFORMATION

TO:

ANY COURT OF LAW, PROBATION DEPARTMENT, POLICE DEPARTMENT, CREDIT BUREAU, EDUCATIONAL INSTITUTION, MEDICAL INSTITUTION OR HOSPITAL, PHYSICIAN, ANY EMPLOYER, PAST OR PRESENT, OR THE UNITED STATES SELECTIVE SERVICE SYSTEM.

I, ___Kenneth P. Achtyl, JR___, HAVING MADE APPLICATION WITH THE ERIE COUNTY SHERIFF'S OFFICE FOR EMPLOYMENT, DO HEREBY AUTHORIZE TO THE ERIE COUNTY SHERIFF'S OFFICE, TO OBTAIN ANY RECORDS OR INFORMATION REGARDING MY EMPLOYMENT APPLICATION, SAID INFORMATION WILL INCLUDE ARREST AND CONVICTION RECORDS, CREDIT RECORDS, REFERENCE INFORMATION, AND SCHOOL RECORDS.

___Kenneth P Achtyl Jr___
**Signature**

___4056 HARwood Ave___

___Blasdell, NY 14219___
**Address**

___12-25-72___          ___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___
**Date of Birth**          **Social Security #**

STATE OF: ___New York___

COUNTY OF: ___Erie___

ON THIS ___2ND___ DAY OF ___MARCH___ 19 ___99___

BEFORE ME PERSONALLY APPEARED

___Kenneth P. ACHTYL Jr.___ TO ME KNOWN AND KNOWN TO ME TO BE THE SAME PERSON DESCRIBED IN AND WHO EXECUTED THE FOREGOING INSTRUMENT, AND ___ HE DULY ACKNOWLEDGED TO ME THAT __ HE EXECUTED THE SAME.

DENNIS P. FARRELL
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Apr. 30, 20___

___Dennis P. Farrell___

Page 3

**ERIE COUNTY SHERIFF'S OFFICE**
**10 DELAWARE AVE**

**APPLICATION FOR EMPLOYMENT**

1. <u>Achtyl, Jr.</u>         <u>Kenneth</u>              <u>P.</u>
   Surname                  First                        M.I.

2. <u>4056   Harwood Ave.</u>                            <u>Right</u>
   Street #   Street Name                               Apt#/Suite

   <u>Blasdell - Hamburg        NY</u>                    <u>14219</u>
   City/Town/Village (Please circle one)   State        Zip Code

3. Telephone #:      <u>828 - 2237</u>              <u>855 - 6405</u>
                      Home                             Work/Other

4. <u>12-25-72</u>   <u>26</u>      5. <u>5' 7"</u>        <u>195</u>
   Date of Birth   Age in Years         Height         Weight

6. <u>Green</u>            <u>Brown</u>               <u>Light</u>
   Color of Eyes      Color of Hair        Complexion

7. Give any name you have used or been known by, and state reason(s), if none, state none.

   <u>None</u>

8. A.   Social Security #:   <u>090 - 70 - 8829</u>

   B.   Are you a Citizen of the United States?   Yes  <u>X</u>   No ____

        If you are not a citizen of the U.S., do you have the
        legal right to accept employment in the U.S.?   Yes ____   No ____

**FOR THE PURPOSE OF A BACKGROUND INVESTIGATION**
**THE FOLLOWING QUESTIONS MUST BE COMPLETED**

Page 4

9.   In chronological order, state each place in which you have resided during the last ten years.
     (If more space is needed, place attach an additional sheet.)

| From/To | Address: | City/Town/Village | State | Zip Code |
|---------|----------|-------------------|-------|----------|
| 11/97 – Current | 4056 Harwood Ave | Blasdell | NY | 14219 |
| 8/96 – 11/97 | 4039 Knoll Dr, Apt 6 | Hamburg | NY | 14075 |
| 12/72 – 8/96 | 9731 New Oregon Rd | Eden | NY | 14057 |
| | | | | |
| | | | | |

10.  Have you ever been arrested?                                    YES ___ NO X
     (If yes, list dates, types of arrests, ie., violation, misdemeanor, felony etc.)

     _____
     _____
     _____
     _____

11.  Have you ever been convicted of a crime?                        YES ___ NO X
     (If yes, give dates of conviction and disposition of each crime.)

     _____
     _____
     _____
     _____

12.  Do you own or possess any pistol/revolver or firearm?           YES X NO ___
     (If yes, please give details below regarding make, model, caliber and serial number.)

     Glock   model 23   40   BCY930us
     _____
     _____
     _____

13.  Have you ever been rejected by any Law Enforcement Agency?      YES ___ NO X
     (If yes, please explain reason for being rejected.)

     _____

Page 6

20. Have you, or any corporation of partnership of which you were an officer, director or partner, ever possess a license or permit (excluding drivers license or learners permit) issued by any governmental agency?    YES ✗ NO ___

NYS Pistol Permit # 42006

NYS Municipal Police and Council Training Certification,

NYS Certified Doppler Traffic Radar operator, NYS Breathalyzer operator Permit.

NYS Fire Training Essentials course.

21. List below, chronologically, earliest date first, each place you have been employed. **OMIT NONE.** Give dates of idleness between each period of employment in proper sequence. (Include part-time employment)

| FROM / TO | NAME & ADDRESS OF EMPLOYER Include: # Street, City, State, Zip | PHONE # | POSITION HELD | REASON FOR LEAVING |
|---|---|---|---|---|
| 4/89 - 10/89 | Burger King Restaurant Camp/Scranton Rd, Hamburg NY 14075 | 648 - 5060 | Cook/Cashier | Better paying Job |
| 10/89 - 10/91 | Ilio Dipaolo's Resturant 3785 South Park Ave, Blasdell NY 14219 | 825 - 3675 | Dishwasher/Cook | Cleaner Job |
| 7/91 - 3/92 | Tops Markets camp/scranton Rd Hamburg NY 14075 | 515-3300 | Cashier | Full time Job |
| 10/91 - 3/92 | Millers Greenhouses 3240 Webster Rd, Eden NY 14057 | 648-6060 | laborer | Full time Job |
| 4/91 - 12/92 | RJD Security 134 West Chippewa St, Buffalo 14202 | 855-1766 | Security Officer Part - Time | Conflict with Full Time Job |
| 3/92 - 8/92 | Marine Midland Bank 1 Marine CTR, Buffalo NY 14203 | 841-2424 | Bank Teller | Promotion |
| 12/92 - 5/98 | Marine Midland Bank 1 Marine CTR Buffalo NY 14203 | 841-7100 | Security Operator | Full time Police Job |
| 4/93 - 1/95 | Eden Police Department 2795 East Church St, Eden NY 14057 | 992-9211 | Part time Police Dispatcher | Part time Police Job |
| 11/95 - Current | Gowanda Police Department 27 East Main St, Gowanda NY 14070 | 532-2020 | Part-Time Police officer | Still employed Part - Time |
| 4/96 - 10/96 | Salamanca Police Department 1 Barrett Dr, Salamanca NY 14779 | 945-2330 | Part-Time Police officer | Location Rate of Pay |
| 10/97 - 12/98 | Eden Police Department 2795 East church St, Eden NY 14057 | 992-9211 | Part-Time Police officer | Conflict with work schedule and Family/New Baby daughter. |
| 3/98 - Current | Arcade Police Department 17 church St, Arcade NY 14009 | 492-3111 | Civil Service Police Officer | Still employed |
| 5/98 - Current | Niagara Frontier Transportation Authority Police Department 1404 Main St Buffalo NY 14209 | 855-6405 855-6404 | Police officer | Still employed |

22. Has any license or permit (excluding drivers license/learners permit) issued by the City, County, State or Federal agency every been denied to you or to any corporation, partnership, or which you were an officer, director or partner?    YES ___ NO ✗

_____

_____

14. Do you use alcoholic beverages?          YES X NO ___
(If yes, give details below.)

Once to twice a year at weddings or other
special occasions. Very minimal. Not on a regular basis.

15. Do you use, or have you ever used narcotics, marijuana,
cocaine or barbiturates? (If yes, give details below.)          YES X NO ___

experimental, tried marijuana once
at 15 years old, under peer pressure.

16. What is your present occupation(s), and for what company(s)?

Police Officer - Village of Arcade Police Dept.
Police Officer - Niagara Frontier Transit Police Dept.
Police officer - Village of Gowanda Police Dept.

17. Are you now engaged in any business as an owner, partner
(active or silent), stockholder, or corporate member?          YES ___ NC X

_____

_____

18. Were you ever discharged or asked to resign from a position
of employment? (If yes, give details below.)          YES ___ NC X

_____

_____

19. Were you ever subjected to disciplinary action in connection
with any employment?  (If yes, give details below.)          YES ___ NO X

_____

_____

Page 7

23.  What is your current military status? (If any)

Awaiting Draft: _____

Veteran: _____

Reserve Unit: _____

Physically Disabled: _____

No Obligation: No Obligation _____

24.  If you are Non-Prior Military Service, what is your draft classification?

_Registered   Selective Service  # 72-1375548-6_

25.  If you have had Military Service, complete the following:

Branch of Service: _____

Rank Held: _____

Service Number: _____

Military Occupational Specialty: _____

_____

Date of Active Military Service (to, from and where):

_____

_____

_____

26.  How many discharges or separations from the service were you given? _____
(Include Active duty and Reserve Service)

27.  What type of discharge and reason?

_____

_____

28.  Date of expiration for Reserve Enlistment? _____

29.  What is the highest level of education completed? _14_ / _2 years of College_

30.  Are you now attending any school or course of instruction?   YES ___ NO X
     (If yes, please list school and courses being taken)

     _____

     _____

31.  What college degrees or professional licenses do you hold?
     - Municipal Police and Training council certification state of NY
     - Associates Degree Criminal Justice
     - Certified as a NYS Doppler Traffic radar operator and Breathalyzer operator.

32.  List in chronological order all academic schools and colleges you are now and have
     attended:  (If more space is needed, please attach additional sheet)

| From:  To:<br>Mo/Yr - Mo/Yr | Name of School (Indicate if<br>Elementary, High School or College) | Address | Highest Grade<br>Completed |
|---|---|---|---|
| 9/78 - 6/86 | Eden Elementary School | 8289 N. Main St<br>Eden NY 14057 | 7th |
| 9/86 - 6/91 | Eden Jr/Sr High School | 3150 Schoolview Rd<br>Eden NY 14057 | 12th |
| 9/91 - 1/94 | Erie Community College | 6205 Main St<br>Williamsville N.Y. | 14th |
| 4/94 - 1/95 | Genesee Community College<br>RPTI Police Academy | 1 College Dr.<br>Batavia N.Y. | NYS Municipal<br>Police Training<br>Council Certification. |
| 2/18 - 2/21/97 | Buffalo Police Training<br>Academy | 74 Franklin<br>Buffalo NY 14202 | NYS Breathalyzer<br>Certification |

33.  Are you a member of any organization which you consider
     relevant to your ability to perform this job?   YES ___ NO X

| Name of Organization: | Date Joined: | Any Office Held: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

34. Have you ever been bonded?  (If yes, list below)          YES ___  NO _X_

_____

_____

35. Were you ever refused a bond?  (If yes, state reason below)     YES ___  NO _X_

_____

_____

36. Do you possess a valid NYS Drivers License?          YES _X_  NO ___

If yes, give license number:   644 - 320 - 480

Type of license:  _Passenger_      Number Classification:      D

37. Have you ever possessed a Chauffeur's or Drivers license
issued by another state? (If yes, list details below)         YES ___  NO _X_

_____

_____

38. Have you ever had your license suspended or revoked?     YES ___  NO _X_
(If yes, give details below)

_____

_____

39. Do you possess any Law Enforcement experience?         YES _X_  NO ___
If yes,

Where:   _Village of Arcade Police Department_

Duties:   _General Police duties to include enforcing laws of the state_
_and Village ordinances. Traffic enforcement. Community Service._

Length of Service:   _3-98 to current_

Reason for Leaving:   _Still employed_

39. Continued on Additional sheet of paper.

40. If you are appointed to the Erie County Sheriff's Office, do you plan to make this your only employment?    YES _X_ NO ___

41. Are you willing to work nights?    YES _X_ NO ___

    Are you willing to work weekends?    YES _X_ NO ___

    Are you willing to work holidays?    YES _X_ N0 ___

42. Do you have any knowledge or information, in addition to what was specifically called for in the preceding questions, which is or may be evident, directly or indirectly, in connection with an investigation of your eligibility or fitness for a position with the Erie County Sheriff's Office including, but not limited to knowledge or mental conditions, habits, employment, education, associations, criminal records, traffic violations or references?  (If yes, give details below)    YES ___ NO _X_

    _____

    _____

    _____

    _____

43. List names and addresses of three (3) references (not relatives, former employers, or school teachers) who are responsible adults of reputable standing in their community, whom you have known for at least five (5) years:

| Name: | Address & Phone Number: | Occupation: | Years Known: |
|---|---|---|---|
| Michael Felschow | 4148 Tasseff Terrace Hamburg NY. 14075 649-8643 | Town of Eden Police Department Lieutenant | 8 years |
| Richard Bishop | 2055 Pontiac Rd Eden, NY. 14057 337-3534 | Retired Erie County Sheriffs Deputy/Accident Investigator | 7 years |
| Allen Schmitt, Jr | 10024 New Oregon Rd Eden NY 14057 992-9185 | Dairy Farmer and Steelworker | 21 years |

Continue from
page 9. Do you possess any.... ? If Yes

39. Where: Niagara Frontier Transit Authority Police Department
Duties: Respond to complaints and enforce laws of the state and
local ordinances on the metro rail, bus Terminals, and Airports in Erie and Niagara Cou.
Length of Service: 5/98 to Current
Reason for Leaving: Still employed

Where: Village of Gowanda Police Department, Gowanda N.Y.
Duties: General Police officer duties including enforcing laws and
responding to complaints, Traffic enforcement. Community Service.
Length of Service: 1/95 - Current
Reason for Leaving: Still employed Part time

Where: Town of Eden Police Department, Eden N.Y.
Duties: General Police officer patrol duties including enforcing laws
and responding to complaints, Traffic enforcement. Community Service
Length of Service: 10/97 - 12/98   Part-time
Reason for Leaving: Conflict with Full time Job and Family (newborn daughter)

Where: City of Salamanca Police Department, Salamanca N.Y.
Duties: General Police Duties including enforcing laws of the state and City and
Respond to complaints. Enforce Traffic, Desk officer to answer 9-1-1 and dispatch calls
Length of Service: 4/96 - 10/96   Part-time
Reason for leaving: Location and Rate of Pay

Where: Town of Eden Police Department, Eden N.Y.
Duties: Police Dispatcher - answer 9-1-1 and other phones
dispatch information to Police vehicles, operate CPS Computer
Length of Service: 4/93 - 1/95   Part-time
Reason for leaving: obtained Part-time Police Officer Position

44.    Prepare in your own words a statement of what your reasons are for wanting to become a member of the Erie County Sheriff's Office, and why you feel you are qualified for the position for which you applied?

The reasons I would like to become a member of the Erie County Sheriffs office is to fullfill a career dream as a law enforcement officer dedicated to protecting and serving the residents of my native County. Also, as a member of the Erie County Sheriffs office, I would be achieving a personal goal of joining a professional law enforcement agency that covers a wide spectrum of geographical area and has opportunities for advancement. Another reason I would like to became a member of the Erie County Sheriffs office is that the position would offer a challenging career in law enforcement.

I feel I am qualified to serve as a deputy sheriff because I am hard working and dedicated to law enforcement. Also, I am constantly willing to learn and accept greater responsibilities. I feel with standard departmental on the job training, I would rapidly adapt to any duty assignment and to the rules and regulations of the Erie County Sheriffs office. I possess a two year degree in Criminal Justice from Erie Community college, where I maintained grade point average of 3.0. I am also certified as a police officer by the New York State Municipal Police and Training Council and graduated with honors from my police academy class in 1995 receiving an academic achievement award. I possess over eight years experience in various positions in law enforcement. Beginning my career at eighteen years of age, I dedicated my time as a volunteer reserve police officer and as a police dispatcher for the Town of Eden

(page 1 of 2)

44. Prepare in your own words a statement of what your reasons are for wanting to become a member of the Erie County Sheriff's Office, and why you feel you are qualified for the position for which you applied?

Police Department. I also served as a volunteer fireman for seven years and have obtained a essentials in fireman ship certificate from New York State. I also served as a volunteer for four years with the Eden Emergency Squad, where I became a certified first responder, and assisted in rescue operations and transports of persons in need of medical attention to the hospital. I have prior experience as a court baliff and security officer. I have over four years of road patrol experience working for various police agencies in Erie County and western New York. This past year being of civil service status with the Village of Arcade Police Department. I am a certified Doppler traffic radar operator and a New York state certified breathalyzer operator. I am also certified by Central Police Services as a New York State Police Information network computer operator. I have attended in service training annually, including Hazmat training, blood borne pathogens training and domestic violence training. I have qualified biannully at firearms range instruction. In 1997 I was a Erie County STOP - DWI award receipant.

If given an opportunity to serve as a deputy Sheriff, I would proudly serve the residents of Erie County, and I feel I would be a true asset to the Erie County sheriffs office.
(Page 2 of 2).

Page 12

45.   **S T A T E   O F   N E W   Y O R K**

**C I T Y   O F   B U F F A L O**

**C O U N T Y   O F   E R I E**

I, ___Kenneth P. Achtyl, Jr.___, BEING DULY SWORN, DEPOSE AND SAY THAT I AM THE ABOVE NAMED PERSON.  I SIGNED THE FOREGOING STATEMENT.  I PERSONALLY READ AND PRINTED OR TYPED, BY HAND, ANSWERS TO EACH AND EVERY QUESTION THEREIN, AND I DO SOLEMNLY SWEAR THAT EACH AND EVERY ANSWER IS FULL, TRUE AND CORRECT IN EVERY RESPECT.

