UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NICHOLAS BELSITO,

          Plaintiff,

vs.

COUNTY OF ERIE,
SHERIFF TIMOTHY B. HOWARD,
KENNETH P. ACHTYL,
JAMES W. FLOWERS,

          Defendants.

CASE NO: 1:19-CV-00215

STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above entitled action is hereby discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Buffalo, New York
       November 4, 2021

GIBSON, McASKILL & CROSBY, LLP

Aaron F. Glazer, Esq.
*Attorneys for Plaintiff*
69 Delaware Ave, Ste 900
Buffalo, New York 14202
(716) 856-4200

Dated: Buffalo, New York
       November 3, 2021

GOLDBERG SEGALLA LLP

Albert J. D'Aquino, Esq.
*Attorneys for Defendant*
665 Main Street
Buffalo, NY 14203
(716) 566-5400