**APPLICANTS SIGNATURE**

SWORN TO ME BEFORE, THIS ___2ND___

DAY OF ___MARCH___ , 19 __99__

**NOTARY PUBLIC OR COMMISSIONER OF DEEDS**

DENNIS P. FARRELL
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Apr. 30, 20___

## TRANSFER

**NAME:** Achtyl Jr. Kenneth P.    **TITLE:** Deputy Sheriff Criminal    **#:** 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

**ADDRESS:** 4056 Harwood Avenue-Right, Blasdell, New York 14219

**PHONE #:** 828-2237 / 855-6405    **DOB:** 12-25-72

| | | | |
|---|---|---|---|
| APP SENT: | 02-23-99 | APP RETURNED: | 03-09-99 |
| ORAL REVIEW: | 05-25-99 | BACKGROUND INV: | 10-19-99 |
| AGILITY: | | FINGERPRINTS: | 10-5-99 |
| POLYGRAPH: | 2-1-00 | MEDICAL: | |
| | | PSYCHOLOGICAL: | |

IS INDIVIDUAL A / REAPPOINT/ REHIRE/TRANSFER Yes / Transfer / Arcade Police Department

IF REHIRE, TRANSFER, MEMO FOR APPROVAL SENT TO PERSONNEL: 04-23-99  APPROVED: 4-23-99

### FORWARD TO INDIVIDUAL FOR COMPLETION:

EMPLOYEE HANDBOOK ✓ HEALTH INSURANCE INFO ✗ PO-30X ✗ PO-8 ✓ PRSNL INFO ✗ H.C. INFO ✓
RIDGE INFO ✗ PT APPL ✓ W-4 FORM ✗ I.D. FORM ✓ RETIREMENT APPL ✓ VETERANS INFO ✓
COBRA ✗ I-9 FORM ✗ DRIVERS LICENSE & SS# ✓ H.S. DIPLOMA ✗ DIRECT DEPOSIT ✗ UNITED WAY ✓

### OTHER INFO NEEDED

VETERANS RETENTION RIGHTS?  YES/NO
TYPE OF HEALTH INSURANCE CHOSEN   *Waivers*   FAMILY/SINGLE
GHI DENTAL INSURANCE - YES/NO - FAMILY/SINGLE
INFORMED ABOUT UNIFORM ALLOWANCE?  YES/NO
HEPATITUS SHOT?  YES/NO
FALLEN EMERGENCY SERVICES PROVIDER PROGRAM?  YES/NO

### PAPERWORK COMPLETED

| | | | |
|---|---|---|---|
| APPT LTR SENT: | 6-9-00 | START DATE: | 6-26-00 |
| SENIORITY DATE: | 6-26-00 | TYPE OF APPT: | Cont. Perm |
| INCREMENT: | 01-01-01 | INS BEGINS: | 8-1-00 |

PO-1 ✗ INDEX CARD ____ PERSONNEL CARD ____ EVALUATION BOOK ____

### REMARKS IF ANY

_____
_____
_____
_____

ECSO-AS17

# ERIE COUNTY SHERIFF'S OFFICE

# M E M O R A N D U M

---

**MEMO TO:**      **Ms. Mary Ann J. Zajdowicz**
               **Administrative Coordinator**

**FROM:**        **Donna M. Jusiak, Personnel Clerk**

**DATE:**        **May 29, 2001**

**SUBJECT:**     **ACHTYL, KENNETH P. / D.S. CRIMINAL / TRANSFER**

---

For your information:

The above individual was hired as a transfer.  All transfers are hired into either a Contingent Permanent or Permanent status position, because they served their probationary period with the other agency.

The attached is for you to review and return.

Thank you.

# ERIE COUNTY SHERIFF'S OFFICE
# EMPLOYEE EVALUATION



DATE MEMO SENT: _____ 07-19-00 _____

NAME OF EMPLOYEE: _____ Achtyl, Kenneth _____

TITLE: _____ Deputy Sheriff Criminal _____

1.   I have worked with this employee in the following capacity:

*Am presently his supervisor and have only been able to work w/indiv. 7 days.*

2.   This employee's tasks have been as follows:

   a.   *Patrol County Bldgs. Protection of Life and Prop.*

   b.   *Enforcement of Laws & Regulations that are Police Responsibility*

   c.   *Detection and arrest of offenders & wanted Persons*

   d.   *Crime Prevention through High Police visibility*

   e.   *Public Service through Providing assistance - information and direction*

3.   How often has this employee been:   LATE  O      ABSENT  O

4.   What would you say are this employee's greatest assets?

*Prior Police Experience - NFTA*

5.   What would you say are this employee's greatest drawbacks or problems?  Why do you believe these problems exist?

*To Early To Evaluate*

6.  Do you feel further training or remedial work is needed?  (BE SPECIFIC)

*To Early to Evaluate*

7.  What do you feel about this employee's:

ATTITUDE:  *good*

MORALE:  *good*

8.  Overall, do you feel this employee will make a positive addition to this department? **BE SPECIFIC - WHY OR WHY NOT?**

*To Early to Evaluate*

9.  Please list other supervisors that know and work with this employee:

*na) 1st Supervisor*

10. Please list other permanent employees that know and work with this employee:

*Robt. Toirette*          *A. Musacchio*

*Maura Kuzynski*

11. Other remarks if necessary:

Completed by:  *Sgt. J Ryan*          Date completed:  *7/31/00*

Employee Signature:  _____          ECSO-AS10

# ERIE COUNTY SHERIFF'S OFFICE
# EMPLOYEE EVALUATION

DATE MEMO SENT:              08-18-00

NAME OF EMPLOYEE:           Achtyl, Kenneth

TITLE:                       Deputy Sheriff Criminal

1.   I have worked with this employee in the following capacity:

     Presently his Supervisor

2.   This employee's tasks have been as follows:

     a.   Foot Patrol (County Bldgs.)
     b.   Advantages ~ Personal Contact with Public
     c.   In depth knowledge of Patrol Area
     d.   Greater Developement for Sources of Information
     e.   High Visibility (Discourages Crim. Activity

3.   How often has this employee been:    LATE  O      ABSENT  O

4.   What would you say are this employee's greatest assets?

     Prior Experience NFTA

5.   What would you say are this employee's greatest drawbacks or problems?  Why do
     you believe these problems exist?

     None Present as Yet.

6.   Do you feel further training or remedial work is needed?  (BE SPECIFIC)

na

7.   What do you feel about this employee's:

ATTITUDE:   good

MORALE:   good

8.   Overall, do you feel this employee will make a positive addition to this department?
**BE SPECIFIC - WHY OR WHY NOT?**

Still evaluating

9.   Please list other supervisors that know and work with this employee:

1st Supervisor

10.  Please list other permanent employees that know and work with this employee:

K. Netey
B. Nowak

11.  Other remarks if necessary:

Completed by: Sgt. J. Ryan          Date completed: 8/24/00

Employee Signature:                              ECSO-AS10

# ERIE COUNTY SHERIFF'S OFFICE
# EMPLOYEE EVALUATION

DATE MEMO SENT: _____ 09-19-00

NAME OF EMPLOYEE: _____ Achtyl, Kenneth

TITLE: _____ Deputy Sheriff Criminal

1.  I have worked with this employee in the following capacity:

    _Supervisor Imss._

2.  This employee's tasks have been as follows:

    a. _Foot Patrol Procedures_

    b. _____

    c. _____

    d. _____

    e. _____

3.  How often has this employee been:   LATE _____   ABSENT _____

4.  What would you say are this employee's greatest assets?

    _Prior Experience_

5.  What would you say are this employee's greatest drawbacks or problems?  Why do you believe these problems exist?

    _None noted @ present_

6. Do you feel further training or remedial work is needed?  (BE SPECIFIC)

_Should be ongoing w/ FTO_

7. What do you feel about this employee's:

ATTITUDE: _good_

MORALE: _good_

8. Overall, do you feel this employee will make a positive addition to this department?
**BE SPECIFIC - WHY OR WHY NOT?**

_Previous Experience_

8. Please list other supervisors that know and work with this employee:

9. Please list other permanent employees that know and work with this employee:

_Brian Nowak_

_Ken. Vetey_

10. Other remarks if necessary:

Completed by: _Sgt. J. Ryan_          Date completed: _9/25/00_

Employee Signature:          ECSO-AS10

# ERIE COUNTY SHERIFF'S OFFICE
# EMPLOYEE EVALUATION

DATE MEMO SENT: _____ 10-19-00 _____

NAME OF EMPLOYEE: _____ Achtyl, Kenneth _____

TITLE: _____ Deputy Sheriff Criminal _____

1. I have worked with this employee in the following capacity:

   Day shift Supervisor

2. This employee's tasks have been as follows:

   a. Learn patrol areas
   b. Familiarization of Forms and procedures
   c. Routine Patrol
   d. Prisoner Transports
   e. Answer Calls For Police Service

3. How often has this employee been:    LATE None   ABSENT None

4. What would you say are this employee's greatest assets?

   Willingness and eagerness to learn the job

5. What would you say are this employee's greatest drawbacks or problems? Why do you believe these problems exist?

   Unfamiliarity with our procedures and methods - These will improve with time - He is currently on FTO to address these issues

6.    Do you feel further training or remedial work is needed?  (BE SPECIFIC)

_Yes- Finish up 5 weeks of FTO_

7.    What do you feel about this employee's:

ATTITUDE:    _Very Good_

MORALE:    _Very Good_

8.    Overall, do you feel this employee will make a positive addition to this department?
**BE SPECIFIC - WHY OR WHY NOT?**

_Yes - After more training_

8.    Please list other supervisors that know and work with this employee:

_Capt Gourlay_                    _Sgt McMahon_
_Lt Kowalski_

9.    Please list other permanent employees that know and work with this employee:

_Deputy Scanio_
_Deputy Zamorek_

10.    Other remarks if necessary:

Completed by: _Brad Rott Sgt_        Date completed: _10/25/00_

Employee Signature: _Kenneth PArtyl, Dep._        ECSO-AS10

# ERIE COUNTY SHERIFF'S OFFICE
# EMPLOYEE EVALUATION



DATE MEMO SENT: _____ 11-17-00 _____

NAME OF EMPLOYEE: _____ Achtyl, Kenneth _____

TITLE: _____ Deputy Sheriff Criminal _____

1.    I have worked with this employee in the following capacity:

FIRST LINE SUPERVISOR.

2.    This employee's tasks have been as follows:

a.    PATROL DEPUTY – CURRENTLY ASSIGNED TO VARIOUS DISTRICTS

b.    ENFORCEMENT OF VARIOUS LAWS.

c.    TRAFFIC ENFORCEMENT AND ACCIDENT INVESTIGATIONS.

d.    RESPONDING TO CITIZEN COMPLAINTS.

e.    COMMUNITY RELATIONS/ASISTING THE GENERAL PUBLIC.

3.    How often has this employee been:    LATE  0   ABSENT  0

4.    What would you say are this employee's greatest assets?

DEPUTY ACHTYL SEEMS WILLING TO LEARN THE VARIOUS ASPECTS

REQUIRED WHEN WORKING IN A COUNTY AGENCY.

5.    What would you say are this employee's greatest drawbacks or problems?  Why do you believe these problems exist?

DEPUTY ACHTYL NEEDS TO BE MORE AWARE OF THE REQUIREMENTS

OF THIS AGENCY. THIS WILL COME WITH TIME.

6.    Do you feel further training or remedial work is needed?  (BE SPECIFIC)

_____DEPUTY ACTHYL NEEDS TO BECOME MORE PROFICIENT WITH_____

PAPERWORK. THIS SHOULD COME WITH PRACTICE._____

7.    What do you feel about this employee's:

ATTITUDE:    GOOD

MORALE:    GOOD

8.    Overall, do you feel this employee will make a positive addition to this department?
**BE SPECIFIC - WHY OR WHY NOT?**

ONCE HE BECOMES MORE ACCLIMATED TO THE WORKINGS OF THIS

AGENCY, HE SHOULD MAKE A GOOD ADDITION TO THE DEPARTMENT.

8.    Please list other supervisors that know and work with this employee:

SGT. DEPERNO                    SGT. ROTH

9.    Please list other permanent employees that know and work with this employee:

DEPUTY YOUNG                    DEPUTY BRONISZ

10.    Other remarks if necessary:

Completed by: SGT. TRZEWIECZYNSKI              Date completed:  11/21/00
              Sgt Trzewieczynski
Employee Signature:  _____              ECSO-AS10

# ERIE COUNTY SHERIFF'S OFFICE
# EMPLOYEE EVALUATION

DATE MEMO SENT: _____ 12-22-00 _____

NAME OF EMPLOYEE: _____ Achtyl, Kenneth _____

TITLE: _____ Deputy Sheriff Criminal _____

1.  I have worked with this employee in the following capacity:

    FIRST LINE SUPERVISOR

2.  This employee's tasks have been as follows:

    a.  ENFORCE V & T LAWS

    b.  ENFORCE PENAL LAWS

    c.  ACCIDENT INVESTIGATIONS

    d.  ANSWER ROUTINE POLICE CALLS

    e.  WORK WITH AND AID THE PUBLIC

3.  How often has this employee been:   LATE  0   ABSENT  0

4.  What would you say are this employee's greatest assets?

    willingness to learn and participate in the Patrol Division

5.  What would you say are this employee's greatest drawbacks or problems?  Why do
    you believe these problems exist?

    Work on speeding up his paper work and complete a call
    in less time.

6. Do you feel further training or remedial work is needed?  (BE SPECIFIC)

NOT AT THIS TIME

7. What do you feel about this employee's:

   ATTITUDE:    GOOD

   MORALE:    GOOD

8. Overall, do you feel this employee will make a positive addition to this department? **BE SPECIFIC - WHY OR WHY NOT?**

He will make a positive addition when he becomes relaxed with
the paperwork and the County in general

8. Please list other supervisors that know and work with this employee:

   SGT. TRZEWIECZYNSKI          SGT. ROKITKA

   SGT. ROTH

9. Please list other permanent employees that know and work with this employee:

   Dep. Bronisz          Dep. Young

   Dep. Parker          Dep. Anthony

10. Other remarks if necessary:

   None

Completed by:  Sgt. K. DePerno          Date completed:  12-28-00

Employee Signature: _____          ECSO-AS10

# ERIE COUNTY SHERIFF'S OFFICE
# EMPLOYEE EVALUATION

DATE MEMO SENT: _____ 01-19-01 _____

NAME OF EMPLOYEE: _____ Achtyl, Kenneth _____

TITLE: _____ Deputy Sheriff Criminal _____

1.  I have worked with this employee in the following capacity:
    AS A FIRST LINE SUPERVISOR

2.  This employee's tasks have been as follows:

    a.  ENFORCE VEHICLE AND TRAFFIC LAWS

    b.  ENFORCE PENAL LAW

    c.  COMMUNITY POLICING

    d.  HANDLING OF CITIZEN COMPLAINTS

    e.  PRISONER TRANSPORTS

3.  How often has this employee been:   LATE ___0___   ABSENT ___1___

4.  What would you say are this employee's greatest assets?

    DEPUTY ACHTYL HAS PRIOR POLICE EXPERIENCE WHICH HAS

    HELPED HIM ADJUST TO THIS DEPARTMENT

5.  What would you say are this employee's greatest drawbacks or problems? Why do
    you believe these problems exist?

    DEPUTY ACHTYL IS BECOMING MORE COMFORTABLE WITH THE

    RULES AND REGULATIONS OF THIS DEPT. AND IS IMPROVING ON

    REQUIRED PAPERWORK, WHEN HE IS TOTALLY UP TO SPEED ON THIS

    HE WILL BE A GREAT ASSET.

6.   Do you feel further training or remedial work is needed?  (BE SPECIFIC)

NONE NEEDED AT PRESENT

7.   What do you feel about this employee's:

ATTITUDE:       GOOD

MORALE:        GOOD

8.   Overall, do you feel this employee will make a positive addition to this department? **BE SPECIFIC - WHY OR WHY NOT?**

OVERALL DEPUTY ACHTYL WILL MAKE A POSITIVE ADDITION TO

THIS DEPARTMENT, HE STILL NEEDS A LITTLE IMPROVEMENT ON

PAPERWORK AND TIME FRAMES WHEN HANDLING CALLS, BUT IS STEADILY

IMPROVING,

8.   Please list other supervisors that know and work with this employee:

SGT. DEPERNO                    SGT. ROKITKA

9.   Please list other permanent employees that know and work with this employee:

DEPUTY DUDEK                    DEPUTY ROUSSIE

DEPUTY BRONISZ                  DEPUTY YOUNG

10.   Other remarks if necessary:

NONE

Completed by:   SGT. TRZEWIECZYNSKI        Date completed:   1/19/2001

Employee Signature:   _K— P Achy Deputy #302_   ECSO-AS10

# ERIE COUNTY SHERIFF'S OFFICE
# EMPLOYEE EVALUATION

DATE MEMO SENT: _____ 02-19-01 _____

NAME OF EMPLOYEE: _____ Achtyl, Kenneth _____

TITLE: _____ Deputy Sheriff Criminal _____

1. I have worked with this employee in the following capacity:
   FIRST LINE SUPERVISOR

2. This employee's tasks have been as follows:
   a. ENFORCE VEHICLE AND TRAFFIC LAWS
   b. ENFORCE PENAL LAWS
   c. HANDLE CITIZEN COMPLAINTS
   d. COMMUNITY POLICING
   e. ROUTINE POLICE PATROL DUTIES

3. How often has this employee been:   LATE _0_   ABSENT _1_

4. What would you say are this employee's greatest assets?

   KEN ACHTYL IS A HIGHLY MOTIVATED EMPLOYEE, WHO IS

   EAGER TO PERFORM HIS DUTIES.

5. What would you say are this employee's greatest drawbacks or problems? Why do
   you believe these problems exist?

   DEPUTY ACHTYL NEEDS TO IMPROVE HIS PAPERWORK. HE NEEDS TO

   BECOME MORE EXPEDIENT AND KNOWLEDGEABLE IN ARREST PAPERWORK.

6.   Do you feel further training or remedial work is needed?  (BE SPECIFIC)

IF HIS PAPERWORK DOES NOT IMPROVE, HE MAY NEED SOME

ASSISTANCE IN THIS AREA.

7.   What do you feel about this employee's:

ATTITUDE:   GOOD

MORALE:   GOOD

8.   Overall, do you feel this employee will make a positive addition to this department? **BE SPECIFIC - WHY OR WHY NOT?**

YES. ONCE DEPUTY ACHTYL CALMS DOWN A LITTLE AND IMPROVES

HIS PAPERWORK, HE WILL BE A DEFINITE ASSET TO THIS DEPARTMENT.

8.   Please list other supervisors that know and work with this employee:

SGT. DEPERNO                          SGT. ROKITKA

9.   Please list other permanent employees that know and work with this employee:

DEPUTY PIEL                            DEPUTY YOUNG

DEPUTY DUDEK

10.   Other remarks if necessary:

Completed by: _Sgt. Trzuracznek_         Date completed: _2/22/01_

Employee Signature: _____         ECSO-AS10

# ERIE COUNTY SHERIFF'S OFFICE
## EMPLOYEE EVALUATION

5-26-01

DATE MEMO SENT: _____ 03-21-01 _____

NAME OF EMPLOYEE: _____ Achtyl, Kenneth _____

TITLE: _____ Deputy Sheriff Criminal _____

1.  I have worked with this employee in the following capacity:
    **FIRST LINE SUPERVISOR**

    _____

2.  This employee's tasks have been as follows:

    a.  **Patrol Deputy - Central District.**

    b.  **Responding to citizen complaints.**

    c.  **Enforcement of various laws.**

    d.  **Traffic safety.**

    e.  **Community policing.**

3.  How often has this employee been:   LATE  **0**   ABSENT  **1**

4.  What would you say are this employee's greatest assets?

    **Prior police experience, enthusiasm toward self-initiated**

    **activity.**

    _____

5.  What would you say are this employee's greatest drawbacks or problems? Why do you believe these problems exist?

    **none noted at this time.**

    _____

    _____

    _____

6.  Do you feel further training or remedial work is needed?  (BE SPECIFIC)

    None noted at this time.

7.  What do you feel about this employee's:

    ATTITUDE:    very good

    MORALE:    very good

8.  Overall, do you feel this employee will make a positive addition to this department?
    **BE SPECIFIC - WHY OR WHY NOT?**

    Deputy Achtyl is already a positive addition. He is

    enthusiastic toward his duties and has progressed well regarding

    paperwork and policies and procedures. He is willing to learn.

8.  Please list other supervisors that know and work with this employee:

    Sgt. C. Trzewieczynski            Lt. G. Horton

    Sgt. K. DePerno                   Sgt. B. Roth

9.  Please list other permanent employees that know and work with this employee:

    Deputy William Cranston           Deputy John Lake

    Deputy Shawn Young                Deputy Robert Braeuner

10. Other remarks if necessary:

Completed by:  Sgt. M.Rokitka            Date completed: March 22, 2001

Employee Signature:                      ECSO-AS10

# ERIE COUNTY SHERIFF'S OFFICE
# EMPLOYEE EVALUATION

DATE MEMO SENT: _____ 03-21-01 _____

NAME OF EMPLOYEE: _____ Achtyl, Kenneth _____

TITLE: _____ Deputy Sheriff Criminal _____

1.    I have worked with this employee in the following capacity:
      __FIRST LINE SUPERVISOR_____

      _____

2.    This employee's tasks have been as follows:

      a.    __Patrol Deputy – Central District._____

      b.    __Responding to citizen complaints._____

      c.    __Enforcement of various laws._____

      d.    __Traffic safety._____

      e.    __Community policing._____

3.    How often has this employee been:      LATE __0__   ABSENT __1__

4.    What would you say are this employee's greatest assets?

      __Prior police experience, enthusiasm toward self-initiated__

      __activity._____

      _____

5.    What would you say are this employee's greatest drawbacks or problems?  Why do
      you believe these problems exist?

      __none noted at this time._____

      _____

      _____

      _____

      _____

6.   Do you feel further training or remedial work is needed?  (BE SPECIFIC)

   None noted at this time.

   _____

7.   What do you feel about this employee's:

   ATTITUDE:   very good

   MORALE:   very good

8.   Overall, do you feel this employee will make a positive addition to this department? **BE SPECIFIC - WHY OR WHY NOT?**

   Deputy Achtyl is already a positive addition. He is

   enthusiastic toward his duties and has progressed well regarding

   paperwork and policies and procedures. He is willing to learn.

8.   Please list other supervisors that know and work with this employee:

   Sgt. C. Trzewieczynski          Lt. G. Horton

   Sgt. K. DePerno                 Sgt. B. Roth

9.   Please list other permanent employees that know and work with this employee:

   Deputy William Cranston         Deputy John Lake

   Deputy Shawn Young              Deputy Robert Braeuner

10.   Other remarks if necessary:

   _____

   _____

Completed by:   Sgt. M.Rokitka          Date completed: March 22, 2001

Employee Signature:                      ECSO-AS10

# ERIE COUNTY SHERIFF'S OFFICE
# EMPLOYEE EVALUATION

DATE MEMO SENT: _____ April 19, 2001 _____

NAME OF EMPLOYEE: _____ Achtyl, Kenneth _____

TITLE: _____ Deputy Sheriff Criminal _____

1.  I have worked with this employee in the following capacity:
    _____ First Line Supervisor. _____

    _____

2.  This employee's tasks have been as follows:

    a.   _____ Patrol Deputy - Central District. _____

    b.   _____ Responding to police related calls. _____

    c.   _____ Community Policing. _____

    d.   _____ Enforcing various laws. _____

    e.   _____ Assisting the public. _____

3.  How often has this employee been:   LATE  __0__   ABSENT  __2__

4.  What would you say are this employee's greatest assets?

    _____ Deputy Achtyl is a hard worker with a positive attitude

    towards his duties and our dept. _____

    _____

5.  What would you say are this employee's greatest drawbacks or problems?  Why do
    you believe these problems exist?

    _____ None noted at this time. _____

    _____

    _____

    _____

6.  Do you feel further training or remedial work is needed?  (BE SPECIFIC)

    None at this time.

7.  What do you feel about this employee's:

    ATTITUDE:   Very good.

    MORALE:   Very good.

8.  Overall, do you feel this employee will make a positive addition to this department? **BE SPECIFIC - WHY OR WHY NOT?**

    Deputy Achtyl is a positive addition to our dept. He can be counted on to perform duties as expected from an experienced officer.

8.  Please list other supervisors that know and work with this employee:

    Lt. Gary Horton                          Sgt. J. Pyjas

9.  Please list other permanent employees that know and work with this employee:

    Deputy John Lake                         Deputy Sean Young

    Deputy William Cranston                  Deputy Eric Kaderli

10. Other remarks if necessary:

Completed by: Sgt. M. Rokitka          Date completed: April 30, 2001

Employee Signature:                    ECSO-AS10

# ERIE COUNTY SHERIFF'S OFFICE
# EMPLOYEE EVALUATION

5-26-01

DATE MEMO SENT: _____ 05-18-01 _____

NAME OF EMPLOYEE: _____ Achtyl, Kenneth _____

TITLE: _____ Deputy Sheriff Criminal _____

1.    I have worked with this employee in the following capacity:

      First Line Supervisor.

2.    This employee's tasks have been as follows:

    a.    Patrol Deputy - Elma District

    b.    Community Policing

    c.    Enforcement of various laws

    d.    Assisting the public

    e.    Court testimony

3.    How often has this employee been:    LATE  0    ABSENT  2

4.    What would you say are this employee's greatest assets?

      Deputy Achtyl is ambitious and has a positive
attitude.

5.    What would you say are this employee's greatest drawbacks or problems?  Why do you believe these problems exist?

      none noted.

6.   Do you feel further training or remedial work is needed?  (BE SPECIFIC)

None at this time.

_____

7.   What do you feel about this employee's:

ATTITUDE:    Very Good

MORALE:    Very Good

8.   Overall, do you feel this employee will make a positive addition to this department? **BE SPECIFIC - WHY OR WHY NOT?**

Deputy Achtyl is an asset. He is self-motivated and

dependable.

_____

8.   Please list other supervisors that know and work with this employee:

Lt. G. Horton                    Sgt. J. Pyjas

9.   Please list other permanent employees that know and work with this employee:

Deputy S. Young                Deputy J. Weiss

Deputy W. Cranston            Deputy J. Lake

10.   Other remarks if necessary:

_____

_____

Completed by: Sgt. M. Rokitka          Date completed: May 24, 2001

Employee Signature: _____          ECSO-AS10

# ERIE COUNTY SHERIFF'S OFFICE
# EMPLOYEE EVALUATION

DATE MEMO SENT: _____ 06-12-01 _____

NAME OF EMPLOYEE: _____ Achtyl, Kenneth _____

TITLE: _____ Deputy Sheriff Criminal _____

1.  I have worked with this employee in the following capacity:
    First Line Supervisor.

2.  This employee's tasks have been as follows:

    a.  Patrol Deputy - Elma Sub-station

    b.  Community Policing

    c.  Responding to citizen complaints

    d.  Enforcement of various laws

    e.  Assisting the public

3.  How often has this employee been:   LATE  0   ABSENT  2

4.  What would you say are this employee's greatest assets?
    Positive attitude, willingness to learn, prior police
    experience and enthusiasm toward self-initiated activity.

5.  What would you say are this employee's greatest drawbacks or problems?  Why do
    you believe these problems exist?
    None.

6.  Do you feel further training or remedial work is needed? (BE SPECIFIC)

No.

7.  What do you feel about this employee's:

ATTITUDE:   Very Good

MORALE:   Very Good

8.  Overall, do you feel this employee will make a positive addition to this department?
    **BE SPECIFIC - WHY OR WHY NOT?**

Deputy Achtyl is an asset to the Afternoon Watch. He can be counted on to get the job done and will further improve as he receives more training and experience.

8.  Please list other supervisors that know and work with this employee:

Lt. G. Horton                          Sgt. J. Pyjas

9.  Please list other permanent employees that know and work with this employee:

Deputy S. Young                        Deputy J. Weiss

Deputy J. Lake                         Deputy W. Cranston

10.  Other remarks if necessary:

None.

Completed by: Sgt. M. Rokitka          Date completed: June 14, 2001

Employee Signature: Deputy K. Achtyl          ECSO-AS10

# ERIE COUNTY DEPARTMENT OF PERSONNEL

## METHODS RESEARCH QUESTIONNAIRE

The County of Erie is an Equal Opportunity Employer. The attached information is required by State and Federal Regulations for statistical and affirmative action purposes and in no way influences employment prospects. It is separated from your application immediately and is sent to our EEO Office. This information is maintained confidentially and is not available to any employing agency.

EXAM: Announcement Number ___N/A___   EXAM DATE ___N/A___

Title of Position: __Deputy Sheriff Criminal__

Name: ___Kenneth P. Achtyl Jr___

Address: ___4056 Harwood Ave Blasdell NY 14219___
         (City)                    (State)      (Zip Code)

Social Security Number:

Sex:  (Circle):  (Male)  Female

Race:  (Circle)  (White)  Black   American Indian   Asian American

         Hispanic _____ Other (please specify)

Do you have a Disability?  (Circle):   Yes   (No)

Are you a Vietnam era Veteran?   (Circle)   Yes   (No)

Recruitment Source: (Check how you became aware of the position)

_____ Erie County Personnel Department        _____ Newspaper

_____ New York State Employment Office         _____ Relative or Friend

_____ Private Employment Office                _____ Government Employee

_____ Social & Fraternal Organizations         _____ Radio and T.V.

Other (please specify) __Lateral Transfer__

AA-1 (Rev. 7/88) ECPD

MAIL OR DELIVER TO:   ERIE COUNTY DEPARTMENT OF PERSONNEL, 95 FRANKLIN STREET, BUFFALO, NEW YORK 14202

## VETERAN'S CREDITS INSTRUCTIONS AND INFORMATION

**According to Civil Service Law, additional credits in examinations are granted to successful candidates who have claimed and established status as disabled or non-disabled veterans. These credits are granted on the following basis:**

DISABLED VETERANS:                10 points for Open-Competitive Exams
                                          5 points for Promotional Exams

NON-DISABLED VETERANS:        5 points for Open-Competitive Exams
                                          2.5 points for Promotional Exams

These additional credits, which are combined with the final score obtained in the examination, may be granted to **PASSING CANDIDATES** at the time of establishment of the eligible list. Candidates are permitted a minimum period of 60 days from the last filing date to submit veterans credits forms for a particular examination. These forms will be accepted until such time as the eligible list is established. It is the responsibility of the candidate to insure that all required forms are filed timely.

### NON-DISABLED VETERANS

In order to be eligible for additional credits as a non-disabled veteran, you must:

1.) Have served on **ACTIVE DUTY** with the Armed Forces of the United States in time of war. War times are defined as follows in accordance with New York State Law:
   • World War II - December 7, 1941 to and including December 31, 1946
   • Korean War - June 27, 1950 to and including January 31, 1955
   • Vietnam - December 22, 1961 to and including May 7, 1975
   • U.S. Public Health Service: - July 29, 1945 to December 31, 1946 or June 27, 1950 to July 3, 1952
   • * Lebanon - June 1, 1983 - December 1, 1987
   • * Grenada - October 23, 1983 - November 21, 1983
   • * Panama - December 20, 1989 - January 31, 1990
   • Persian Gulf - August 2, 1990 to the end of such hostilities (not yet determined)
   * Credit for Lebanon, Grenada and Panama will be limited to those *who received the armed forces expeditionary medal, the navy expeditionary medal, or the marine corps expeditionary medal.* Your DD-214 must indicate that you were awarded the expeditionary medal.

2.) Have been honorably discharged or released under honorable conditions from such service.

3.) **Submit a legible photocopy of separation papers each time you apply for an examination (i.e. FORM DD-214 or NAVPERS-553) from the Armed Forces of the United States. DO NOT SEND ORIGINAL.**

### DISABLED VETERANS

In order to be eligible for additional credits as a disabled veteran, in addition to meeting the requirements of items 1, 2, & 3 listed above, you must also complete, FOR EACH TITLE, Form PO-26 (Authorization For Disability Record), in duplicate and forward BOTH copies immediately to the Regional Office of the United States Veterans Administration where your application for disability pension is on file. Form PO-26 will be mailed to you within two (2) weeks after the examination. The Veterans Administration will retain a copy for its files and will return a copy to this Department for processing. Disabled veterans must have a war-incurred disability of at least ten percent (10%) certified by the Veterans Administration at the time of application for additional credits.

ERIE COUNTY • AN EQUAL OPPORTUNITY EMPLOYER

CIVIL SERVICE LAW LIMITS THE USE OF VETERANS' CREDITS TO ONE PERMANENT COMPETITIVE CLASS APPOINTMENT WITHIN NEW YORK STATE.

14.   A.   Do you claim additional credits as an honorable discharged war veteran for this examination?

      1. ☐ YES. AS A NON-DISABLED VETERAN

      2. ☐ YES, AS A DISABLED VETERAN

      3. ☒ NO.

If you checked YES, complete 14B, C, D and E.

      B.   Have you attached a copy of your separation papers to this application?
           YES ☐   NO ☐

      C.   Have you previously used veterans' credits to receive a permanent competitive class appointment in the service of the State of New York or any civil division within the State?
           YES ☐   NO ☐

      D.   With the exception of the federal service, have you ever been employed by a governmental agency other than Erie County, (e.g., Buffalo, New York State, Office of Court Administration, or another municipality within New York State?)
           YES ☒   NO ☐   If you checked YES, complete the following:

Government Name  *Village of Arcade*

Length of Employment from  *3/98*  to  *Current*

Department  *Police*

Your Official Title(s)  *Police Officer*
                                   (Attach additional Sheets if necessary)

      E.   Please print your name here:  *Kenneth P. Achtyl, Jr*

Social Security Number  *090 ~ 70 - 8829*

EXAMINATION # AND TITLE:  *N/A*

---

**THE NEW YORK STATE HUMAN RIGHTS LAW PROHIBITS DISCRIMINATION IN EMPLOYMENT BECAUSE OF AGE, RACE, CREED, COLOR, NATIONAL ORIGIN, SEX, DISABILITY, MARITAL STATUS, OR CRIMINAL RECORD. ACCORDINGLY, NOTHING IN THIS APPLICATION FORM SHOULD BE VIEWED AS EXPRESSING, DIRECTLY OR INDIRECTLY, ANY LIMITATION, SPECIFICATION, OR DISCRIMINATION AS TO AGE, RACE, CREED, COLOR, NATIONAL ORIGIN, SEX, DISABILITY, MARITAL STATUS, OR CRIMINAL RECORD IN CONNECTION WITH EMPLOYMENT.**

---

REMARKS: (Use this space to provide any additional information, as necessary. If more space is required, attach additional 8 1/2 x 11 sheets.

*WORK HISTORY*

*11/91 - 12/92   RJD Security - Security Officer/Duties 134 West Chippewa Buffalo*

*10/91 - 3/92   Millers Greenhouses, Laborer, 3240 Webster Rd, Eden NY*

*7/91 - 3/92   Tops Markets, Cashier, Camp/Scranton Rd, Hamburg N.Y.*

*10/89 - 10/91   Ilio Dipaolo's Restaurant, cook, 3785 S. Park Ave, Blasdell NY.*

*4/89 - 10/89   Burger King Restaurant, Food preparer/cashier Camp/Scranton Rd, Hamburg*

**ALL STATEMENTS ARE SUBJECT TO VERIFICATION**

# ERIE COUNTY APPLICATION FOR EXAMINATION OR EMPLOYMENT

NUMBER AND EXACT TITLE OF EXAMINATION OR TITLE OF POSITION APPLYING FOR

| Exam Number | Title | Date of Exam |
|---|---|---|
| N/A | DEPUTY SHERIFF CRIMINAL | N/A |

NOTE:   A SEPARATE APPLICATION MUST BE COMPLETED FOR EACH EXAMINATION YOU WISH TO TAKE

You must attach a check or money order **(payable to the Erie County Department of Personnel)** for each examination, Consult the exam announcement for the correct filing fee. There are **NO** refunds.

This application is part of your examination. **Answer all questions fully and carefully.** Print in ink or use typewriter. Attach additional sheets if necessary in order to give complete and detailed information.

1.   NAME, MAILING ADDRESS AND PHONE (Please Print)

Achtyl , Jr    Kenneth    P
Last Name         First              M.I.

4056 Harwood Ave
Street Address

Blasdell    NY    14219
City or Post Office    State    Zip Code

716 - 828 - 2237
Phone (Include Area Code)   Home:          Business:

2.   SOCIAL SECURITY NUMBER

090 - 70 - 8829

3.   Are you 18 years of age or older? ☒ Yes   ☐ No
If minimum and/or maximum age requirements are established for this position, enter your birth date:

Mo. _____ Day _____ Year _____

4.   If you wish to apply for veteran's credits on this examination, check this box and refer to page 4 of this application.  ☐

5.   If your religion forbids you from taking this examination on a Saturday, check this box.  ☐

6.   If you need special arrangements to participate in this examination because you are a handicapped person, check this box:  ☐
If you checked the above box, describe the type of assistance you require.

7.   Are you a Citizen of the United States? ☒ YES   ☐ NO
If you are not a citizen of the United States, do you have the legal right to accept employment in the United States?  ☐ YES   ☐ NO
(Non-Citizens may be required to produce 1-151 or 1-551 Alien Registration Cards at time of appointment.)

---

**DO NOT WRITE IN THIS SPACE**

Number _____ Approved _____

Conditional _____ Disapproved _____

---

8.   Check appropriate box to the right of each question.

A. Were you ever dismissed or discharged from any employment for reasons other than lack of work or funds?   ☐ YES ☒ NO

B. Did you ever resign from any employment rather than face dismissal?   ☐ YES ☒ NO

C. Did you ever receive a Dishonorable Discharge from the armed forces of the United States?   ☐ YES ☒ NO

D. Have you ever been convicted of any crime (felony or misdemeanor)?   ☐ YES ☒ NO

E. Have you ever forfeited bail bond posted to guarantee your appearance in court to answer to any criminal charge?   ☐ YES ☒ NO

If you answered "YES" to any of the Questions 8 A-E above, you may give specifics under "Remarks" on page 4 of this application, If you elect not to provide specifics, however, or if such explanation is insufficient, you may be required to submit further information.

**None of the above circumstances represents an automatic bar to employment. Each case is considered and evaluated on individual merits in relation to the duties and responsibilities of the position for which you are applying.**

9.   State your actual permanent legal residence and indicate for how long you have resided there continually, up to and including the date of this application.

|  | NAME | Yrs. | Mos. |
|---|---|---|---|
| School District | Frontier | 2 | 6 |
| Village of |  |  |  |
| Town of | Hamburg | 3 | 6 |
| County of | Erie | 27 | 6 |
| State of | NY | 27 | 6 |

**NOTE: When filling out your application form, check to make sure that all appropriate questions have been answered. An incomplete application may result in its disapproval.**

**ALL STATEMENTS ARE SUBJECT TO VERIFICATION**

**THIS AFFIRMATION MUST BE COMPLETED. I** affirm that the statements made on this application (including any attached papers) are true under the penalties of perjury. I understand that all statements made by me in connection with this application are subject to investigation and verification and that a material misstatement, omission or fraud may disqualify me from appointment and/or lead to revocation of my appointment.

Kenneth P. Achtyl    6-15-00
Signature of Applicant         Date

Indicate any other name(s) by which you have been known that is necessary to verify former employment and/or education.
(Please Print)

---

| FOR OFFICIAL USE ONLY: | APPROVED | DISAPPROVED | DATE |
|---|---|---|---|
| VC |  |  |  |
| DVC |  |  |  |

PO-30X (Rev. 10/96) ECPD

**DO NOT WRITE IN THIS COLUMN**

**10.  EDUCATION**

If your eligibility for this position is based wholly or in part by college training, a verifying transcript must be submitted prior to appointment

☐ I have requested my college to send my transcripts to the Erie County Personnel Department

☐ My transcripts are attached   ☒ My transcripts are on file with the Erie County Personnel Department

Have you graduated from high school? ☒ YES ☐ NO  If Yes, Name and Location of High School   Eden Central High

If you have a high school equivalency diploma, indicate: issuing Government Authority       Number       Date of Issue

| | Name of School and City in which located | Dates of Attendance (Month and Year) From   To | Day or Night | Full or Part Time | No. of Years Cred-ited | Were You Gradu-ated? | Type of Course or Major subject | Number of College Credits Received | Type of Degree | Date Degree Rec'd or Expected |
|---|---|---|---|---|---|---|---|---|---|---|
| College University Professional or Technical School | Erie Community College Williamsville NY | 9/91 1/94 | Both | Full | 2.5 | Yes | Criminal Justice | 75 | AAA | 1/94 |
| Other Schools or Special Courses List typing & Steno Courses here | Genesee Community College RPTJ Police Academy Genesee, NY | 4/94 1/95 | Both | Part | 1.0 | Yes | Police Accademy | 9 | Cert. | 1/95 |

**11.  LICENSES** If a license, certificate or the authorization to practice a trade or profession is listed as a requirement on the announcement of the examination for which you are applying, complete the following questions: If not currently licensed check this box. ☐

Name of Trade or Profession   Police officer   License   Granted by (licensing agency)   NYS Division of Criminal Justice   City or State of   NY

Specialty   Date License First Issued   1/95   Registered   From: (Mo./Yr.)   To: (Mo./Yr.)

**12.**  If required on the announcement, do you have a valid license to operate a motor vehicle in New York State?  YES ☒  NO ☐

**13.  DESCRIBE EXPERIENCE:** Beginning with the most recent, describe below in detail ALL employment that is pertinent to the position applied for: If the examination announcement states that volunteer or unpaid experience is acceptable as qualifying, describe it in the same way as paid work. showing its volunteer nature in the "Earnings" box. Relevant volunteer (unpaid) experience will be considered if verified and fully documented. You are responsible for submitting an accurate, adequate and clear description of your experience. Omission or vagueness will NOT be interpreted in your favor. If you have military service which includes experience pertinent to the position, describe such experience as a separate employment. If your title or duties changed materially in the course of your service in any one organization, indicate such change clearly and as separate employment. (If more space is needed attach 8 1/2" x 11" sheets of paper.) Under "Duties" for each employment describe the nature of work personally performed by you, with estimated percentage of time spent on each type of work. State size and kind of working force, if any, supervised by you and the extent of such supervision.

| LENGTH OF EMPLOYMENT MO YR   MO YR FROM 5/98 TO CURRENT | FIRM NAME NFTA TRANSIT Police | ADDRESS 1404 Main St | CITY AND STATE Buffalo NY |
|---|---|---|---|
| $ EARNINGS (Circle One) 38,000 /WK/MO/YR | DESCRIBE DUTIES BELOW: General Police Duties, enforce Law, worked as communications officer. Handle Complaints complete neccessary paper work | | |
| TYPE OF BUSINESS Police | | | |
| YOUR EXACT TITLE Police officer | | | |
| NAME OF YOUR SUPERVISOR John Buttle | | | |
| SUPERVISOR'S TITLE Chief | | | |
| No. of Hours worked per week (exclusive of overtime) 40 | | | |

| LENGTH OF EMPLOYMENT MO YR   MO YR FROM 3/98 TO CURRENT | FIRM NAME Village of Arcade Police Dept | ADDRESS 17 church St | CITY AND STATE Arcade, NY |
|---|---|---|---|
| $ EARNINGS (Circle One) 500 /WK/MO/YR | DESCRIBE DUTIES BELOW: General Police Duties, enforce Law, Handle complaints / Take reports | | |
| TYPE OF BUSINESS Police officer | | | |
| YOUR EXACT TITLE Civil Service / Police officers | | | |
| NAME OF YOUR SUPERVISOR John Laird | | | |
| SUPERVISOR'S TITLE Chief | | | |
| No. of Hours worked per week (exclusive of overtime) VARIES (6-20) | | | |

**DO NOT WRITE IN THIS COLUMN**

---

**LENGTH OF EMPLOYMENT**
FROM  MO 10 / YR 97  TO  MO / YR 12/98

**FIRM NAME** Town of Eden Police Department
**ADDRESS** 2795 Church St
**CITY AND STATE** Eden, NY

**EARNINGS (Circle One)** $ VARIED /WK/MO/YR

**TYPE OF BUSINESS** Police

**YOUR EXACT TITLE** Part time Police officer

**NAME OF YOUR SUPERVISOR** PAT Howard

**SUPERVISOR'S TITLE** Chief

**No. of Hours worked per week (exclusive of overtime)** VARIED

**DESCRIBE DUTIES BELOW:** General Police Duties, enforce Laws

---

**LENGTH OF EMPLOYMENT**
FROM  MO 4 / YR 96  TO  MO 10 / YR 96

**FIRM NAME** City of Salamanca Police Dept
**ADDRESS** 1 Barrett Dr
**CITY AND STATE** Salamanca NY

**EARNINGS (Circle One)** $ VARIED /WK/MO/YR

**TYPE OF BUSINESS** Police

**YOUR EXACT TITLE** Part time Police officer

**NAME OF YOUR SUPERVISOR** Ed Gimbrone

**SUPERVISOR'S TITLE** Chief

**No. of Hours worked per week (exclusive of overtime)** VARIED

**DESCRIBE DUTIES BELOW:** General Police Duties, enforce laws

---

**LENGTH OF EMPLOYMENT**
FROM  MO 1 / YR 95  TO  MO / YR CURRENT

**FIRM NAME** Village of Gowanda Police Dept
**ADDRESS** 27 East Main St
**CITY AND STATE** Gowanda, NY

**EARNINGS (Circle One)** $ VARIED /WK/MO/YR

**TYPE OF BUSINESS** Police

**YOUR EXACT TITLE** Part time Police officer

**NAME OF YOUR SUPERVISOR** Sam Castellano

**SUPERVISOR'S TITLE** Chief

**No. of Hours worked per week (exclusive of overtime)** VARIES

**DESCRIBE DUTIES BELOW:** General Police Duties, enforce Laws

---

**LENGTH OF EMPLOYMENT**
FROM  MO 03 / YR 92  TO  MO 5 / YR 98

**FIRM NAME** MARINE Midland Bank
**ADDRESS** 1 mmc Drive
**CITY AND STATE** Buffalo, NY

**EARNINGS (Circle One)** $ 24 000 /WK/MO/(YR)

**TYPE OF BUSINESS** Bank

**YOUR EXACT TITLE** Security Console operator

**NAME OF YOUR SUPERVISOR** John August

**SUPERVISOR'S TITLE** Manager

**No. of Hours worked per week (exclusive of overtime)** 40

**DESCRIBE DUTIES BELOW:** Bank Teller 03/92 - 12/92
Security 12/92 - 5/98
Monitor CCTV cameras General Building Security enforcement

---



**TIMOTHY B. HOWARD**
UNDERSHERIFF

**TEN DELAWARE AVENUE**
BUFFALO, NEW YORK 14202
(716) 858-7618
FAX: (716) 858-7680

## PATRICK GALLIVAN
### SHERIFF
**April 23, 1999**

Mr. Leonard R. Lenihan
Commissioner of Personnel
95 Franklin Street
Buffalo, New York 14220

RE: ACHTYL JR., KENNETH P.
SS#: 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

Dear Commissioner Lenihan:

The above named individual has recently requested to be transferred into the Erie County Sheriff's Office as a Deputy Sheriff Criminal in the Police Services Division.

Mr. Achtyl is presently working as a Police Officer for the Arcade Police Department . He has been employed with this Department since March of '98.  He passed his probationary period September of '98.

Attached you will find a copy of authorization for release of information, and a completed form letter from the Arcade Police Department.

We would like your permission to transfer this individual.  It would be greatly appreciated if you would advise me as to whether or not this transfer can take place.

If you have any questions, do not hesitate to contact our Personnel Clerk, Ms. Donna Jusiak, at 858-7905.

Thank you, in advance, for your cooperation in the above matter.

*This request is approved*
*Michael J. Eberle*

Very truly yours,

**TIMOTHY B. HOWARD**
**UNDERSHERIFF OF ERIE COUNTY**

dmj
cc:    Mr. Michael Eberle   *4-28-99*
Attachments

---

**POLICE SERVICES**
CHIEF RICHARD T. DONOVAN
One Sheriff's Drive
Orchard Park, New York 14127
(716) 662-5554
FAX: (716) 662-8477

**HOLDING CENTER**
SUPT. H. McCARTHY GIPSON
40 Delaware Avenue
Buffalo, New York 14202
(716) 858-7638
FAX: (716) 858-7712

**PROFESSIONAL STANDARDS**
CHIEF THOMAS R. STAEBELL
134 West Eagle
Buffalo, New York 14202
(716) 858-8088
FAX: (716) 858-6630

**CIVIL PROCESS**
CHIEF PATRICK G. FLYNN
134 West Eagle
Buffalo, New York 14202
(716) 858-7606
FAX (716) 858-7621

**ADMINISTRATION**
CHIEF MICHAEL A. BENSON
10 Delaware Avenue
Buffalo, New York 14202
(716) 858-7630
FAX: (716) 858-7680



**TIMOTHY B. HOWARD**
UNDERSHERIFF

TEN DELAWARE AVENUE
**BUFFALO, NEW YORK 14202**
(716) 858-7618
FAX: (716) 858-7680

# PATRICK GALLIVAN
## SHERIFF

**March 12, 1999**

**Arcade Police Department**
**Personnel Office**
**17 Church Street**
**Arcade, New York 14009**

RE:   **ACHTYL JR., KENNETH P.**

**To Whom It May Concern:**

The above mentioned individual has applied for a Deputy Sheriff Criminal position with this Office.

We ask that you furnish the following information concerning employment with your Department.  Enclosed you will find authorization for release of information.

1.   **Name:**      ACHTYL JR., KENNETH P.

2.   **Social Security #:**         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

3.   **Title at time of appointment:**   Police Officer   (part time)

4.   **Title and number of State Civil Service Examination for eligible list from which appointed:**   Exam Number  68-799 OC    Police Officer

5.   **Title of current or last position held:**   Police Officer     (part time)

6.   **Dates of employment with your Office:**   3/09/98  to   present

7.   **Duration of Probationary Period:**   6 months

8.   **Did applicant successfully complete this probationary period: Yes** X   **No** _____

**POLICE SERVICES**
CHIEF RICHARD T. DONOVAN
One Sheriff's Drive
Orchard Park, New York 14127
(716) 662-5554
FAX: (716) 662-8477

**HOLDING CENTER**
SUPT. H. McCARTHY GIPSON
40 Delaware Avenue
Buffalo, New York 14202
(716) 858-7638
FAX: (716) 858-7712

**PROFESSIONAL STANDARDS**
CHIEF THOMAS R. STAEBELL
134 West Eagle
Buffalo, New York 14202
(716) 858-8088
FAX: (716) 858-6630

**CIVIL PROCESS**
CHIEF PATRICK G. FLYNN
134 West Eagle
Buffalo, New York 14202
(716) 858-7606
FAX (716) 858-7621

**ADMINISTRATION**
CHIEF MICHAEL A. BENSON
10 Delaware Avenue
Buffalo, New York 14202
(716) 858-7630
FAX: (716) 858-7680

Achtyl Jr., Kenneth P.                    -2-                    **March 12, 1999**

9.   **If yes, please state date of completion:** _____ 9/09/98 _____

10.  **Overall attendance record:**

     ___ **below average** ___ **average** ___ **above average** _X_ **excellent**

11.  **Has Mr. Achtyl been the subject of any disciplinary action while in your employment?  If so, please describe briefly:**

     _____ NO _____

     _____

     _____

12.  **Is there any disciplinary action or other charge now pending concerning this employee?**
     **If so, please describe:**

     _____ None _____

     _____

     _____

13.  **Is Mr. Achtyl currently an employee in good standing with your organization?**

     Yes _X_  No _____

     **COMPLETED BY:** _____ _John Laurel_ _____

     **TITLE:** _Chief of Police_ _____  **DATE:** _3/17/99_

**Please return this information along with a copy of the individuals roster card.  If you have any questions, or need any assistance, please do not hesitate to contact our Personnel Clerk, Ms. Donna Jusiak, at (716) 858-7805.**

                              Sincerely,

                              _[signature]_

                              **TIMOTHY B. HOWARD**
                              **UNDERSHERIFF OF ERIE COUNTY**

dmj
Enclosure

**TIMOTHY B. HOWARD**
UNDERSHERIFF



TEN DELAWARE AVENUE
BUFFALO, NEW YORK 14202
(716) 858-7618
FAX: (716) 858-7680

# PATRICK GALLIVAN
### SHERIFF
**April 23, 1999**

Mr. Leonard R. Lenihan
**Commissioner of Personnel**
**95 Franklin Street**
**Buffalo, New York  14220**

RE:   ACHTYL JR., KENNETH P.
SS#: 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

Dear Commissioner Lenihan:

The above named individual has recently requested to be transferred into the Erie County Sheriff's Office as a Deputy Sheriff Criminal in the Police Services Division.

Mr. Achtyl is presently working as a Police Officer for the Arcade Police Department . He has been employed with this Department since March of '98.  He passed his probationary period September of '98.

Attached you will find a copy of authorization for release of information, and a completed form letter from the Arcade Police Department.

We would like your permission to transfer this individual.  It would be greatly appreciated if you would advise me as to whether or not this transfer can take place.

If you have any questions, do not hesitate to contact our Personnel Clerk, Ms. Donna Jusiak, at 858-7905.

Thank you, in advance, for your cooperation in the above matter.

Very truly yours,

**TIMOTHY B. HOWARD**
**UNDERSHERIFF OF ERIE COUNTY**

dmj
cc:    Mr. Michael Eberle
Attachments

**POLICE SERVICES**
CHIEF RICHARD T. DONOVAN
One Sheriff's Drive
Orchard Park, New York 14127
(716) 662-5554
FAX: (716) 662-8477

**HOLDING CENTER**
SUPT. H. McCARTHY GIPSON
40 Delaware Avenue
Buffalo, New York 14202
(716) 858-7638
FAX: (716) 858-7712

**PROFESSIONAL STANDARDS**
CHIEF THOMAS R. STAEBELL
134 West Eagle
Buffalo, New York 14202
(716) 858-8088
FAX: (716) 858-6630

**CIVIL PROCESS**
CHIEF PATRICK G. FLYNN
134 West Eagle
Buffalo, New York 14202
(716) 858-7606
FAX (716) 858-7621

**ADMINISTRATION**
CHIEF MICHAEL A. BENSON
10 Delaware Avenue
Buffalo, New York 14202
(716) 858-7630
FAX: (716) 858-7680



**TIMOTHY B. HOWARD**
UNDERSHERIFF

TEN DELAWARE AVENUE
BUFFALO, NEW YORK 14202-3999
(716) 858-7618
FAX (716) 858-7660

**PATRICK GALLIVAN**
**SHERIFF OF ERIE COUNTY**

**January 13, 2000**

Mr. Kenneth P. Achtyl Jr.
4056 Harwood Avenue-Right
Blasdell, New York 14219

Dear Mr. Achtyl:

You have been scheduled to appear for a polygraph test on Tuesday, February 1, 2000 at 10:00 a.m. for the position of Deputy Sheriff Criminal in the Police Services Division of the Erie County Sheriff's Office. You are to report to Detective Dennis Rankin who is located in the Professional Standards Unit, 4th Floor, at 134 West Eagle.

Be advised that the completion of this polygraph test does not insure you a position with this office.

If you have any questions regarding this test, or cannot keep the appointment, do not hesitate to contact Ms. Donna Jusiak at 858-7805.

Very truly yours,

PATRICK GALLIVAN
SHERIFF OF ERIE COUNTY

BY:   **THOMAS R. STAEBELL**
**CHIEF/ADMINISTRATIVE SERVICES**

dmj
cc:   Detective Dennis Rankin

WYOMING COUNTY CIVIL SERVICE PERSONNEL OFFICER
P.O. Box 145  18 LINWOOD AVENUE, WARSAW, NEW YORK 14569

FORM MSD 434          **CERTIFICATION OF ELIGIBLES**

TO:   JOHN LAIRD, CHIEF OF POLICE        FROM: SALLY WING, PERSONNEL OFFICER
      VILLAGE OF ARCADE                        WYO. CO. CIVIL SERVICE
      ARCADE, N.Y. 14009                       WARSAW, N.Y. 14569

RETURN THIS FORM ON OR BEFORE __MARCH 26, 1998__

| WHITE COPY: | RETURN TO CSO |
| CANARY COPY: | APPOINTING OFFICER RETAIN |
| PINK COPY: | CSO FILE COPY |

| TITLE | LOCATION | EXAM NUMBER |
|---|---|---|
| POLICE OFFICER | VILLAGE OF ARCADE | 68-799 OC |

| DURATION | SALARY | DATE OF CERTIFICATION |
|---|---|---|
| [X] PERMANENT  0 - 40 HRS. WK. WITH POTENTIAL TO FULL-TIME  [ ] TEMPORARY FOR | $9.97/HR. | FEBRUARY 25, 1998 |

| NAME AND ADDRESS | FINAL EXAM RATING* | SENIORITY/ VETERANS CREDITS | REPORT OF ACTION | SALARY | EFFECTIVE DATE OF APPOINTMENT |
|---|---|---|---|---|---|
| KENNETH P. ACHTYL, JR. 4056 HIRRWOOD AVE. BLASDELL, N.Y. 14214 RES: 828-2237 | 90 | | Appointed  6 Months  Probation | $9.97 Per hour | 3/09/98 |
| THIS CANDIDATE HAS PASSED ALL OF THE AGILITY AND PHYSICAL TESTS. | | | | | |

*FINAL RATING INCLUDES ANY VETERAN OR DISABLED VETERAN CREDITS SHOWN
READ CAREFULLY INSTRUCTIONS ON OTHER SIDE OF THIS FORM

Very truly yours

_Sally Wing_
_____ Personnel Officer

Appointing Officer: _John Laird_
Title: _Chief of Police_
Date: _3/04/98_

# EMPLOYEE FINGERPRINT POLICY

**All prospective employees of the Erie County Sheriff's Office must be fingerprinted and have a criminal history completed by the Division of Criminal Justice Services of Albany.**

**The prospective employee will have three (3) print cards completed by the Sheriff's identification Unit at 134 West Eagle, 1st Floor. This procedure will occur when the individual reports for a background investigation.**

**The prospective employee will provide the office taking the prints with a U.S. POSTAL MONEY ORDER FOR $50.00 MADE OUT TO THE DIVISION OF CRIMINAL JUSTICE SERVICES.**

**This fee cannot be waived.**

**The officer taking the prints will send the following to Albany:**

| | | |
|---|---|---|
| 1. | **FORM D.C.J.S. -** | **4 NON CRIMINAL FINGERPRINT CARD** |
| 2. | **FORM F-d/F.B.I. -** | **APPLICANT FINGERPRINT CARD** |
| 3. | **FORM D.C.J.S. -** | **1216 TRANSMITTAL FORM** |

**The fingerprint card F-d/353 (PERSONAL IDENTIFICATION) will be forwarded to the Internal Affairs Unit.**

**NAME OF
PROSPECTIVE EMPLOYEE:** _Kenneth P Achtyl_

**TITLE:** _Deputy Sheriff Criminal (TRANSFER)_

**DATE PRINTS COMPLETED:** _10-5-99_

**PRINTS COMPLETED BY:** _J Schamann_

**Office use:  Please return form to Administrative Services when completed.**

**ECSO-AS25**



# Eden Central School

This is to certify that

## Kenneth Paul Achtyl, Jr.

has completed the course of study prescribed by the Board of Education for Graduation and is therefore entitled to this

### Diploma




Given at Eden, New York, this 23rd day of June, 1991.

Linda A. Nellis
PRESIDENT OF BOARD



PRINCIPAL

Donald O. Fegrette
SUPERINTENDENT

# Eden Central School

Awards This ⬥ Certificate To

## Ken Achh

In Recognition Of Achieving A

Varsity Letter Award In

## Football

During The __1990__ Season

_Head Coach_

_High School Principal_

_Director of Athletics_

EDEN CENTRAL SCHOOL
EDEN NY 14057

NAME ACHTYL KENNETH
000020770   07
05-36

| COURSE | L | CLASS AVE | LOCAL EXAM | REG. EXAM | FINAL EXAM | UNITS |
|---|---|---|---|---|---|---|
| LANGUAGE ARTS 7 | 1 | 87 | 75 | | 85 | |
| READING 7 | 1 | 79 | 75 | | 78 | |
| SOC STUDIES 7 | 1 | 86 | 84 | | 85 | |
| BIOLOGY 7 | 1 | 61 | 82 | | 81 | |
| HEALTH 7 | 1 | 79 | 89 | | 75 | |
| MATH 7 | 1 | 74 | 77 | | 90 | |
| HOME SKILLS 7 | 1 | | | | 88 | |
| TECHNOLOGY 7 | 1 | | | | 84 | |
| ART 7 | 1 | | | | 88 | |
| MUSIC 7 | 1 | | | | 81 | |
| PHYSICAL ED 7 | 1 | 81 | | | 81 | |

TOTALS: ABS 08   ILL.   TDY.   81.88
DATE LEFT

NAME ACHTYL KENNETH
000020770   08

| COURSE | 86-87 | L | CLASS AVE | LOCAL EXAM | REG EXAM | FINAL EXAM | UNITS |
|---|---|---|---|---|---|---|---|
| ENGLISH 8 | | 1 | 80 | 72 | | 78 | |
| READING 8 | | 1 | 82 | | | 81 | |
| SOC STUDIES 8 | | 1 | 84 | 86 | | 84 | |
| SCIENCE 3 | | 1 | 82 | 74 | | 80 | |
| MATH 8 | | 1 | 78 | 65 | | 75 | |
| HOME SKILLS 8 | | 1 | 84 | 60 | | 79 | |
| TECHNOLOGY 8 | | 1 | 88 | 89 | | 70 | |
| MUSIC 8 | | 1 | | | | 70 | |
| PHYSICAL ED B | | 1 | 80 | | | 80 | |
| NYS PCT WRITING | | | | | | P | |

TOTALS: ABS 16   ILL.   TDY.   79.84
DATE LEFT

## PERSONALITY RATINGS

**(1) PARTICIPATION IN DISCUSSION (SELF-INITIATED)**

_1_ Always involved, often initiates discussion
_2_ Usually participates
___ Often participates
___ Occasionally participates
___ Seldom participates
___ Not applicable

**(3) INTEREST IN INDEPENDENT STUDY**

___ Considerable study and major project(s)
_2_ Considerable study or major project(s)
___ Some study and minor project(s)
___ Some study or minor project(s)
___ No evidence of independent study
_1_ Not applicable

**(5) CRITICAL AND QUESTIONING ATTITUDE**

___ Often challenges
_3_ Sometimes challenges
___ Occasionally is skeptical
___ Sometimes probes
___ Rarely questions
___ Not applicable

**(7) PERSONAL RESPONSIBILITY**

_3_ Always accepts fully
___ Usually accepts fully
___ Partially accepts
___ Sometimes refuses
___ Often refuses

**(2) INVOLVEMENT IN CLASSROOM ACTIVITIES**

___ Very high in all activities
_3_ Active, usually shows genuine interest
___ Mild, politely attentive
___ Languid, attention often wanders
___ Distracted, does other things during class
___ Vacillates greatly

**(4) EVENNESS OF PERFORMANCE**

___ Exceptionally consistent
_3_ Even, varies no more than one grade
___ Slightly uneven, often varies one grade
___ Uneven, often varies two grades
___ Erratic, performance fluctuates markedly

**(6) DEPTH OF UNDERSTANDING**

___ Excellent insight
_3_ Good understanding
___ Some insight
___ Little insight
___ Poor understanding
___ Not applicable

**(8) CONSIDERATION FOR OTHERS**

_3_ Always considerate of others' rights and feelings
___ Usually considerate
___ Courteous, little evidence of consideration
___ Sometimes inconsiderate
___ Often inconsiderate
___ Inadequate opportunity to observe

---

EDEN CENTRAL SCHOOL
EDEN, N.Y.

KEY TO MARKING SYSTEM GRADES 9-12
A (100-90)   B (89-80)   C (79-70)   D (69-68) — F 64 —

NAME ACHTYL KENNETH
000020770   09

| COURSE | 87-88 | L | CLASS AVE | LOCAL EXAM | REG. EXAM | FINAL MARK | UNITS |
|---|---|---|---|---|---|---|---|
| PHYS ED 9B | | 1 | | | | B | |
| ENGLISH 9R | | 1 | 78 | 71 | | 76 | 100 |
| GLOBAL STDS | | 1 | 78 | 88 | | 81 | 100 |
| SEQ MATH 1A | | 1 | 67 | 81 | | 70 | 100 |
| EARTH SCIENCE R | | 1 | 76 | | 71 | 74 | 100R |
| FRENCH 1 | | 1 | 79 | 80 | | 79 | 100 |
| BASIC TECH DWG | | 1 | 73 | 49 | | 65 | 100 |

TOTALS: ABS 21   ILL.   TDY. 03   74.16   6.00
DATE LEFT

NAME ACHTYL KENNETH
000020770   11

| COURSE | 89-90 | L | CLASS AVE | LOCAL EXAM | REG EXAM | FINAL MARK | UNITS | L E | REG. EXAM. | DATE | UNITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PHYS ED 11B | | 1 | 85 | | | 85 | 50 | | | | |
| HEALTH | | 1 | 91 | 82 | | 88 | 50 | | | | |
| ENGLISH 11R | | 1 | 82 | | 69 | 78 | 100R | | | | |
| US HIST & GOV | | 1 | 84 | | 80 | 83 | 100R | | | | |
| SEQ MATH 2 | | 1 | 71 | | 44 | 65 | 100 | | | | |
| FRENCH 3 | | 1 | 78 | ABS | | 78 | 100 | | | | |
| KEY-KEY APPLIC | | 1 | 70 | 73 | | 71 | 50 | | | | |
| ACCOUNTING | | 1 | 83 | 91 | | 86 | 100 | | | | |
| FOOD PREP | | 1 | 92 | 89 | | 91 | 50 | | | | |

TOTALS: ABS 11   ILL.   TDY. 10   79.23   7.00
DATE LEFT

NAME ACHTYL KENNETH
000020770   10

| COURSE | 88-89 | L | CLASS AVE | LOCAL EXAM | REG EXAM | FINAL MARK | UNITS |
|---|---|---|---|---|---|---|---|
| PHYS ED 12B | | 1 | | | | C | |
| ENGLISH 10R | | 1 | 76 | 87 | | 80 | 100 |
| GLOBAL STDS 2 | | 1 | 88 | | 81 | 86 | 100R |
| SEQ MATH 1B | | 1 | 71 | | 83 | 75 | 100R |
| BIOLOGY | | 1 | 78 | | 84 | 80 | 100R |
| FRENCH 2 | | 1 | 76 | 82 | | 77 | 100 |
| CERAMICS 1 | | 1 | 86 | 88 | | 86 | 50 |
| CERAMICS 2 | | 1 | 85 | 90 | | 85 | 50 |
| MAT PROC/METALS | | 1 | 77 | 70 | | 75 | 100 |
| Driver Ed. (8/89) | | | | | | 89 | 50 |

TOTALS: ABS 13   ILL.   TDY. 02   79.78   7.50
DATE LEFT

NAME ACHTYL KENNETH
000020770   12

| COURSE | 90-91 | L | CLASS AVE | LOCAL EXAM | REG EXAM | FINAL MARK | UNITS |
|---|---|---|---|---|---|---|---|
| PHYS ED 12B | | 1 | 86 | | | 86 | 50 |
| ESSEN WRITING | | 1 | 72 | 59 | | 67 | 50 |
| MYTHOLOGY | | 1 | 88 | 77 | | 84 | 50 |
| ECONOMICS | | 1 | 84 | 68 | | 79 | 50 |
| PARTIC GOV | | 1 | 87 | 84 | | 86 | 50 |
| SEQ MATH 2 | | 1 | | | 42 | 65 | 100 |
| BUS AN/COMP APP | | 1 | 84 | 86 | | 85 | 100 |

TOTALS: ABS 10   ILL.   TDY. 09   77.00   3.50
DATE LEFT

AL UNITS FOR YEAR
AL UNITS TO DATE

JOHANNES W. FINDEISEN
GUIDANCE COUNSELOR

# ERIE COMMUNITY COLLEGE

## NORTH

UNDER THE SUPERVISION OF

## STATE UNIVERSITY OF NEW YORK

ON THE RECOMMENDATION OF THE FACULTY
AND BY VIRTUE OF THE AUTHORITY VESTED IN THEM
THE TRUSTEES OF THE COLLEGE HAVE CONFERRED ON

## KENNETH P. ACHTYL, JR.

THE DEGREE OF

## ASSOCIATE IN ARTS

CRIMINAL JUSTICE

AND HAVE GRANTED THIS DEGREE AS EVIDENCE THEREOF
GIVEN IN THE COUNTY OF ERIE IN THE STATE OF NEW YORK
IN THE UNITED STATES OF AMERICA

JANUARY 7, 1994



CHAIRPERSON, BOARD OF TRUSTEES



PRESIDENT

# ERIE COMMUNITY COLLEGE - TRANSCRIPT

| STUDENT | HIGH SCHOOL |
|---|---|
| ACHTYL, KENNETH PAUL | EDEN JR SR HIGH SCHOOL |
| 9731 NEW OREGON ROAD | EDEN, NY |
| EDEN, NY 14057 | 1991 |
| NORTH | |
| 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 | |
| 0118410 | |

MAJOR: CRIMINAL JUSTICE AA
MATRICULATED 91/FA
BIRTH DATE 12/25/72
WITHDREW

## FALL 1991

| Course | Title | Grade | QPTS |
|---|---|---|---|
| | BUSINESS LAW I | B- | 3.0 |
| | COLLEGE COMPOSITION | B- | 3.0 |
| | CRIMINAL LAW | B | 4.0 |
| | CRIME & SOCIETY | B | 3.0 |
| | INTRO TO SOC 1 | C+ | 3.0 |

| | CR ATT | TRANS | CR CMP | CR CALC | Q PTS | QPA |
|---|---|---|---|---|---|---|
| SEM | 16.00 | 0.00 | 16.00 | 16.00 | 45.00 | 2.81 |

## SPRING 1992

| Course | Title | Grade | QPTS |
|---|---|---|---|
| PY 110 | GENERAL PSYCHOLOGY | B | 3.0 |
| | COMP & INTERP OF LIT | B- | 3.0 |
| | CIVIL PRACTICE | B- | 3.0 |
| | LEGAL BIBLIOGRAPHY | C+ | 1.0 |
| | ASCT. PRINCIPLES I | C- | 4.0 |

| | CR ATT | TRANS | CR CMP | CR CALC | Q PTS | QPA |
|---|---|---|---|---|---|---|
| SEM | 14.00 | 0.00 | 14.00 | 14.00 | 34.36 | 2.45 |

## FALL 1992

| Course | Title | Grade | QPTS |
|---|---|---|---|
| | CRITICAL THINKING | A | 3.0 |
| | MICROECONOMICS | B | 3.0 |
| | MACROECONOMICS | B | 3.0 |
| | INTRO CRIM JUSTICE | B | 3.0 |
| | COLLEGE ELEM ALGEBRA | C | 0.0 |

| | CR ATT | TRANS | CR CMP | CR CALC | Q PTS | QPA |
|---|---|---|---|---|---|---|
| SEM | 14.00 | 0.00 | 12.00 | 12.00 | 36.00 | 3.00 |

## SUMMER 1 1993

| Course | Title | Grade | QPTS |
|---|---|---|---|
| GO 102 | AMERICAN GOV'T II | B+ | 3.0 |
| GO 101 | AMERICAN GOVERNMENT | B+ | 3.0 |

| | CR ATT | TRANS | CR CMP | CR CALC | Q PTS | QPA |
|---|---|---|---|---|---|---|
| SEM | 6.00 | 0.00 | 6.00 | 6.00 | 19.98 | 3.33 |

## SPRING 1993

| Course | Title | Grade | QPTS |
|---|---|---|---|
| PY 110 | ETHICS | B | 3.0 |
| CH 130 | UNDERSTANDING DRUGS | A | 3.0 |
| BI 107 | HUMAN BIOLOGY | B+ | 3.0 |
| PE 220 | PE III/SELF DEFENSE | A | 1.0 |
| MT 112 | SURVEY OF MATH | B- | 3.0 |

| | CR ATT | TRANS | CR CMP | CR CALC | Q PTS | QPA |
|---|---|---|---|---|---|---|
| SEM | 13.00 | 0.00 | 13.00 | 13.00 | 42.00 | 3.23 |

## FALL 1993

| Course | Title | Grade | QPTS |
|---|---|---|---|
| PH 120 | ENVIRONMENTAL SCI. | A | 3.0 |
| PE 202 | PHYSICAL FITNESS I | A | 1.0 |
| CR 300 | DEVIANT BEHAVIOR | A | 3.0 |
| CR 260 | CRIM COURTS/PROCED. | A | 4.0 |
| BI 169 | NUTRITION FOR LIVING | B- | 3.0 |

| | CR ATT | TRANS | CR CMP | CR CALC | Q PTS | QPA |
|---|---|---|---|---|---|---|
| SEM | 14.00 | 0.00 | 14.00 | 14.00 | 52.01 | 3.71 |

| | CR ATT | TRANS | CR CMP | CR CALC | Q PTS | QPA |
|---|---|---|---|---|---|---|
| CUM | 75.00 | 0.00 | 75.00 | 75.00 | 229.35 | 3.05 |

THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD FOR THE ABOVE STUDENT WHEN SIGNED AND SEALED IT IS AN OFFICIAL TRANSCRIPT

OFFICIAL TRANSCRIPT
NOT VALID WITHOUT SEAL
AND SIGNATURE OF REGISTRAR

REGISTRAR
*Samuel P. Palumbo* (signature)

# ERIE ~OMMUNITY COLLEGE - TRANSCRIPT

MAJOR CRIMINAL JUSTICE AA
MATRICULATED 91/FA
BIRTH DATE 12/25/72
WITHDREW

ACHTYL, KENNETH PAUL
9731 NEW OREGON ROAD
EDEN, NY 14057
NORTH

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

0118410

EDEN JR SR HIGH SCHOOL
EDEN, NY
1991

```
*****************************************
*****************************************
*                                       *
*   ASSOC OF ARTS GRANTED, JAN. 1994    *
*   PROGRAM OF STUDY - CRIMINAL JUSTICE AA *
*                                       *
*                                       *
*   CREDITS - 75.00        QPA - 3.05   *
*                                       *
*                                       *
*****************************************
*****************************************
```

THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD FOR THE ABOVE STUDENT, WHEN SIGNED AND SEALED IT IS AN OFFICIAL TRANSCRIPT

REGISTRAR

Samuel P Palumbo

**OFFICIAL TRANSCRIPT**
**NOT VALID WITHOUT SEAL**
**AND SIGNATURE OF REGISTRAR**

Page: 2 of 2

<u>Kenneth P. Achtyl Jr.</u>
4056 Harwood Ave
Blasdell, NY 14219
(716)828-2237

<u>OBJECTIVE</u>

To complete a civil service lateral transfer and obtain a position
as a Erie County Sheriffs Deputy.
Currently certified by the NYS Municipal Police and Training Council.


<u>EDUCATION</u>

Buffalo Police Academy, Buffalo, NY
Completed February 1997

| | |
|---|---|
| <u>Course:</u> | Breathalyzer Operator<br>Successfully completed and certified by the NYS<br>Municipal Police and Training council to operate a<br>Breathalyzer instrument. |

R.P.T.I. Police Academy
Genesse Community College, Batavia, NY
Graduated January 1995 with honors. (Academic Achievement Award).

| | |
|---|---|
| <u>GPA:</u> | 92.2% - Ranked second among thirty recruits.<br>N.Y.S. Municipal Police Training Council Certification. |
| <u>Training:</u> | Basic police officer training - 489 hours.<br>On the job training with the Town of Eden Police<br>Department - 120 hours. |
| <u>Courses:</u> | Firearms instruction - range qualified; emergency<br>vehicle operation, radar certification, arson and<br>accident investigation, N.Y. Penal Law, Criminal<br>Procedure Law, Vehicle & Traffic Law, first aid & CPR,<br>domestic violence, Mental Hygiene law, defensive<br>tactics, arrest techniques, and numerous other related<br>courses. Oleoresin Capsicum Spray, ASP Expandable and<br>tactical Baton certified. |

Erie Community College, Williamsville, NY
Graduated December 1993

| | |
|---|---|
| <u>Degree:</u> | Associate in Applied Arts |
| <u>Major:</u> | Criminal Justice |
| <u>GPA:</u> | 3.0 |
| <u>Courses:</u> | N.Y. Criminal Courts & Procedures, N.Y. Penal Law,<br>Deviant Behavior, Understanding Drugs, Crime and<br>Society, N.Y.. Criminal Law, Psychology and Socialogy.<br>Science, Math, and English Courses. related courses. |

<u>CAREER ACHIEVEMENTS</u>

| | |
|---|---|
| April 1998 | - 1997 Erie County STOP-DWI Award Recipient |
| January 1995 | - Graduated 2nd Place from the Police Academy<br>Academic Achievement Award.  GPA 92.2% |

Kenneth P. Achtyl, Jr.                                          Page 2

## CAREER RELATED WORK EXPERIENCE:

NFTA Transit Police, 1404 Main St., Buffalo, NY 14209.
Position:          Police Officer
Duties:            General police duties and routine patrol functions.
                   Arrest violators of the law and local oridances.
                   Assist and Protect users of the Transit Authority
                   systems including Metro Rail and Buses, Buffalo and
                   the Niagara Falls airports, the bus terminal and small
                   boat harbor.  Protect other authority property.
                   General Dispatch functions including answering phones,
                   CPS computer inquiries, monitoring cameras ,computer
                   mapping systems and other computer alarm systems.
May 1998 - Present

Village of Arcade Police, 17 Church St., Arcade, NY 14009
Position:          Police Officer
Duties:            Routine patrol duties.  Respond to complaints and
                   emergencies. Complete necessary reports.  Traffic
                   control and enforcement. Handle criminal
                   investigations.  Arrest violators in accordance
                   with the laws of NY State and village ordinances.
                   Book prisoners.  Provide other community services.
                   Certified NYSPIN computer operator.
March 1998 - Present

Village of Gowanda Police, 27 East Main St., Gowanda, NY
Position:          Police Officer
Duties:            Routine patrol duties.  Respond to complaints and
                   emergencies. Complete necessary reports.  Traffic
                   control and enforcement. Handle criminal
                   investigations.  Arrest violators in accordance with
                   the laws of NYS State and village ordinances.  Provide
                   other community services.  Foot patrol.  Data entry
                   of police reports.  CPS and NYSPIN computer certified.
January 1995 - Present

Eden Police, 2795 East Church St., Eden, NY, 14075.
Position:          Police Officer
Duties:            Respond to complaints and emergencies, complete
                   necessary reports, traffic control and enforcement.
                   Arrest violators in accordance with the laws of
                   NY State and Town Ordinances.  Investigate crimes,
                   book prisoners, and complete routine patrol duties.
                   Assist in special details, Stop DWI roadblocks and
                   other community related events. Also work as a desk
                   officer answering phones, including 911 emergency
                   lines. Dispatch information to patrol officers.
                   NYSPIN, CPS, and a in house computer operator.
                   Prior positions Dispatcher & Reserve Officer.
October 1991 - January 1999

Kenneth P. Achtyl, Jr.                                    Page 3

## CAREER RELATED WORK EXPERIENCE (Cont.):

City of Salamanca Police, 1 Barrett Dr, Salamanca, NY, 14779.
Position:          Police Officer & Court Security officer
Duties:            Respond to complaints and emergencies, complete
                   necessary reports, traffic control and enforcement.
                   Arrest violators in accordance with the laws of
                   NYS and City Ordinances.  Investigate crimes, book
                   prisoners, and complete routine patrol duties.
                   Worked as a desk officer answering phones, including
                   911 emergency lines.  Dispatch information to patrol
                   officers.  Certified NYSPIN computer operator.
April 1996 to October 1996.

Marine Midland Bank, One Marine Midland Dr., Buffalo, NY, 14240
Position:          Security Console Operator
Duties:            Write necessary reports, maintain logbooks, answer
                   phones and enact upon various situations.  Operate a
                   closed circuit camera system and Computer camera system
                   Handle a variety of branch and building alarms across
                   NY.  Supervise contracted roving security officers.
December 1992 - Present.

## OTHER WORK EXPERIENCE

Marine Midland Bank, Buffalo, NY
Position:          Bank Teller
Duties:            Accept and process customer transactions.
March 1992 - December 1992

Ilio DiPaolo's Restaurant, 3785 South Park Ave, Blasdell, NY 14219
Position:          Dishwasher / Closing Cook
Duties:            Dishwasher, promoted to a Pizza Maker and Cook.
October 1989 - September 1991

## UNPAID WORK EXPERIENCE

East Eden Fire Department, Eden, NY
Position:          Volunteer Fireman
Qualifications:    NY State Fire Training Essentials Certification.
Duties:            Respond to calls relating to Department functions.
                   Operation of departmental vehicles and equipment.
June 1991 - November 1998

Eden Emergency Squad, Eden, NY
Qualifications:    Completed NYS First responder Course.
                   Completed Red Cross Community CPR, and Monthly training
Duties:            Provide necessary care to sick or injured persons
                   before the arrival of the ambulance, and in the
                   rear of the ambulance while enroute to the hospital.
                   Assist in rescue situations.  Operated Vehicles.
January 1993 - April 1996

# MUNICIPAL POLICE TRAINING COUNCIL

## STATE OF NEW YORK

Be it hereby known that

**KENNETH P. ACHTYL, JR**

has successfully completed the

BASIC COURSE FOR POLICE OFFICERS

which satisfies the minimum
criteria established by the
Municipal Police Training Council

CONDUCTED AT GENESEE COMMUNITY COLLEGE
BATAVIA, NEW YORK

MAY 3, 1994 - JANUARY 13, 1995

DIVISION OF
**CRIMINAL
JUSTICE
SERVICES**

NEW YORK
STATE

**BUREAU FOR
MUNICIPAL
POLICE**

EXCELSIOR

_____
Deputy Commissioner, Division of
Criminal Justice Services

_____
Chairman, Municipal Police
Training Council

_____
Director of Criminal Justice
and Commissioner

# MUNICIPAL POLICE TRAINING COUNCIL

## STATE OF NEW YORK

EXCELSIOR

Be it hereby known that

### KENNETH P. ACHTYL JR.

has successfully completed the

## BASIC RADAR CLASS

which satisfies the minimum
criteria established by the
Municipal Police Training Council

RURAL POLICE TRAINING INSTITUTE
BATAVIA, NEW YORK
JUNE 23, 1994 - JULY 14, 1994

DIVISION OF
CRIMINAL
JUSTICE
SERVICES

NEW YORK
STATE

BUREAU FOR
MUNICIPAL
POLICE



_____
Director of Criminal Justice
and Commissioner

_____
Chairman, Municipal Police
Training Council

_____
Deputy Commissioner, Division of
Criminal Justice Services



# State of New York

### Office of Public Safety

# Municipal Police Training Council

Hereby Acknowledges and Declares that

## *Kenneth P. Achtyl*

is certified as a

## *Breathalyzer Operator*
## *Buffalo Police Department Training Academy*
## *Buffalo, New York*
## *February 18, 1997 to February 21, 1997*

Edward R. Halfman
Executive Deputy Commissioner

Mark L. Whitman
Chairman
Municipal Police Training Council

Stephen M. Bernardi
Deputy Commissioner
Office of Public Safety



# Genesee Community College

Center for Business and Community Education

## RURAL POLICE TRAINING INSTITUTE

hereby awards this

## Certificate of Completion

to

### Kenneth P. Achtyl, Jr.

for satisfactory completion of the 489-hour

## 1994-95 BASIC COURSE FOR POLICE OFFICERS

presented this 13th day of January, 1995.

Douglas C. Brooks, Coordinator
Rural Police Training Institute

Barry Yargar, Chairman
Midwestern New York State
Law Enforcement Training Council

GENESEE COMMUNITY COLLEGE
Center for Business and Community Education

# RURAL POLICE TRAINING INSTITUTE
1994-95 Basic Course Training Commentary

TO:        Town of Eden Police Department

FROM:    Doug Brooks, Coordinator

DATE:     February 4, 1995

RE:        Training Commentary on **Kenneth P. Achtyl, Jr.**

The above named officer attended the Rural Police Training Institute 1994-95 Basic Course held at Genesee Community College from May 3, 1994 through January 13, 1995.

The officer's achievements in this program are as follows:

1. Classroom Notebook (based on three of four notebook checks): **Satisfactory**

2. Notebook Grade (based on four notebook checks): **102%**

3. Attendance: **Attended 477 out of total 489 hours.**

4. Firearms: **89.2%**

5. Academic Average: **92.22%**

6. Responding to Emergencies/CPR: **84%**

7. ASP/Tactical Baton: **Satisfactory**

8. Arrest Techniques: **Satisfactory**

9. Oleoresin Capsicum (OC/CAP) Stun Training: **Satisfactory**

10. Supervised Field Training: **Satisfactory**

11. Classroom Attitude: **Good**

12. Physical Fitness Final Exam: **89%**

13. Radar Operator Course (32 hours): **Attended and certified**

14. Ranked **2** out of 30 recruits.

15. Comments: **2nd Place Academic Award**

# GENESEE COMMUNITY COLLEGE

## Rural Police Training Institute

hereby presents this

# Certificate of Completion

to

### *Kenneth P. Achtyl, Jr.*

for satisfactory completion of the

### Oleoresin Capsicum (OC/CAP Stun)

portion of the RPTI Basic Course
this 13th day of January, 1995.



David C. Webster, Instructor

David P. Linder, Instructor

# GENESEE COMMUNITY COLLEGE

## Rural Police Training Institute

hereby presents this

# Certificate of Completion

to

*Kenneth P. Achtyl, Jr.*

for satisfactory completion of the

## American Red Cross First Aid, Responding to Emergencies, and Adult CPR Training

portions of the RPTI Basic Course
this 13th day of January, 1995.



Kathleen K. VanEarden, Instructor

Douglas C. Brooks, Coordinator
Rural Police Training Institute



# TACTICAL BATON

KENNETH P. ACHTYL, JR.

Awarded in Recognition of technique, ability and knowledge that have been demonstrated
and tested in a competency based training program for the
ASP Tactical Police Baton sanctioned by the
Training and Certification Section of
ARMAMENT SYSTEMS and PROCEDURES, INC

Awarded in   Yorkshire, NY                  on  October  8,  1994.

*Donald L. Roegner*
DONALD L. ROEGNER
President

*David P. Linder*
Certified Instructor
ASP Tactical Baton



U.S. IMMIGRATION AND NATURALIZATION SERVICE

INS DOCUMENT TRAINING SEMINAR

Certificate of Completion

Presented to

# Kenneth Achtyl

for Satisfactory Completion of the
Buffalo District INS Document Training

John J. Ingham
District Director

# New York State
## Commission of Correction

Albany                    New York



This Certifies That
**Kenneth Achtyl, Jr.**

Has satisfactorily completed 8 hours of
**Suicide Prevention/Crisis Intervention**
training sponsored by the New York State
Commission of Correction and, therefore, is awarded this diploma.
Given this 13th day of April Nineteen hundred and ninety seven.

_____
Chairman/Commissioner, N. Y. S. Commission of Correction

_____
Chief Correctional/Police Administrator

# ERIE COUNTY CENTRAL POLICE SERVICES

BE IT HEREBY KNOWN THAT

KENNETH P. ACHTYL, JR.

HAS SUCCESSFULLY COMPLETED

THE ERIE COUNTY CENTRAL POLICE SERVICES

EMPIRE COMMUNICATIONS NETWORK DISPATCHER TRAINING II CLASSES

June 24, 1998

John N. Cardarelli
Commissioner

Mary Jane McDonald
Instructor



State of New York
County of Erie

Niagara Frontier
Transportation Authority

# Oath of Office

I do solemnly swear (or affirm) that I will support the constitution of the United States and the constitution of the State of New York, and that I will faithfully discharge the duties of the office of patrolman or officer of the Niagara Frontier Transportation Authority Police Department, according to the best of my ability.

ATTEST: _Jerome M. Mueller_
CHAIRMAN

Signature _Kenneth P Achtyl Jr_

Name  Kenneth P. Achtyl, Jr.

Address  4056 Harwood Avenue

Blasdell, New York  14219

SUBSCRIBED AND SWORN TO BEFORE ME

THIS __5th__ DAY OF ___May___ , 19 __98__

_Christina M. Haggerty_

NOTARY PUBLIC
CHRISTINA M. HAGGERTY
Notary Public, State of New York
No. 01HA4772828
Sworn South Erie County
Commission Expires Dec. 31, 19? ?

# New York State Assembly

## Certificate of Merit

The Assembly of the State of New York, in recognition of the achievement of

## KENNETH ACHTYL

*ERIE COUNTY STOP-DWI AWARD*

hereby presents this Certificate of Merit.

Date _APRIL 24, 1998_

RICHARD A. SMITH
MEMBER OF ASSEMBLY

# Certificate of Recognition

We hereby present

## Kenneth Achtyl, jr.

with this certificate acknowledging your
achievement and contribution

## Eden Police Dept. 2 yrs.

Awarded on this 23rd day of October 19 13



AC 302

# State of New York

## Fire Training Certificate

KENNETH P. ACHTYL JR.

is hereby awarded this Certificate signifying the completion of the

FIREFIGHTING ESSENTIALS COURSE #0461

in the Standardized Fire Training Program, totalling     39     hours

of Instruction. Attested to this 1st day of December 19 91

GOVERNOR
STATE OF NEW YORK

SECRETARY OF STATE

STATE FIRE ADMINISTRATOR
OFFICE OF FIRE
PREVENTION AND CONTROL

STATE FIRE INSTRUCTOR

# Eden Emergency Squad

BE IT KNOWN THAT

## Kenneth Achtyl

HAS SUCCESSFULLY COMPLETED

THE NECESSARY REQUIREMENTS OF THE

## Eden Emergency Squad

AND IS HEREBY RECOGNIZED AS

A MEMBER

WITH ALL THE RIGHTS

AND PRIVILEGES OF THIS ORGANIZATION.

PRESIDENT

1994
YEAR

DIRECTOR OF OPERATIONS

SENATOR DALE M. VOLKER

*Certificate of Merit*

presented to

**POLICE OFFICER KENNETH ACHTYL**

**1997 STOP DWI AWARD RECIPIENT**

April 24, 1998

Date

Senator Dale M. Volker
New York State Senate
59th District



**Eden Police Department**



"As the twig is bent
so grows the tree"

PATRICK M. HOWARD
Chief of Police

July 15, 1997

To Whom It May Concern:

   I am pleased to provide this character reference for Kenneth P. Achtyl.  He has been an acquaintance of mine for several years and in that time I have found him to be hard working, and both reliable and resourceful.  I have noticed that he is very personable and of high moral character.

   Ken possesses the drive and stamina to be successful.  He has the potential to become a very real asset to any organization with which he may be associated, and it is a pleasure to recommend him to you for any endeavor he may pursue.

                              Respectfully,

                              Patrick M. Howard

                              Patrick M. Howard
                              Chief of Police




# Ilio
# DiPaolo's  Restaurant and Ringside Lounge

### *A Family Restaurant with a Gourmet Touch • Banquet Facilities*

July 20, 1997

To Whom It May Concern:

   It is my pleasure to submit this letter of recommendation for Kenneth Achtyl.
Kenneth was employed at our restaurant from 1989 – 1991, he started out as a dishwasher
and because of his enthusiasm and good work habits,  he was elevated to  work Take out
and the Pizza Department.  Again, he did very well with his new position and was
promoted to the Cooking Staff.  Kenneth always gave 100% to whatever job he was
given.  His work ethics were commendable, he was always on time, his appearance was
always neat and groomed, he got along very well with his co-workers, he was a very
responsible and reliable employee.

   We enjoyed having Kenneth work at our restaurant, and I believe he would be an asset
to any company or organization.

   Please feel free to call me at 716-825-3675

                              Sincerely,

                              *Dennis D. Paolo*

                              Dennis DiPaolo, Owner/Mgr.

3785 South Park Avenue (near Thruway Exit 56) • Blasdell, New York 14219 • Telephone: (716) 825-3675 • Fax: (716) 825-1054

## TOWN OF EVANS POLICE DEPARTMENT

8787 ERIE ROAD          ANGOLA, NEW YORK 14006

### EMERGENCY 911



ROBERT N. FERGUSON
Chief of Police

716-549-3600
FAX 716-549-6089

January 22, 1998

Officer Kenneth Achtyl
Eden Police Department
2795 East Church Street
Eden, NY  14057

Dear Officer Achtyl:

On behalf of the Evans Police Department, I would like to extend my sincere
appreciation to you for the assistance you rendered to Officer DiMartino of the Evans Police
Department on January 20, 1998 as he was making a DWI arrest.  Officer DiMartino reported
that the subject was resisting apprehension and that your assistance prevented the incident from
escalating further.

It is reassuring to know that we can count on the Eden Police Department for backup and
as always I appreciate your efforts on our behalf.

You are a credit to your Department and the law enforcement community.  Thank you
again.

Sincerely,

Robert N. Ferguson
Chief of Police

RNF:ss

cc:  Chief Howard, Eden PD

A FULLY ACCREDITED AGENCY



**TIMOTHY B. HOWARD**
UNDERSHERIFF

**TEN DELAWARE AVENUE**
**BUFFALO, NEW YORK 14202**
(716) 858-7618
FAX: (716) 858-7680

# PATRICK GALLIVAN
## SHERIFF

**February 23, 1999**

Mr. Kenneth P. Achtyl Jr.
4056 Harwood Avenue
Blasdell, New York 14219

Dear Mr. Achtyle:

Enclosed you will find an application for a Deputy Sheriff Criminal position located in the Police Services Division of the Erie County Sheriff's Office.  Please complete and return this application to the Administrative Services Division, attention Donna Jusiak/Personnel Clerk.  Note that this application must be notarized in two sections, second and last page, or it will be returned.

Also, enclosed is a form regarding our prospective employee fingerprint policy. All prospective employees of this office must be fingerprinted.  In the near future you will be notified to appear for a background investigation with our Office of Professional standards Unit.  When you report for this investigation, you must have in your possession the above-mentioned form, and a U.S. POSTAL MONEY ORDER FOR $50.00, MADE OUT TO THE DIVISION OF CRIMINAL JUSTICE SERVICES.

Be advised that the completion of this application and investigation does not insure you an appointment with our agency.

If you have any questions, please do not hesitate to contact me at 858-7805.

Very truly yours,

PATRICK GALLIVAN
SHERIFF OF ERIE COUNTY

BY:   DONNA M. JUSIAK
PERSONNEL CLERK

dmj
Enclosures

**POLICE SERVICES**
CHIEF RICHARD T. DONOVAN
One Sheriff's Drive
Orchard Park, New York 14127
(716) 662-5554
FAX: (716) 662-8477

**HOLDING CENTER**
SUPT. H. McCARTHY GIPSON
40 Delaware Avenue
Buffalo, New York 14202
(716) 858-7638
FAX: (716) 858-7712

**PROFESSIONAL STANDARDS**
CHIEF THOMAS R. STAEBELL
134 West Eagle
Buffalo, New York 14202
(716) 858-8088
FAX: (716) 858-6630

**CIVIL PROCESS**
CHIEF PATRICK G. FLYNN
134 West Eagle
Buffalo, New York 14202
(716) 858-7606
FAX (716) 858-7621

**ADMINISTRATION**
CHIEF MICHAEL A. BENSON
10 Delaware Avenue
Buffalo, New York 14202
(716) 858-7630
FAX (716) 858-7680

PATRICK GALLIVAN
SHERIFF

TIMOTHY B. HOWARD
UNDERSHERIFF



ADMINISTRATIVE OFFICES
TEN DELAWARE AVENUE
BUFFALO, NEW YORK 14202-3999
(716) 858-7618
FAX: (716) 858-7680

POLICE SERVICES
ONE SHERIFF'S DRIVE
ORCHARD PARK, NEW YORK 14127
(716) 662-5554
FAX: (716) 662-8477

# SHERIFF OF ERIE COUNTY

June 9, 2000

Mr. Kenneth P. Achtyl Jr.
4056 Harwood Avenue-Right
Blasdell, New York 14219

Dear Mr. Achtyl:

I am pleased to advise you that your appointment with the Erie County Sheriff's Office as a "Contingent-Permanent" Deputy Sheriff Criminal, with the Police Services Division, will begin on Monday, June 26, 2000, pending the outcome of your medical examination and urinalysis test.

You are to report in to our Training Director David P. Koteras, who is located at our Chestnut Ridge Facility, 1 Sheriff's Drive, Orchard Park, New York, no later than 7:45 a.m. on the aforementioned date for orientation & training.

Please complete the enclosed forms and return them, in person, to our Personnel Clerk, Ms. Donna Jusiak, who is located at 10 Delaware Avenue, Buffalo, New York.   You will then have your Employee I.D. Card processed. Please contact Ms. Jusiak at 858-7805 for an appointment.

Be advised that the Retirement Application must be notarized and Section 14 through 16 must be completed in order for the paperwork to be submitted to Erie County Personnel for processing for you to be placed on active pay status. Your health and dental coverage will take effect on August 1, 2000.

If you have any questions regarding your employment, or the enclosed, please do not hesitate to contact Ms. Jusiak.

Achtyl Jr., Kenneth P.
June 8, 2000
Page 2

     We wish you the very best, and hope that you enjoy your relationship with our office.

Very truly yours,

PATRICK GALLIVAN
SHERIFF OF ERIE COUNTY

dmj
cc:   Chief Richard T. Donovan
      Chief Michael A. Benson
      Training Director David P. Koteras
      201 File

# POLICE SERVICES DIVISION

# PERSONNEL RECORD FOR NEW HIRE

EMPLOYEE NAME:                   ACHTYL JR., KENNETH P.

ADDRESS:                         4056 HARWOOD AVE-RIGHT

                                 BLASDELL NY 14219

HOME PHONE #:                    828-2237

DATE OF BIRTH:                   12-25-72

SOCIAL SECURITY #:               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

DATE OF APPOINTMENT:             JUNE 26, 2000

TITLE OF POSITION:               DEPUTY SHERIFF CRIMINAL

TYPE OF APPOINTMENT:             CONTINGENT-PERMANENT

REMARKS:

ECSO-AS26

# ERIE COUNTY SHERIFF'S OFFICE

## ORAL REVIEW

**NAME:** _Kenneth P. Achtyl Jr._

**DATE:** _5/25/99_

## A P P E A R A N C E

(5.)   EXCELLENT

4.   VERY GOOD

3.   GOOD

2.   FAIR

1.   POOR

## D E M E A N O R

(5.)   EXCELLENT

4.   VERY GOOD

3.   GOOD

2.   FAIR

1.   POOR

**Raters COMMENTS:** _Mr. Achtyl Jr. appears mature and has goals set. There is a question about being P/T and soon going to a full-time civil service. He checked and stated the E.C. Ser. said it was okay. I rec. his hiring._

Signature

# ERIE COUNTY SHERIFF'S OFFICE

## ORAL REVIEW

**NAME:** _Kenneth Achtyl Jr._   26 YRS

**DATE:** _5-25-99_

## A P P E A R A N C E

(5.) EXCELLENT

4. VERY GOOD

3. GOOD

2. FAIR

1. POOR

## D E M E A N O R

5. EXCELLENT

(4.) VERY GOOD

3. GOOD

2. FAIR

1. POOR

**Raters COMMENTS:** _Good background & experience - Showed nervousness but controlled it good. Would make a good candidate. Wore glasses + might not pass eye. Hard working & good common sense._

_Rate OT D_

**Signature**

# ERIE COUNTY SHERIFF'S OFFICE

## ORAL REVIEW

**NAME:** _Kenneth P. Achtyl, Jr._

**DATE:** _5/25/99_

## A P P E A R A N C E

5.    EXCELLENT

4.    VERY GOOD

(3.    GOOD)

2.    FAIR

1.    POOR

## D E M E A N O R

5.    EXCELLENT

(4.    VERY GOOD)

3.    GOOD

2.    FAIR

1.    POOR

**Raters COMMENTS:** _Poised, Good Experience & Work Ethic._
_Acceptable Candidate for lateral if part-time_
_status & vision check out O.K. Would be dedicated_
_employee if hired._

Signature

ERIE COUNTY SHERIFF'S DEPARTMENT

MEMORANDUM

**TO:**      Sheriff Patrick Gallivan

**FROM:**    Chief Richard T. Donovan

**DATE:**    May 26, 1999

**SUBJECT:   LATERAL TRANSFER CRIMINAL DEPUTY SHERIFF POSITIONS**

---

On May 25, 1999, we interviewed four applicants that are interested in lateral transfers into our department.  The interview panel consisted of Captain Charles Hedges, Captain John Gourlay and myself.

Several questions presented itself regarding lateral transfers, and these particular applicants.  The questions are listed below as they pertain to each individual:

BRENDAN CONNELLY

This applicant was rejected from the State Police as a result of not being able to pass the eye examination.  Our question is, does a lateral transfer have to pass the same physical examination including a restriction on corrective vision?

Other than that, he was an acceptable candidate.

DEAN SCIRRI

Mr. Scirri was an impressive candidate.  He presently works for the City of Tonawanda as a Police Dispatcher and we do not feel as though that qualified him for a lateral transfer.  In addition, he is a part time officer with the Village of North Collins.  This does not appear to be a Civil Service position and we are not sure that he would qualify for a lateral transfer.

MARK CATUZZA

Mr. Catuzza does not have 60 credit hours, and as such we do not feel he would be eligible.  He also had a suspension from his job with the Village of Fishkill and suffered a license suspension for failure to pay a fine while he was a police officer.  We do not feel Mr. Catuzza is a good candidate at this time.

Page Two
May 26, 1999
Lateral Transfer Positions

KENNETH ACHTYL, JR.

Mr. Achtyl is presently a full time police officer with the
Niagara Frontier Transit Police.  He also is a part time
police officer with the Village of Arcade, which he states
is a Civil Service position even though it is part time.
Mr. Achtyl also indicated he has spoken with Mr. Michael
Eberle, Erie County Personnel, who informed him that as long
as he holds a Civil Service position, even if it is part
time, he would qualify for a lateral transfer.

Mr. Achtyl is a good candidate and should be considered for
appointment if in fact he is eligible.  However, Mr. Achtyl
has corrected vision and there is some concern on whether he
can pass the eye examination.


jb
enclosures


cc:  Undersheriff Timothy B. Howard

| OFFICE USE | | |
|---|---|---|
| Raw Score | | _____ |
| Conversion Index | x | .57 |
| Final Score | | _____ |

# (PATROL)
# STANDARDIZED PERFORMANCE
# APPRAISAL SYSTEM

This standardized performance appraisal process has been developed and shall be instituted utilizing the following rating procedures:

1) To be completed for all sworn personnel by the immediate supervisor.

2) The supervisor will schedule an appointment with the individual to be rated prior to completing the evaluation form. Both Supervisor and subordinate will review and discuss the format and complete the evaluation process together. This allows both individuals to discuss the guidelines and affords the supervisor the opportunity to coach/counsel the individual.

3) The supervisor must view each category of evaluation separately and compare the performance of the individual to the standardized guidelines.

4) All rating shall be reviewed by the next two (2) levels above the rater (example: lieutenant and captain will review all evaluations of first line deputies under their commander). This review will be done prior to being signed by the individual.

5) Evaluations will be completed on an bi-annual basis and/or prior to promotion or transfer, if an evaluation has not been completed within ninety days of such assignment. An evaluation will be completed for any temporary and/or specialized assignment.

6) Evaluations of 1 or 7 require that justification section be completed explaining the rational for this rating.

## RATING SCALE SCORING

| Score | | Explanation |
|---|---|---|
| 1 | — | The performance of the individual achieves the performance statements denoted in category "1" of the rating scale. |
| 2 | — | The performance of the individual exceeds all of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in catergory #4 of the rating scale. |
| 3 | — | The performance of the individual exceeds all of the performance statements denoted in category "1" and meets 50% or more of the performance statements denoted in category #4 of the rating scales. |
| 4 | — | The performance of the individual achieves the performance statements denoted in category "4" of the rating scale. |
| 5 | — | The performance of the individual exceeds the performance statements denoted in category "4" and meets less than 50% of the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 6 | — | The performance of the individual exceeds the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 7 | — | The performance of the individual achieves the performance statements denoted in category "7" of the rating scale. |

Name: Achtyl, K.   Date: 01-26-2003   Division Patrol
Rank:Deputy Sheriff   Evaluation:   Assignment
SSN#: 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   Annual X   Afternoon Watch
Appt. Date:   Semi ____

| RATING SCALE | | | | | | |
|---|---|---|---|---|---|---|
| Not Acceptable Performance | | Acceptable Performance | | | Superior Performance | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**OFFICE USE**

## I. KNOWLEDGE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Policies and Procedures | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 2. Major Issues | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 3. Application of Issues | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 4. Assigned Area | 1 | 2 | 3 | 4 | (5) | 6 | 7 |

Comment: _Deputy is well rounded in these areas._

Average _____

## II. PRODUCTIVITY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5. Problem Solving | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| 6. Self-initiated Activity | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| 7. Alertness | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 8. Safety Procedures | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: _Deputy is an active officer._

Average _____

## III. COMMUNICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9. Oral Expression | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 10. Written Expression | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 11. Timeliness | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| 12. Accuracy | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: _Reporting is accurate and timely._

Average _____

## IV. ATTITUDE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13. View of Assignment | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| 14. Acceptance of Criticism | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 15. Citizen Contacts | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 16. Departmental Members | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: _Deputy has a good attitude._

Average _____

## V. GENERAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A. Appearance | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 17. Uniform/Clothing | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 18. Grooming | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| B. Attendance | | | | | | | |
| 19. Tardiness | 1 | 2 | 3 | 4 | 5 | (6) | 7 |
| 20. Sick Leave | 1 | (2) | 3 | 4 | 5 | 6 | 7 |

Comment: _Never late, nine sick incidents- 21 days(mostly family illness and maternity absence)_

Average _____

## VI. PERFORMANCE

|    |                           | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|----|---------------------------|---|---|---|---|---|---|---|
| 21.| Non-Stress Conditions     | 1 | 2 | 3 | (4)| 5 | 6 | 7 |
| 22.| Stress Conditions         | 1 | 2 | 3 | (4)| 5 | 6 | 7 |
| 23.| Equipment Knowledge/Use   | 1 | 2 | 3 | (4)| 5 | 6 | 7 |
| 24.| Inter-personal Transaction| 1 | 2 | 3 | (4)| 5 | 6 | 7 |
| 25.| Planning and Organization | 1 | 2 | 3 | (4)| 5 | 6 | 7 |

**OFFICE USE**

Average _____

**Comment:** Deputy performs well on a daily basis.

Areas of most acceptable performance — specify: Deputy Achtyl is an experienced and active officer. He handles his duties with little supervision and sets an example for newer officers to follow. He is reliable.

Areas where improvement in performance is necessary or possible (even if currently) — specify:
Less sick leave.

Justifications: Listed in Sections I thru VI above.

Date: 02-11-2003

Sgt. M.Rokitka

Supervisor's Signature

Member's Signature

## PERFORMANCE EVALUATION
## COMMAND REVIEW

| Subject Area/Categories | 1st Line Review | | | 2nd Line Review | | |
|---|---|---|---|---|---|---|
| | Agree | Disagree | Score | Agree | Disagree | Score |
| 1) Policies and Procedures | | | | | | |
| 2) Major Issues | | | | | | |
| 3) Application of Issues | | | | | | |
| 4) Assigned Area | | | | | | |
| 5) Problem Solving | | | | | | |
| 6) Self-Initiated Activity | | | | | | |
| 7) Investigative Skills | | | | | | |
| 8) Safety Procedures | | | | | | |
| 9) Oral Expression | | | | | | |
| 10) Written Expression | | | | | | |
| 11) Timeliness | | | | | | |
| 12) Accuracy | | | | | | |
| 13) View of Assignment | | | | | | |
| 14) Acceptance of Criticism | | | | | | |
| 15) Citizen Contacts | | | | | | |
| 16) Departmental Members | | | | | | |
| 17) Uniform/Clothing | | | | | | |
| 18) Grooming | | | | | | |
| 19) Tardiness | | | | | | |
| 20) Sick Leave | | | | | | |
| 21) Non-Stress Conditions | | | | | | |
| 22) Stress Conditions | | | | | | |
| 23) Equipment Knowledge/Use | | | | | | |
| 24) Inter-personal Transactions | | | | | | |
| 25) Planning and Organization | | | | | | |

Instructions:   Indicate any objections or disagreements in the scoring computed by the supervisor in the comment section below. Note the specific category number initially and then specify the issues and remarks substantiating the disagreement and scoring change indicated.

Comment (1st Line Review) _____

_____

Date _____2/13/03_____              _Capt J Cousin_
                                    First Line Signature

Comment (2nd Line Review) _____

_____

Date _____2/13/03_____              _R Rich D_
                                    Second Line Signature

| OFFICE USE | |
|---|---|
| Raw Score | 113 |
| Conversion Index | x .57 |
| Final Score | 64 |

# (PATROL)
# STANDARDIZED PERFORMANCE
# APPRAISAL SYSTEM

Name: **Achtyl, K.**      Date: 08-26-2001
Rank: **Deputy Sheriff** Evaluation:  Annual   X
SSN#: 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                   Semi   ___
Appt. Date: **June 26, 2000**

Division **Patrol**
Assignment
**Afternoon Watch**
**Patrol Svcs.**

This standardized performance appraisal process has been developed and shall be instituted utilizing the following rating procedures:

1) To be completed for all sworn personnel by the immediate supervisor.

2) The supervisor will schedule an appointment with the individual to be rated prior to completing the evaluation form. Both Supervisor and subordinate will review and discuss the format and complete the evaluation process together. This allows both individuals to discuss the guidelines and affords the supervisor the opportunity to coach/counsel the individual.

3) The supervisor must view each category of evaluation separately and compare the performance of the individual to the standardized guidelines.

4) All rating shall be reviewed by the next two (2) levels above the rater (example: lieutenant and captain will review all evaluations of first line deputies under their commander). This review will be done prior to being signed by the individual.

5) Evaluations will be completed on an bi-annual basis and/or prior to promotion or transfer, if an evaluation has not been completed within ninety days of such assignment. An evaluation will be completed for any temporary and/or specialized assignment.

6) Evaluations of 1 or 7 require that justification section be completed explaining the rational for this rating.

## RATING SCALE SCORING

| Score | | Explanation |
|---|---|---|
| 1 | — | The performance of the individual achieves the performance statements denoted in category "1" of the rating scale. |
| 2 | — | The performance of the individual exceeds all of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in catergory #4 of the rating scale. |
| 3 | — | The performance of the individual exceeds all of the performance statements denoted in category "1" and meets 50% or more of the performance statements denoted in category #4 of the rating scales. |
| 4 | — | The performance of the individual achieves the performance statements denoted in category "4" of the rating scale. |
| 5 | — | The performance of the individual exceeds the performance statements denoted in category "4" and meets less than 50% of the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 6 | — | The performance of the individual exceeds the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale. |
| 7 | — | The performance of the individual achieves the performance statements denoted in category "7" of the rating scale. |

| RATING SCALE | | | | | | |
|---|---|---|---|---|---|---|
| Not Acceptable Performance | | Acceptable Performance | | | Superior Performance | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**OFFICE USE**

## I. KNOWLEDGE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Policies and Procedures | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 2. Major Issues | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 3. Application of Issues | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 4. Assigned Area | 1 | 2 | 3 | 4 | (5) | 6 | 7 |

Comment: Deputy is aware of his responsibilities. Knows his assigned area well.

_____ Average _____

## II. PRODUCTIVITY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5. Problem Solving | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 6. Self-initiated Activity | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| 7. Alertness | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 8. Safety Procedures | 1 | 2 | 3 | 4 | (5) | 6 | 7 |

Comment: Deputy is safety conscious, and a "go getter".

_____ Average _____

## III. COMMUNICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9. Oral Expression | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 10. Written Expression | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 11. Timeliness | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 12. Accuracy | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: Deputy has adjusted to our policies and communicates at an acceptable level.

_____ Average _____

## IV. ATTITUDE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13. View of Assignment | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| 14. Acceptance of Criticism | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| 15. Citizen Contacts | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| 16. Departmental Members | 1 | 2 | 3 | 4 | (5) | 6 | 7 |

Comment: Deputy has an excellent attitude and gets along with citizens and co-workers.

_____ Average _____

## V. GENERAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A. Appearance | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| 17. Uniform/Clothing | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| 18. Grooming | 1 | 2 | 3 | 4 | (5) | 6 | 7 |

B. Attendance     Deputy looks good.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19. Tardiness | 1 | 2 | 3 | 4 | 5 | 6 | (7) |
| 20. Sick Leave | 1 | 2 | 3 | 4 | (5) | 6 | 7 |

Comment: Never late, three sick days.

_____ Average _____

## VI. PERFORMANCE

| | | | | | | | | | OFFICE USE |
|---|---|---|---|---|---|---|---|---|---|
| 21. Non-Stress Conditions | 1 | 2 | 3 | ④ | 5 | 6 | 7 | | _____ |
| 22. Stress Conditions | 1 | 2 | 3 | ④ | 5 | 6 | 7 | | _____ |
| 23. Equipment Knowledge/Use | 1 | 2 | 3 | ④ | 5 | 6 | 7 | | _____ |
| 24. Inter-personal Transaction | 1 | 2 | 3 | ④ | 5 | 6 | 7 | | _____ |
| 25. Planning and Organization | 1 | 2 | 3 | ④ | 5 | 6 | 7 | | _____ |

**Comment:** ___Deputy performs his duties at an acceptable level regardless of the situation.___

Average _____

Areas of most acceptable performance — specify: ___Deputy Achtyl has an excellent attitude and strives to improve his performance. His prior police experience has been an asset toward his performance in our unit. He is reliable, accepts criticism as a means of improving, and is willing to perform any task he is directed to do. He is an asset to our unit.___

Areas where improvement in performance is necessary or possible (even if currently) — specify:
___None noted.___

Justifications: ___Listed in Sections I thru VI above.___

Date: __August 26, 2001__

Sgt. M. Rokitka
Supervisor's Signature

Deputy K. Achtyl
Member's Signature

## PERFORMANCE EVALUATION
## COMMAND REVIEW

| Subject Area/Categories | 1st Line Review | | | 2nd Line Review | | |
|---|---|---|---|---|---|---|
| | Agree | Disagree | Score | Agree | Disagree | Score |
| 1) Policies and Procedures | | | | | | |
| 2) Major Issues | | | | | | |
| 3) Application of Issues | | | | | | |
| 4) Assigned Area | | | | | | |
| 5) Problem Solving | | | | | | |
| 6) Self-Initiated Activity | | | | | | |
| 7) Investigative Skills | | | | | | |
| 8) Safety Procedures | | | | | | |
| 9) Oral Expression | | | | | | |
| 10) Written Expression | | | | | | |
| 11) Timeliness | | | | | | |
| 12) Accuracy | | | | | | |
| 13) View of Assignment | | | | | | |
| 14) Acceptance of Criticism | | | | | | |
| 15) Citizen Contacts | | | | | | |
| 16) Departmental Members | | | | | | |
| 17) Uniform/Clothing | | | | | | |
| 18) Grooming | | | | | | |
| 19) Tardiness | | | | | | |
| 20) Sick Leave | | | | | | |
| 21) Non-Stress Conditions | | | | | | |
| 22) Stress Conditions | | | | | | |
| 23) Equipment Knowledge/Use | | | | | | |
| 24) Inter-personal Transactions | | | | | | |
| 25) Planning and Organization | | | | | | |

Instructions:   Indicate any objections or disagreements in the scoring computed by the supervisor in the comment section below. Note the specific category number initially and then specify the issues and remarks substantiating the disagreement and scoring change indicated.

Comment (1st Line Review) _____

_____ *I agree Completely* _____

_____

Date _8-29-01_____          First Line Signature _____

Comment (2nd Line Review) _____

_____

_____

_____

Date _9/3/01_____          Second Line Signature _____

| OFFICE USE | | |
|---|---|---|
| Raw Score | | _____ |
| Conversion Index | x | .57 |
| Final Score | | _____ |

**(PATROL)**
# STANDARDIZED PERFORMANCE APPRAISAL SYSTEM

Division Patrol
Assignment

Afternoon Watch

Date:  12-28-03
Evaluation:  Annual _____
Semi _____

Name:  Achtyl, K
Rank:  Deputy
SSN#:  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
Appt. Date:  6-26-00

This standardized performance appraisal process has been developed and shall be instituted utilizing the following rating procedures:

1) To be completed for all sworn personnel by the immediate supervisor.

2) The supervisor will schedule an appointment with the individual to be rated prior to completing the evaluation form. Both Supervisor and subordinate will review and discuss the format and complete the evaluation process together. This allows both individuals to discuss the guidelines and affords the supervisor the opportunity to coach/counsel the individual.

3) The supervisor must view each category of evaluation separately and compare the performance of the individual to the standardized guidelines.

4) All rating shall be reviewed by the next two (2) levels above the rater (example: lieutenant and captain will review all evaluations of first line deputies under their commander). This review will be done prior to being signed by the individual.

5) Evaluations will be completed on an bi-annual basis and/or prior to promotion or transfer, if an evaluation has not been completed within ninety days of such assignment. An evaluation will be completed for any temporary and/or specialized assignment.

6) Evaluations of 1 or 7 require that justification section be completed explaining the rational for this rating.

## RATING SCALE SCORING

**Score** | **Explanation**

1 — The performance of the individual achieves the performance statements denoted in category "1" of the rating scale.

2 — The performance of the individual exceeds all of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in catergory #4 of the rating scale.

3 — The performance of the individual exceeds all of the performance statements denoted in category "1" and meets 50% or more of the performance statements denoted in category #4 of the rating scales.

4 — The performance of the individual achieves the performance statements denoted in category "4" of the rating scale.

5 — The performance of the individual exceeds the performance statements denoted in category "4" and meets less than 50% of the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale.

6 — The performance of the individual exceeds the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale.

7 — The performance of the individual achieves the performance statements denoted in category "7" of the rating scale.

| RATING SCALE | | | | | | |
|---|---|---|---|---|---|---|
| Not Acceptable Performance | | Acceptable Performance | | | Superior Performance | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**OFFICE USE**

### I. KNOWLEDGE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Policies and Procedures | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 2. Major Issues | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 3. Application of Issues | 1 | 2 | (3) | 4 | 5 | 6 | 7 |
| 4. Assigned Area | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: _____

Average _____

### II. PRODUCTIVITY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5. Problem Solving | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 6. Self-initiated Activity | 1 | 2 | 3 | 4 | (5) | 6 | 7 |
| 7. Alertness | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 8. Safety Procedures | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: _____

Average _____

### III. COMMUNICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9. Oral Expression | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 10. Written Expression | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 11. Timeliness | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 12. Accuracy | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: _____

Average _____

### IV. ATTITUDE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13. View of Assignment | 1 | 2 | (3) | 4 | 5 | 6 | 7 |
| 14. Acceptance of Criticism | 1 | 2 | (3) | 4 | 5 | 6 | 7 |
| 15. Citizen Contacts | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 16. Departmental Members | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: _____

Average _____

### V. GENERAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A. Appearance | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 17. Uniform/Clothing | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| 18. Grooming | 1 | 2 | 3 | (4) | 5 | 6 | 7 |
| B. Attendance | | | | | | | |
| 19. Tardiness | 1 | 2 | 3 | 4 | 5 | 6 | (7) |
| 20. Sick Leave | 1 | 2 | 3 | (4) | 5 | 6 | 7 |

Comment: No LATE , 6 SICK DAYS.

Average _____

| | | | | | | OFFICE USE |
|---|---|---|---|---|---|---|

VI. **PERFORMANCE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21. Non-Stress Conditions | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 22. Stress Conditions | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 23. Equipment Knowledge/Use | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 24. Inter-personal Transaction | 1 | 2 | 3 | ④ | 5 | 6 | 7 |
| 25. Planning and Organization | 1 | 2 | ③ | 4 | 5 | 6 | 7 |

**Comment:** _____

_____

Average _____

Areas of most acceptable performance — specify: _____

_____

_____

_____

_____

_____

_____

_____

Areas where improvement in performance is necessary or possible (even if currently) — specify:

_____

_____

_____

_____

_____

_____

_____

_____

Justifications: ——Articulated in sections I thru VI——

_____

_____

_____

_____

_____

_____

_____

_____

Date: _12-28-03_                    Sgt. C. Schultz _Sgt. C. Schultz_
                                                   Supervisor's Signature

                                                   _Deputy K. Au___
                                                   Member's Signature

# PERFORMANCE EVALUATION
## COMMAND REVIEW

| Subject Area/Categories | 1st Line Review | | | 2nd Line Review | | |
|---|---|---|---|---|---|---|
| | Agree | Disagree | Score | Agree | Disagree | Score |
| 1) Policies and Procedures | ✓ | | | | ✓ | |
| 2) Major Issues | ✓ | | | | | |
| 3) Application of Issues | ✓ | | | | | |
| 4) Assigned Area | ✓ | | | | | |
| 5) Problem Solving | ✓ | | | | | |
| 6) Self-Initiated Activity | ✓ | | | | | |
| 7) Investigative Skills | ✓ | | | | | |
| 8) Safety Procedures | ✓ | | | | | |
| 9) Oral Expression | ✓ | | | | | |
| 10) Written Expression | ✓ | | | | | |
| 11) Timeliness | ✓ | | | | | |
| 12) Accuracy | ✓ | | | | | |
| 13) View of Assignment | ✓ | | | | | |
| 14) Acceptance of Criticism | ✓ | | | | | |
| 15) Citizen Contacts | ✓ | | | | | |
| 16) Departmental Members | ✓ | | | | | |
| 17) Uniform/Clothing | ✓ | | | | | |
| 18) Grooming | ✓ | | | | | |
| 19) Tardiness | ✓ | | | | | |
| 20) Sick Leave | ✓ | | | | | |
| 21) Non-Stress Conditions | ✓ | | | | | |
| 22) Stress Conditions | ✓ | | | | | |
| 23) Equipment Knowledge/Use | ✓ | | | | | |
| 24) Inter-personal Transactions | ✓ | | | | ✓ | |
| 25) Planning and Organization | ✓ | | | | | |

Instructions:   Indicate any objections or disagreements in the scoring computed by the supervisor in the comment section below. Note the specific category number initially and then specify the issues and remarks substantiating the disagreement and scoring change indicated.

Comment (1st Line Review) _____

_____

_____

Date _12/29/03_ _____          _____
                                                    First Line Signature

Comment (2nd Line Review) _____

_____

_____

_____

Date _6/12/04_ _____           _____
                                                    Second Line Signature

| OFFICE USE | | |
|---|---|---|
| Raw Score | | |
| Conversion Index | x | .57 |
| Final Score | | |

## (PATROL)
## STANDARDIZED PERFORMANCE
## APPRAISAL SYSTEM

Name: ACHTYL, K.    Date: 07-12-2002
Rank: Deputy Sheriff  Evaluation: Annual X
SSN#: 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                Semi ___
Appt. Date: 06-26-2000

Division Patrol
Assignment
Afternoon Watch

This standardized performance appraisal process has been developed and shall be instituted utilizing the following rating procedures:

1) To be completed for all sworn personnel by the immediate supervisor.

2) The supervisor will schedule an appointment with the individual to be rated prior to completing the evaluation form. Both Supervisor and subordinate will review and discuss the format and complete the evaluation process together. This allows both individuals to discuss the guidelines and affords the supervisor the opportunity to coach/counsel the individual.

3) The supervisor must view each category of evaluation separately and compare the performance of the individual to the standardized guidelines.

4) All rating shall be reviewed by the next two (2) levels above the rater (example: lieutenant and captain will review all evaluations of first line deputies under their commander). This review will be done prior to being signed by the individual.

5) Evaluations will be completed on an bi-annual basis and/or prior to promotion or transfer, if an evaluation has not been completed within ninety days of such assignment. An evaluation will be completed for any temporary and/or specialized assignment.

6) Evaluations of 1 or 7 require that justification section be completed explaining the rational for this rating.

## RATING SCALE SCORING

**Score** — **Explanation**

1 — The performance of the individual achieves the performance statements denoted in category "1" of the rating scale.

2 — The performance of the individual exceeds all of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in catergory #4 of the rating scale.

3 — The performance of the individual exceeds all of the performance statements denoted in category "1" and meets 50% or more of the performance statements denoted in category #4 of the rating scales.

4 — The performance of the individual achieves the performance statements denoted in category "4" of the rating scale.

5 — The performance of the individual exceeds the performance statements denoted in category "4" and meets less than 50% of the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale.

6 — The performance of the individual exceeds the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale.

7 — The performance of the individual achieves the performance statements denoted in category "7" of the rating scale.

en

| RATING SCALE | | |
|---|---|---|
| Not Acceptable Performance | Acceptable Performance | Superior Performance |
| 1    2    3 | 4    5 | 6    7 |

**OFFICE USE**

## I. KNOWLEDGE

1. Policies and Procedures    1   2   3  (4)  5   6   7
2. Major Issues    1   2   3   4  (5)  6   7
3. Application of Issues    1   2   3  (4)  5   6   7
4. Assigned Area    1   2   3   4  (5)  6   7

**Comment:** Deputy knows assigned area well, is well aware of his responsibilities.

Average _____

## II. PRODUCTIVITY

5. Problem Solving    1   2   3  (4)  5   6   7
6. Self-initiated Activity    1   2   3   4  (5)  6   7
7. Alertness    1   2   3  (4)  5   6   7
8. Safety Procedures    1   2   3  (4)  5   6   7

**Comment:** Deputy is active and safety conscious.

Average _____

## III. COMMUNICATION

9. Oral Expression    1   2   3  (4)  5   6   7
10. Written Expression    1   2   3  (4)  5   6   7
11. Timeliness    1   2   3  (4)  5   6   7
12. Accuracy    1   2   3   4  (5)  6   7

**Comment:** Deputy performs at at acceptable level in these areas.

Average _____

## IV. ATTITUDE

13. View of Assignment    1   2   3   4  (5)  6   7
14. Acceptance of Criticism    1   2   3   4  (5)  6   7
15. Citizen Contacts    1   2   3  (4)  5   6   7
16. Departmental Members    1   2   3   4  (5)  6   7

**Comment:** Deputy has a good attitude, and seeks to improve his performance.

Average _____

## V. GENERAL

A. Appearance    1   2   3   4  (5)  6   7
17. Uniform/Clothing    1   2   3   4  (5)  6   7
18. Grooming    1   2   3   4  (5)  6   7

Deputy looks good.

B. Attendance
19. Tardiness    1   2   3   4   5   6  (7)
20. Sick Leave    1   2   3  (4)  5   6   7

**Comment:** Never late. 15 sick days used in calendar year (10 FOR FAMILY ILLNESS-MATERNITY)

Average _____

## VI. PERFORMANCE.

| | | | | | | | | | OFFICE USE |
|---|---|---|---|---|---|---|---|---|---|
| 21. Non-Stress Conditions | 1 | 2 | 3 | 4 | ⑤ | 6 | 7 | | _____ |
| 22. Stress Conditions | 1 | 2 | 3 | ④ | 5 | 6 | 7 | | _____ |
| 23. Equipment Knowledge/Use | 1 | 2 | 3 | 4 | ⑤ | 6 | 7 | | _____ |
| 24. Inter-personal Transaction | 1 | 2 | 3 | ④ | 5 | 6 | 7 | | _____ |
| 25. Planning and Organization | 1 | 2 | 3 | ④ | 5 | 6 | 7 | | _____ |

**Comment:** Deputy performs well on a daily basis.

_____

OFFICE USE — Average _____

Areas of most acceptable performance — specify: Deputy Achtyl has used his prior
law enforcement experience, good attitude and knowledge of his area
to become a very capable officer. He is an asset to our unit, and he
continues to improve his performance. It is a pleasure to work with
an officer of this caliber.

Deputy has expressed interest in our U.R.T. and Weight Enforcement
Unit.

Areas where improvement in performance is necessary or possible (even if currently) — specify:
none noted.

Justifications: Listed in Sections I thru VI above.

Date: July 12, 2002

Sgt. M. Rokitka
Supervisor's Signature

Deputy K. Achtyl
Member's Signature

## PERFORMANCE EVALUATION
## COMMAND REVIEW

| Subject Area/Categories | 1st Line Review | | | 2nd Line Review | | |
|---|---|---|---|---|---|---|
| | Agree | Disagree | Score | Agree | Disagree | Score |
| 1) Policies and Procedures | ✓ | | | | | |
| 2) Major Issues | | | | | | |
| 3) Application of Issues | | | | | | |
| 4) Assigned Area | | | | | | |
| 5) Problem Solving | | | | | | |
| 6) Self-Initiated Activity | | | | | | |
| 7) Investigative Skills | | | | | | |
| 8) Safety Procedures | | | | | | |
| 9) Oral Expression | | | | | | |
| 10) Written Expression | | | | | | |
| 11) Timeliness | | | | | | |
| 12) Accuracy | | | | | | |
| 13) View of Assignment | | | | | | |
| 14) Acceptance of Criticism | | | | | | |
| 15) Citizen Contacts | | | | | | |
| 16) Departmental Members | | | | | | |
| 17) Uniform/Clothing | | | | | | |
| 18) Grooming | | | | | | |
| 19) Tardiness | | | | | | |
| 20) Sick Leave | | | | | | |
| 21) Non-Stress Conditions | | | | | | |
| 22) Stress Conditions | | | | | | |
| 23) Equipment Knowledge/Use | | | | | | |
| 24) Inter-personal Transactions | ✓ | | | | | |
| 25) Planning and Organization | | | | | | |

Instructions:   Indicate any objections or disagreements in the scoring computed by the supervisor in the comment section below. Note the specific category number initially and then specify the issues and remarks substantiating the disagreement and scoring change indicated.

Comment (1st Line Review) ___ I agree with Sgt Rahitha's comments ___

Date _____     First Line Signature

Comment (2nd Line Review) _____

Date   7-16-02     Second Line Signature

2003

| OFFICE USE |
| --- |
| Raw Score _____ |
| Conversion Index   x   .57 |
| Final Score _____ |

# (PATROL)
# STANDARDIZED PERFORMANCE
# APPRAISAL SYSTEM

Name: KACHYL JR
Rank: DEPUTY
SSN#: 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
Appt. Date: 06/26/03

Date: 06-11-05
Evaluation:

Annual  ✓
Semi  _____

Division PATROL
Assignment "C"

This standardized performance appraisal process has been developed and shall be instituted utilizing the following rating procedures:

1) To be completed for all sworn personnel by the immediate supervisor.

2) The supervisor will schedule an appointment with the individual to be rated prior to completing the evaluation form. Both Supervisor and subordinate will review and discuss the format and complete the evaluation process together. This allows both individuals to discuss the guidelines and affords the supervisor the opportunity to coach/counsel the individual.

3) The supervisor must view each category of evaluation separately and compare the performance of the individual to the standardized guidelines.

4) All rating shall be reviewed by the next two (2) levels above the rater (example: lieutenant and captain will review all evaluations of first line deputies under their commander). This review will be done prior to being signed by the individual.

5) Evaluations will be completed on an bi-annual basis and/or prior to promotion or transfer, if an evaluation has not been completed within ninety days of such assignment. An evaluation will be completed for any temporary and/or specialized assignment.

6) Evaluations of 1 or 7 require that justification section be completed explaining the rational for this rating.

## RATING SCALE SCORING

**Score**  **Explanation**

1 — The performance of the individual achieves the performance statements denoted in category "1" of the rating scale.

2 — The performance of the individual exceeds all of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in category "1" and meets less than 50% of the performance statements denoted in catergory #4 of the rating scale.

3 — The performance of the individual exceeds all of the performance statements denoted in category "1" and meets 50% or more of the performance statements denoted in category #4 of the rating scales.

4 — The performance of the individual achieves the performance statements denoted in category "4" of the rating scale.

5 — The performance of the individual exceeds the performance statements denoted in category "4" and meets less than 50% of the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale.

6 — The performance of the individual exceeds the performance statements denoted in category "4" and meets 50% or more of the performance statements denoted in category "7" of the rating scale.

7 — The performance of the individual achieves the performance statements denoted in category "7" of the rating scale.

| RATING SCALE | | | | | | |
|---|---|---|---|---|---|---|
| Not Acceptable Performance | | | Acceptable Performance | | Superior Performance | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**OFFICE USE**

### I. KNOWLEDGE

1. Policies and Procedures    1   2   3   ④   5   6   7
2. Major Issues    1   2   3   4   ⑤   6   7
3. Application of Issues    1   2   3   ④   5   6   7
4. Assigned Area    1   2   3   4   ⑤   6   7

Comment: Deputy Achtyl has good knowledge of his assigned district and the people therein

Average _____

### II. PRODUCTIVITY

5. Problem Solving    1   2   3   ④   5   6   7
6. Self-initiated Activity    1   2   3   ④   5   6   7
7. Alertness    1   2   3   ④   5   6   7
8. Safety Procedures    1   2   3   4   ⑤   6   7

Comment: Deputy Achtyl always works in a very safe manner.

Average _____

### III. COMMUNICATION

9. Oral Expression    1   2   3   ④   5   6   7
10. Written Expression    1   2   3   ④   5   6   7
11. Timeliness    1   2   3   4   ⑤   6   7
12. Accuracy    1   2   3   4   ⑤   6   7

Comment: Deputy Achtyl's reports are accurate and thorough, and submitted in a timely fashion.

Average _____

### IV. ATTITUDE

13. View of Assignment    1   2   3   ④   5   6   7
14. Acceptance of Criticism    1   2   3   4   ⑤   6   7
15. Citizen Contacts    1   2   3   ④   5   6   7
16. Departmental Members    1   2   3   ④   5   6   7

Comment: Deputy Achtyl receives criticism and suggestions in a very positive manner

Average _____

### V. GENERAL

A. Appearance    1   2   3   4   ⑤   6   7
17. Uniform/Clothing    1   2   3   4   ⑤   6   7
18. Grooming    1   2   3   4   ⑤   6   7

B. Attendance
19. Tardiness    1   2   3   4   5   ⑥   7
20. Sick Leave    1   2   3   ④   5   6   7

Comment: Deputy Achtyl has used four sick days (48 hours) so far this year

Average _____

## VI. PERFORMANCE

|     |                           |   |   |   |     |     |   |   | OFFICE USE |
|-----|---------------------------|---|---|---|-----|-----|---|---|------------|
| 21. | Non-Stress Conditions     | 1 | 2 | 3 | 4   | ⑤   | 6 | 7 | _____    |
| 22. | Stress Conditions         | 1 | 2 | 3 | 4   | ⑤   | 6 | 7 | _____    |
| 23. | Equipment Knowledge/Use   | 1 | 2 | 3 | ④   | 5   | 6 | 7 | _____    |
| 24. | Inter-personal Transaction| 1 | 2 | 3 | ④   | 5   | 6 | 7 | _____    |
| 25. | Planning and Organization | 1 | 2 | 3 | 4   | ⑤   | 6 | 7 | _____    |

**Comment:** Deputy Achtyl consistently performs well.

Average _____

Areas of most acceptable performance — specify: Deputy Achtyl knows his assigned district well, and even more important, has an extensive knowledge of the people who reside in and frequent his district.

Areas where improvement in performance is necessary or possible (even if currently) — specify:
None noted

Justifications: _____

Date: 06/11/2005

_____
Supervisor's Signature

_____
Member's Signature

# PERFORMANCE EVALUATION
# COMMAND REVIEW

| Subject Area/Categories | 1st Line Review | | | 2nd Line Review | | |
|---|---|---|---|---|---|---|
| | Agree | Disagree | Score | Agree | Disagree | Score |
| 1) Policies and Procedures | | | | | | |
| 2) Major Issues | | | | | | |
| 3) Application of Issues | | | | | | |
| 4) Assigned Area | | | | | | |
| 5) Problem Solving | | | | | | |
| 6) Self-Initiated Activity | | | | | | |
| 7) Investigative Skills | | | | | | |
| 8) Safety Procedures | | | | | | |
| 9) Oral Expression | | | | | | |
| 10) Written Expression | | | | | | |
| 11) Timeliness | | | | | | |
| 12) Accuracy | | | | | | |
| 13) View of Assignment | | | | | | |
| 14) Acceptance of Criticism | | | | | | |
| 15) Citizen Contacts | | | | | | |
| 16) Departmental Members | | | | | | |
| 17) Uniform/Clothing | | | | | | |
| 18) Grooming | | | | | | |
| 19) Tardiness | | | | | | |
| 20) Sick Leave | | | | | | |
| 21) Non-Stress Conditions | | | | | | |
| 22) Stress Conditions | | | | | | |
| 23) Equipment Knowledge/Use | | | | | | |
| 24) Inter-personal Transactions | | | | | | |
| 25) Planning and Organization | | | | | | |

Instructions:   Indicate any objections or disagreements in the scoring computed by the supervisor in the comment section below. Note the specific category number initially and then specify the issues and remarks substantiating the disagreement and scoring change indicated.

Comment (1st Line Review) _____

_____

_____

Date _6/13/05_____                          _Capt T. Fley_____
                                                        First Line Signature

Comment (2nd Line Review) _____

_____

_____

Date _6/20/05_____                          _____
                                                        Second Line Signature